UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture (Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>EVA GLORIA DIAZ SANTOS a/k/a EVA DIAZ, as joint debtor and as known member of the Estate of SALVADOR ENRIQUE BERRIOS VELAZQUEZ a/k/a ENRIQUE BERRIOS VELAZQUEZ; NILSA BERRIOS DIAZ, ADRIAN BERRIOS DIAZ, JOSE BERRIOS DIAZ, JAVIER BERRIOS DIAZ, MELVIN BERRIOS DIAZ, ENRIQUE BERRIOS DIAZ, HECTOR BERRIOS DIAZ as known members of the Estate above-mentioned; JOHN DOE and RICHARD ROE as unknown members of the Estate above-mentioned<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture (Farm Service Agency)- through the undersigned attorney, who respectfully alleges and prays as follows:

1.   Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.   Plaintiff, United States of America, is acting through the United States Department of Agriculture (Farm Service Agency), which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of three (3) promissory notes that affect the four (4) properties described further below.

3.   The first promissory note is for the amount of **$95,900.00**, with annual interest of 5%, subscribed on May 4, 1978. *See Exhibits 1 and 2*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 63. *See Exhibits 3 and 4*

5.   On December 17, 1992, the promissory note for $95,900.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 61. *See Exhibits 5 and 6*

6.   Plaintiff is also the owner and holder of a promissory note for the amount of **$44,000.00**, with annual interest of 10 3/4%, subscribed on November 2, 1984. *See Exhibits 7 and 8*

7.   For the purpose of securing the payment of said promissory

note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 77. *See Exhibit 9*

8. On September 19, 1990, the promissory note for $44,000.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 75. *See Exhibits 10 and 11*

9. Plaintiff is also the owner and holder of a promissory note for the amount of **$12,790.97**, with annual interest of 5%, subscribed on September 19, 1990. *See Exhibits 12 and 13*

10. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 76. *See Exhibit 14*

11. On December 17, 1992, the promissory note for $12,790.97 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 60. *See Exhibits 15 and 16*

12. According to the Property Registry, SALVADOR ENRIQUE BERRIOS VELAZQUEZ a/k/a ENRIQUE BERRIOS VELAZQUEZ, and EVA GLORIA DIAZ SANTOS a/k/a EVA DIAZ are the owner of record of the real estate properties subject of this case. Said properties are described –as thy were recorded in Spanish– as follows:

(A)   RÚSTICA: Predio de terreno compuesto de diez cuerdas, equivalentes a tres hectáreas, noventa y tres áreas y cero cuatro centiáreas, sita en el Barrio Los Pollos del término municipal de Patillas, Puerto Rico, en lindes por el NORTE, con finca de Santos Bernier; SUR, con la finca de la Sucesión Latalladi; ESTE; con finca de la Sucesión Merle; y por el OESTE, con la finca de la Sucesión de José H. Rivera.

Property 5,125, recorded at page 77 of volume 114 of Patillas, Property Registry of Guayama, Puerto Rico.

*See Title Search attached as Exhibit 17*

(B)   RUSTICA: Finca sin nombre compuesta de setenta y tres cuerdas, equivalentes a veintiocho hectáreas, sesenta y nueve áreas y ochenta centiáreas, radicada en el Barrio Los Pollos del término municipal de Patillas, Puerto Rico, en lindes por el NORTE, con Nicasio Bernier; SUR, con Nicasio Alicea; ESTE, con Blasina Benn de Lamboglia; y OESTE, con Genaro Lebrón y la Quebrada Los Pollos.

Property 616, recorded at page 151 of volume 110 of Patillas, Property Registry of Guayama, Puerto Rico.

*See Title Search attached as Exhibit 18*

(C)   RUSTICA: Predio de terreno con una cabida superficial de catorce cuerdas, equivalentes a cinco hectáreas, cincuenta áreas, veinticinco centiáreas y sesenta miliáreas, sito en el barrio Pollos del término municipal de Patillas, Puerto Rico. En lindes por el NORTE, con finca perteneciente a Santos Bernier, antes, hoy Eladio Alicea; SUR, y ESTE, con la finca de Santos Pabón; y OESTE, con la quebrada del barrio y Sucesión Ramos.

Property 7,006, recorded at page 67 of volume 157 of Patillas, Property Registry of Guayama, Puerto Rico.

*See Title Search attached as Exhibit 19*

(D)   RUSTICA: Parcela marcada con el número Ciento Cinco en

4

el plano de parcelación de la comunidad rural Yaurel del barrio Yaurel del término municipal de Arroyo, con una cabida superficial de cero cuerdas con dos mil cuatrocientos cuatro diez milésimas de otra, equivalentes a novecientos cuarenta y cinco, punto tres metros cuadrados. En lindes por el NORTE, con parcela número ciento sesenta y siete de la comunidad; por el SUR, con calle número uno de la comunidad; por el ESTE, con parcela número ciento sesenta y cuatro de la comunidad; y por el OESTE, con parcela número ciento sesenta y seis de la comunidad.

Property 3,724, recorded at page 201 of volume 106 of Arroyo, Property Registry of Guayama, Puerto Rico.

*See Title Search attached as Exhibit 20*

13. The title searches attached herein confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 17, 18, 19 and 20*

14. SALVADOR ENRIQUE BERRIOS VELAZQUEZ a/k/a ENRIQUE BERRIOS VELAZQUEZ passed away on July 10, 2003. *Exhibit 21*

15. By information and belief, the known members of the Estate of SALVADOR ENRIQUE BERRIOS VELAZQUEZ a/k/a ENRIQUE BERRIOS VELAZQUEZ are the following individuals:

   (a) EVA GLORIA DIAZ SANTOS a/k/a EVA DIAZ (widow and joint debtor);

   (b) NILSA BERRIOS DIAZ;

   (c) ADRIAN BERRIOS DIAZ;

   (d) JOSE BERRIOS DIAZ;

   (e) JAVIER BERRIOS DIAZ;

5

       (f)   MELVIN BERRIOS DIAZ;

       (g)   ENRIQUE BERRIOS DIAZ;

       (h)   HECTOR BERRIOS DIAZ.

16. JOHN DOE and RICHARD ROE are included as possible unknown heirs to the Estates mentioned before.

17. Codefendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

18. According to *P.R. Laws Ann.,* Article 959, (Sec. 2787), defendants have 30 days to either accept or reject their participation in the Estate(s) to which they lawfully belong.

19. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

20. The defendants herein, jointly and severally, have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 22,*

6

the following amounts:

    a) On the $95,900.00 Note, as modified:

        1) The sum of $135,919.88, of principal;

        2) The sum of $180,008.06, of interest accrued as of June 13, 2019, and thereafter until its full and total payment, which interest amount increases at the daily rate of $18.6192;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    b) On the $44,000.00 Note, as modified:

        1) The sum of $14,214.81, of principal;

        2) The sum of $18,495.20, of interest accrued as of June 13, 2019, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.9472;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

21. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

22. Codefendant EVA GLORIA DIAZ SANTOS a/k/a EVA DIAZ is not currently active in the military service for the United States. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for the remainig codefendants since we do not know their social security numbers. *See Exhibit 23*

23. The real estate properties mentioned before are subject to the following liens in the rank indicated:

(A)  Property 5,125:

1) Recorded liens with preference or priority over mortgage herein recorded:

-NONE.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

a) MORTGAGE: Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of Small Business Administration, in the original principal amount of $9,500.00, responding by $3,500.00, with 7 ¾% annual interests, due on 15 years, constituted by deed #15, executed in San Juan, Puerto Rico, on April 25, 1980, before Notary Jorge Ramírez de Arellano Junior, recorded at page 81 volume 114 of Patillas, property #5,125, 7th inscription.

(B)  Property 616:

1) Recorded liens with preference or priority over mortgage herein recorded:

       a)RIGHTS OF WAY: In favor of Commonwealth of Puerto Rico constituted by obligatory expropriation by Resolutions dictated on February 18, 1969 in the Superior Court of Puerto Rico, Expropiation Department, cases #E-69-137 to E-69-159 for compensation of $140.00, recorded at page 55 overleaf of volume 51 of Patillas, property #616, 15th, inscription, transfer in favor of Autoridad de Fuentes Fluviales de Puerto Rico by Resolutions dated March 5th, 1975, recorded at page 153 overleaf of volume 110 of Patillas, property #616, 20th inscription.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

       a) MORTGAGE: Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of Small Business Administration, in the original principal amount of $9,500.00, responding by $6,000.00, with 7 ¾% annual interests, due on 15 years, constituted by deed #15, executed in San Juan, Puerto Rico, on April 25, 1980, before Notary Jorge Ramírez de Arellano Junior, recorded at page 157 overleaf of volume 110 of Patillas, property number 616, 25th inscription.

(C)   Property 7,006:

1) Recorded liens with preference or priority over mortgage herein recorded:

       -None.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

       -None.

(D)   Property 3,724:

1) Recorded liens with preference or priority over mortgage herein recorded:

9

     a) MORTGAGE: Constituted by Enrique Berríos Velázquez and his wife Eva Díaz, in favor of Rural Housing Administration of Housing Department, in the original principal amount of $4,480.32, with % annual interests (unknown), due on 15 years, constituted by deed #18, executed in Arroyo, Puerto Rico, on March 27th 1990, before Notary Carmelo Marcucci Cruz, recorded at page 201 overleaf of volume 106 of Arroyo, property number 3,724, 2nd inscription.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

     -None.

### VERIFICATION

I, EDGAR MALDONADO MEDERO, of legal age, single, executive and resident of Toa Alta, Puerto Rico, in my capacity as Farm Loan Chief of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the

property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this _6th_ day of _August_, 2019.

EDGAR MALDONADO MEDERO

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a) That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b) Or in default thereof that all legal right, title and interest which the defendants may have in the property described

11

in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

12

In Guaynabo, Puerto Rico, this 14 day of August   , 2019.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN,  PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

13



[Illegible]
# FARMERS HOME ADMINISTRATION
*41 -04 Salvador Berrios Velaz*[Illegible]

**Form FmHA 440-16**
**(Rev. 11-10-75)**

| TYPE OF LOAN | | |
| --- | --- | --- |
| Type:  FO | | |
| In accordance with: | | |
| ☒ Consolidated Farm and Rural Development Act | | |
| ☐ Title V of the Housing Act of 1949 | | |

**PROMISSORY**

**NOTE**

| STATE |
| --- |
|         PUERTO RICO |
| OFFICE |
|          GUAYAMA |
| CASE NUMBER |
|          63-06-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 |

Date MAY 4         , 1978

**FOR VALUE RECEIVED,** the undersigned (whether one or more persons, hereinafter denominated "Borrower") do shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), at its offices at AVENIDA LOS VETERANOS #134.2, GUAYAMA, PUERTO RICO _____, **THE PRINCIPAL AMOUNT OF** NINETY-FIVE THOUSAND NINE HUNDRED and 00/100 _____ **DOLLARS** ($95,900.00  ) plus **INTEREST** on the **UNPAID PRINCIPAL** to accrue at FIVE **PERCENT** (____5   %) **PER ANNUM**.

The payment of the Principal and Interests shall be according between the Borrower and the Government using one of the following alternatives as indicated below: (mark one)

☐ I. Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____ 19_____. The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

☐ II. Principal and Interest shall be deferred. The accumulated interest as of _____ 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

☒ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the FIRST of each JANUARY beginning JANUARY FIRST, 1979, until JANUARY FIRST, 1979.
Principal and accumulated Interest shall subsequently be paid in 39 installments, as indicated in the box below:

☐ IV. The Payments shall not be differed. The Principal and Interest shall be payable in _____ installments as indicated in the box below:

| $ 5,637.00                                     on JANUARY FIRST  of 1980, and $ 5,637.00 _____ subsequently on JANUARY FIRST  of each YEAR thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment of the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE** FORTY (40) **YEARS** from the **DATE** of this **PROMISSORY NOTE**. The consideration herein shall support any agreement modifying the above payment schedule. |
| --- |

Jay-Ce-Agriculture

FmHA 440-16 (Rev. 11-10-75)

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]_____ (Seal)
SANTOS PABON GARCIA (Borrower)


[Signature]_____ (Seal)
ROSA A. CORDERO RIVERA

(Wife)


BARRIO LOS POLLOS, BUZON 2153-B
PATILLAS, PUERTO RICO 00723


The plot described under the letter C of Release deed
number forty-nine (49) has been released from the Mortgage
that was constituted pursuant to deed number sixty-three
(63) – – dated May four (4), nineteen seventy-eight (1978),
before Kenneth Marty López. Said property is registered on
page fifty-seven (57) of book one hundred thirty-four (134)
of Patillas, farm number six thousand forty-one (6041).


[Illegible Signatures]                 _____
                                              [Signature]
                                       EDUARDO GRAU ACOSTA

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| (1) $ | | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | | |


CLARIFYING NOTE: Release deed number 49 was granted on June 10, 1988,
before the Authorizing Notary. I DO ATTEST.


[Seal]

_____
        [Signature]
EDUARDO GRAU ACOSTA
   NOTARY PUBLIC


Jay-Ce-Agriculture                                    FmHA 440-16 (Rev. 11-10-75)

"THE AMOUNT of amount of this promissory note and the mortgage that guarantees it, as of December seventeen, nineteen ninety-two, has a balance of ONE HUNDRED THIRTY-FIVE THOUSAND NINE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS, which shall be paid as follows: over a period of thirty-seven years with interest at a rate of five percent per annum, under the following payment plan: from January first, nineteen ninety-three, to January first, nineteen ninety-five, the payment shall be deferred and nothing shall appear on the promissory note, but on January first, nineteen ninety-six, the payment will be in the amount of EIGHT THOUSAND NINE HUNDRED NINETY-FIVE DOLLARS annually, until the principal and interest are fully paid, and if not paid sooner, it shall reach maturity on September nineteen, two thousand thirty, according to deed number sixty-one of this same date, granted before this Notary in Arroyo, Puerto Rico. I DO ATTEST.

In Arroyo, Puerto Rico, on September 17, 1992.

[Seal]

[Signature]
CANDIDO L. CORDERO PUEYO
NOTARY PUBLIC

## Statement of Accuracy

I hereby certify that the attached document titled:
**PROMISSORY NOTE**, May 4, 1978 – 4 pages
is a true and accurate translation from Spanish into English to the best of my knowledge, ability
and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED September 24, 2018.

_____
Thomas L. Bransfield
Professional Translation Spanish into English

WITNESS my hand and official seal hereto affixed this 24th day of September of 2018.
Signature   *Rosa Capdevielle*
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ___WA_____.
My appointment expires: ___March 15th 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

Form FmHA 440-16
(Rev. 11-10-75)

| CLASE DE PRESTAMO |
| --- |
| **FO** |
| Tipo: |
| De acuerdo a: |
| ☒ Consolidated Farm and Rural Development Act. |
| ☐ Title V of the Housing Act of 1949 |

**PAGARE**

| ESTADO | PUERTO RICO |
| --- | --- |
| OFICINA | GUAYAMA |
| CASO NUM. 63-06-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 | |

EXHIBIT 2

Fecha __4 DE MAYO DE_____, 19 __78__

**POR VALOR RECIBIDO,** el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario . . .") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en __AVENIDA LOS VETERANOS #134.2, GUAYAMA, PUERTO RICO__

**LA SUMA PRINCIPAL DE** NOVENTA Y CINCO MIL NOVECIENTOS---------------00/100--------

**DOLÁRES ($** 95,900.00.....................**), más INTERESES** sobre el **PRINCIPAL ADEUDADO** al

----CINCO------- **POR CIENTO (**----5---**%) ANUAL.**

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I. Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en _____, 19____. El Pago de Principal e Intereses acumulados subsiguientemente serán en _____ plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a _____, 19____ serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en _____ plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a anotar la cantidad de dicho nuevo Principal aquí $ _____ y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

☒ III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el PRIMERO------ de cada ENERO---------------empezando en ENERO PRIMERO, 19 __79__, hasta ENERO PRIMERO, 19 __79__

Principal e Intereses acumulados subsiguientemente serán pagados en ------39-------- plazos como se indica en el encasillado más abajo;

☐ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en _____ plazos como se indica en el encasillado más abajo:

| $ 5,637.00 _____ en ENERO PRIMERO_____, 19 __80__, y |
| --- |
| $ 5,637.00 _____ subsiguientemente al PRIMERO DE ENERO de cada AÑO------- |

hasta que el **PRINCIPAL e INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** ----CUARENTA------------(-40--) **AÑOS** de la **FECHA** de este **PAGARE.** La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Jay-Ce-Agricultura

Si la cantidad total del préstamo no es adelantado a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los ........... plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de este pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto    el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados/

_____ (Sello)
SANTOS PABON GARCIA (Prestatario)

_____ (Sello)
ROSA A. CORDERO RIVERA
(Esposa)

BARRIO LOS POLLOS, BUZON 2153-B

PATILLAS, PUERTO RICO  00723

El solar descrito bajo la letra C de la escritura número
cuarenta y nueve(49)-- sobre Liberación queda liberado de
la Hipoteca que se constituyó según consta de la escritura
número sesenta y tres(63)-- de fecha cuatro(4) de mayo de
mil novecientos setenta y ocho(1978) ante el Licenciado
Kenneth Marty López.  Dicha propiedad consta inscrita al
folio cincuenta y siete(57) del tomo ciento treinta y cua-
tro(134) de Patillas, finca número seis mil cuarenta y uno
(6041)

EDUARDO GRAU ACOSTA

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| **CANTIDAD** | **FECHA** | **CANTIDAD** | **FECHA** | **CANTIDAD** | **FECHA** |
| (1) $ | | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | | TOTAL | $ |

NOTA ACLARATORIA: La escritura Número 49, sobre Liberación  fúe otorgada el
día 10 de junio de 1988 ante el Fedatario. REPITO LA FE.

EDUARDO GRAU ACOSTA
NOTARIO PUBLICO

Jay-Ce Agricultura

FmHA 440-16 (Rev. 11-10-75)

Form FmHA 427-1 PR
10/77



NUMBER SIXTY-THREE

VOLUNTARY MORTGAGE

In Guayama, Puerto Rico, on May four (4), nineteen seventy-eight (1978).

BEFORE ME
KENNETH MARTY LOPEZ

Attorney and Notary Public for this Island with residence in Guayama, Puerto Rico, and offices at Calle del Doctor Ashford número Tres-Norte, Guayama, Puerto Rico.

APPEAR

The persons named in paragraph TWELVE of this mortgage, hereinafter referred to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties, as well to as their statements regarding their age, marital status, profession, and residence.

They assure me that they are in full enjoyment of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity for this granting.

[Initials]
[Seals]

THEY STATE

FIRST:  That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage as well as all rights and interest in the same, hereinafter referred to as "the property".

SECOND:  That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD: That the mortgagor is obligated to the United States of America, acting through the Farmers Home Administration, hereinafter referred to as the "mortgagee," in connection with a loan or loans evidenced by one or more promissory notes or subrogation agreements, hereinafter referred to as the "promissory note," be there one or more. The Government requires that additional monthly payments of one twelfth of the contributions, assessments (taxes), insurance premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

Form FmHA 427-1 PR
10/77

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the promissory note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept instead the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall sign the promissory note over to the mortgagee upon mortgagee's request.

(Six) Among other things, it is the purpose and intent of this mortgage that whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the promissory note is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement caused by any default by the mortgagor.

[Initials]

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINTH, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender guaranteeing the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold the mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINTH of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein or in any supplementary agreement, mortgagor

[Seals]

hereby executes a voluntary mortgage in favor of mortgagee for the property described in paragraph ELEVENTH below, together with all rights, interests, easements, inheritances, and attachments pertaining thereto; all income, credits, profits, revenues of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms or to all payments owed at any time to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part thereof, or interests on same, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before

Form FmHA 427-1 PR
10/77

and after maturity, have been paid in full.  In case of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity, until these are fully paid; losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee to the mortgagor with applicable interest until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed when due and to indemnify and hold mortgagee harmless against any loss under its insurance for payment of the promissory note due to any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as holder's collection agent.

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in the above paragraph FOURTH on mortgagor's behalf.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance made by mortgagee on mortgagor's behalf.

[Initials]

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of five ( 5%) percent from the date on which payment was due until the date on which mortgagor satisfies same.

(Four) Whether or not the note is insured by mortgagee, any and all advances made by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges, due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

[Seals]

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the promissory note and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the promissory note solely for purposes

authorized by mortgagee.

Form FmHA 427-1 PR
10/77

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property, as well as on all future improvements. The insurance against fire and other hazards shall be in the form, amounts, and terms and conditions approved by mortgagee.

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; to refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; to not remove or demolish any building or improvement on the property; nor cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and to promptly carry out the repairs on the property that mortgagee may request from time to time. Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as defined in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through his family, as a farm and for no other purpose, and he shall not lease the farm, nor any part of it, unless mortgagee gives written consent for another method of operation or for leasing.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property in the form and manner required by mortgagee, and to comply with all laws, ordinances, and regulations affecting the property or its use.

[Initials]

(Twelve) Mortgagee, his agents, and his attorneys shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether the security granted has been deteriorated or diminished, and if such inspection or examination reveals, in mortgagee's judgment, that the security is in fact deteriorating or diminishing, this shall constitute a breach of this mortgage agreement by mortgagor.

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may implement the proceedings necessary to defend his interests, and any costs or expenditures incurred by mortgagee in said proceedings will be added to mortgagor's debt, and shall be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

[Seals]

(Fourteen) If at any time while this mortgage remains in effect mortgagor does abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect rents, benefits, and income deriving from the property, and to apply these first to collection and administration costs and secondly to the payment of the debt established by the

promissory note or any other debt to mortgagee herein guaranteed, in the order and manner determined by mortgagee.

Form FmHA 427-1 PR
10/77

(Fifteen) At any time that mortgagee determines that mortgagor may obtain a loan from a production credit association, from a Federal Bank, or another responsible source, whether cooperative or private, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in an amount sufficient to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and conservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, the promissory note, and any supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

[Initials]

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, obligations, or similar concepts set forth herein, or in other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt herein guaranteed, and without affecting the lien on the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (Three) to grant and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage in favor of any other lien on the property.

[Seals]

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and full cancellation, shall be

vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and benefits contained herein.

Form FmHA 427-1 PR
10/77

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any other such security instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail, unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to his residence address as stated below.

(Twenty-Two) Mortgagor hereby relinquishes to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance to payment of the promissory note and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00).

EIGHTH: Mortgagor hereby waives the procedural requirements and agrees to be considered in default without need of any notification of default or demand for payment on the part of the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the Congress of the United States of America that authorize the allocation and insuring of the aforementioned loan.

[Initials]

NINTH: The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the promissory note: NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00), the principal amount as said promissory note, with interest as stipulated therein at the rate of five percent ( 5%) per annum;

Two. At all times when the promissory note is held by an insured lender:

[Seals]

(A) NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00) to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIXTH, Third;

(B) ONE HUNDRED FORTY-THREE THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($143,850.00) to indemnify the mortgagee against any loss it might

sustain under its insurance of payment of the note;

Three.  If any event and at all times whatsoever:

(A) THIRTY-EIGHT  THOUSAND  THREE  HUNDRED  SIXTY  DOLLARS ($38,360.00) for arrears interest.

(B) NINETEEN THOUSAND ONE HUNDRED EIGHTY DOLLARS ($19,180.00) for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, Third;

(C) NINE THOUSAND FIVE HUNDRED NINETY DOLLARS ($9,590.00) for costs, expenses, and attorneys' fees in case of foreclosure;

(D) NINE THOUSAND FIVE HUNDRED NINETY DOLLARS ($9,590.00) for costs and expenses incurred by mortgagee in proceedings to defend its interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THIRD of this mortgage is (are) described as follows:

"Promissory note executed in case number sixty-three dash zero six dash five, eight, three, dash one, two, dash nine, one, zero, four, dated May four (4), nineteen seventy-eight (1978),
in the amount of NINETY-FIVE THOUSAND DOLLARS ($95,000.00) of principal, plus interest on unpaid principal balance at the rate of five percent (5%) per annum, until the principal is fully paid according to the terms, installments, conditions and stipulations contained in said promissory note and as agreed between the Borrower and the Government; except that the final installment of the total debt herein, if not previously paid, shall be due and payable FORTY years from the date of this promissory note.

Said promissory note has been granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as "Consolidated Farm and Rural Development Act of 1961" or pursuant to "Title V of the Housing Act of 1949," as amended, and is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with said Law. To which description I, the authorizing Notary, DO ATTEST.

ELEVENTH: - The property subject to this title and over which the Voluntary Mortgage is established is described as follows:

[Seal]

[Initials]

*Recorded:*
*Page: 80*
*Book: 114 Patillas*
*Farm: 5125*
*Rec.: 6th*

"A" - RURAL PROPERTY: Plot consisting of TEN CUERDAS, located in Barrio Los Pollos of the municipality of Patillas. Bordered to the NORTH by farm of Mr. Santos Bernier; to the SOUTH by farm of Latalladi's estate; to the EAST by Merle's estate; and to the WEST by farm of José H. Rivera's estate.

RECORDED: Said property is recorded at the Property Registry of GUAYAMA, on page seventy-seven (77), reverse, of book one hundred fourteen

[Seal]

(114) of Patillas, farm number five thousand one hundred twenty-five
(5,125). Second recording.

Charges: Subject to the following charges:

(A)   MORTGAGE in guaranty of a promissory note in favor Federal Land Bank
      of Baltimore or to its order, in the principal amount of twenty-two
      thousand dollars ($22,000.00) granted on November twenty-three (23),
      nineteen seventy-four (1974), and recorded on December thirty,
      nineteen seventy-four (1974), with maturity on November first,
      nineteen ninety-nine(1999).

(B)   MORTGAGE in guaranty of a promissory note in favor of *Corporación de
      Crédito Agrícola* (Agricultural Credit Corporation) or to its order,
      in the amount of thirteen thousand six hundred dollars ($13,600.00),
      this farm representing the amount of two thousand forty dollars
      ($2,040.00), granted on April fourteen (14), nineteen seventy-five
      (1975), and recorded on September twenty-nine (29), nineteen seventy-
      five (1975), with maturity upon presentation.

     "B" - RURAL PROPERTY: Farm with no name consisting of seventy-three
(73) cuerdas, equivalent to twenty-eight (28) hectares, sixty-nine (69)
ares and eighty (80) centiares, located in Barrio Los Pollos of Patillas,
Puerto Rico. Bordered to the NORTH by farm of Narciso Bernier; to the
SOUTH by Nicasio Alicea; to the EAST by Blasina Benn de Lamboglia; and to
the WEST by Genaro Lebrón and Los Pollos ravine.

*Recorded:*
*Page: 156*
*Book: 110 Patillas*     RECORDING: Said property is recorded on page one hundred fifty-two
                    (152), of book one hundred ten (110) of Patillas, farm number six hundred
*Farm: 616*[4]         sixteen (616), eighteenth (18th) recording.
*Rec.: 24th*

Charges: Subject to the following charges:

[Initials]
         (A)   MORTGAGE in guaranty of a promissory note in favor Federal Land
               Bank of Baltimore or to its order, in the principal amount of
               twenty-two thousand dollars ($22,000.00) granted on November
[Seals]        twenty-three (23), nineteen seventy-four (1974), and recorded on
               November twenty-five (25), nineteen seventy-five (1975), with
               maturity on November first, nineteen ninety-nine (1999).

         (B)   MORTGAGE in guaranty of a promissory note in favor of United States
               of America or to its order, in the amount of five thousand dollars
               ($5,000.00), granted on August twenty (20), nineteen seventy-five
               (1975), and recorded on August twenty-one (21), nineteen seventy-
               five (1975), with maturity on August twenty (20), nineteen seventy-
               nine (1979).

         (C)   MORTGAGE in guaranty of a promissory note in favor of *Corporación
               de Crédito Agrícola* (Agricultural Credit Corporation) or to its
               order, in the amount of thirteen thousand six hundred dollars
               ($13,600.00), granted on April fourteen, nineteen seventy-five
               (1975), and recorded on September twenty-nine (29), nineteen
               seventy-five (1975), with maturity uponpresentation.

     Said farm with letter "B" is also subject to a right of way easement
for electric lines, in favor of *Autoridad de las Fuentes Fluviales de
Puerto Rico*, recorded on page one hundred fifty-three reverse (153 rev.)
of book one hundred ten (110) of Patillas, farm number six hundred sixteen
(616). Twelfth recording.

*Recorded:*
*Page: 57 rev.*
*Book: 134 Patillas*
*Farm: 6041*
*Rec.: 2nd*

"C" – Plot marked with number three on the rural community Providencia, subdivision of Barrio Providencia of the municipality of Patillas, consisting of zero cuerdas and eight hundred fifty-seven ten-thousandths of another, equivalent to three hundred thirty-six point ninety-three square meters. Bordered to the NORTH by municipal road; to the SOUTH by community plot number thirty; to the EAST by community plots one and two; and to the WEST by community plot number four.

RECORDED: Said property is not recorded nor presented for recording. The main farm from which it is segregated, is recorded in favor of the Commonwealth of Puerto Rico, free of charges, on page two hundred eighty-three of book one hundred thirty of Patillas, farm number five thousand eight hundred seventy-eight (5,878), First recording.

TITLE: The aforementioned farms "A" and "B" were acquired by borrower through sale from Mr. Santos Bernier Brenes and his wife Mrs. Norma Casanova Ildefonso, pursuant to the deed of this same date, executed before the notary Eduardo Grau Acosta, in Arroyo, Puerto Rico.

And the farm "C" was acquired by borrower through purchase from the Commonwealth of Puerto Rico, pursuant to Deed Number two Hundred eleven (211), dated May seventeen (17), nineteen seventy-seven, executed in San Juan, Puerto Rico, before the Notary Luisa Lebrón de Vigil. Said property is free of charges, as indicated previously.

TWELFTH: Appearing as mortgagors in this deed are Mr. SANTOS PABON GARCIA and his wife Mrs. ANA A. CORDERO, of legal age, married to each other, property owners and residents of Patillas, Puerto Rico,
whose mailing address is: "Barrio Los Pollos, Buzón 2153-B, Patillas, Puerto Rico 00723."

THIRTEENTH: The value of the loan herein shall be used for agriculture purposes and the construction and/or repairs and/or improvements of the physical structures on the aforementioned farms.

FOURTEENTH: The mortgagors shall personally occupy and make use of any structure that has been built, improved and sold with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes without the written consent of the Government. Violation of this clause, as well as the violation of any agreement or clause contained herein, shall cause the maturity of the obligation as if the loan term were completed and the Government shall be empowered to declare the loan due and payable and proceed to foreclosure of the mortgage.

FIFTEENTH: This mortgage is expressly extended to all existing construction or building on the aforementioned farm(s) and to all improvements, construction, or building constructed on said farm(s) during the effective period of the mortgage constituted in favor of the Government, verified by the current owners or by their heirs and assignees.

SIXTEENTH: The mortgagor hereby jointly and severally waives, for himself and on behalf of his heirs, assignees and successors or representatives and in favor of mortgagee (Farmers Home Administration) any Homestead right that he may have presently or in the future on the buildings included therein or that may be constructed in the future; this waiver

in favor of Farmers Home Administration is permitted under Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A 1851).

SEVENTEENTH: The mortgagee and mortgagor further agree that any stove, oven or heater purchased either fully or in part with proceeds of the loan secured herein, will be considered and understood to be part of the property encumbered by this mortgage.

EIGHTEENTH: The mortgagor further states in this deed that as this is a loan for agricultural purposes, they have agreed not to distribute the responsibility among the encumbered farms and therefore all shall be separately jointly and severally responsible for the debt, principal, interest, costs and other credits guaranteed by this deed. All according to Article One Hundred Nineteen of the Mortgage Law, as amended by Law Seventy-Nine (79) of June twenty-five (25), nineteen sixty-nine (1969).

NINETEENTH: The money of this loan shall be used as follows:

Seventy-five thousand dollars ($75,000.00) to pay the balance owed for the purchase of the farms "A" and "B" from Mr. Santos Bernier, of Barrio Los Pollos, Patillas, Puerto Rico.

The amount of twelve thousand dollars ($12,000.00) shall be used as to complete the development of the farm as follows:

A. Water System Construction – one thousand seven hundred dollars ($1,700.00)
B. Cleaning of ten (10) cuerdas – one thousand five hundred dollars ($1,500.00)
C. Road repair – two thousand dollars ($2,000.00)
D. Fence construction – two thousand five hundred dollars ($2,500.00)
E. Fertilizer and farming of sixty (60) cuerdas *pangola* – three thousand dollars ($3,000.00)
F. Farm trap repair – one thousand three hundred dollars ($1,300.00)

Three thousand nine hundred dollars ($3,900.00) will be used to pay interest accrued during the first year

Five thousand dollars ($5,000.00) from this loan remain, which were to be used to pay the price of eighty thousand dollars ($80,000.0)) for farms "A" and "B", but as the lender forwarded from his own funds said amount of five thousand dollars ($5,000.00), as is stated on the contract dated April twenty-six (26), nineteen seventy-seven (1977), signed before the notary Luis Manuel Santana Gastón under affidavit number six thousand ten (6,010) and another complementary contract between the seller and the borrower dated February two (2), nineteen seventy-eight (1978), these five thousand dollars

($5,000.00) are returned by the borrower without having been
used.

## ACCEPTANCE AND GRANTING

The parties accept this deed in all its parts as it was drafted according to their instructions.

I, the authorizing Notary, have made to them the required legal warnings.

So, they state and execute, in my presence, after having waived their right, of which I did advise them, to require the presence of instrumentals witnesses.

The appearing parties, having read this deed personally, did find it acceptable and do confirm it, and affix their initials to each and all pages of this deed and sign before me, the Notary. I DO ATTEST to all the foregoing in this public document.

At this time a correction is made and it is hereby stated that the correct name of the party appearing as Ana A. Cordero is ROSA A. CORDERO. I do again attest.

[Initials]
[Signatures]

(Signed, stamped, sealed and initialed) KENNETH
MARTY LOPEZ ---- The initials of the appearing
party(s) appear on each page of the original deed, to
which the applicable Internal Revenue and Bar
Association Notary Tax seals are affixed and paid,
as well as that of this notary.

The preceding first copy is a true and exact copy of
the content of the original that under the number
[illegible] in my Protocol of Public Instruments of
this Notary Office under my charge, corresponding
to the year nineteen seventy-eight, to which I refer.
In witness whereof, and at the request of Unites
States of America, I do issue this, on the [Illegible]
date of its granting, leaving the issuance in the
margin of the original. I do Attest.

[Signature]
Notary Public
[Stamps]
[Seals]

[Blank Page]

[Handwritten]
This document is signed where indicated by the notes placed in the margins of the descriptions of each of the corresponding farms. Besides the mortgage constituted by this document, the farm described with letter A is subject to
Mortgage in favor of Federal Land Bank of Baltimore for $22,000.00.
Mortgage in favor of *Corporación de Credito Agricola* (Agricultural Credit Corporation) for $13,000.00
And the farm described with letter B is subject to a mortgage in favor of *Corporación de Credito Agricola* (Agricultural Credit Corporation) for $13,600.00,
Mortgage in favor of United States of America for $5,000.00, easement in favor of *Autoridad de Fuentes Fluviales* of P.R., mortgage in favor of The Federal Land Bank of Baltimore for $22,000.00.
Guayama, May 8, 1978.

No fees.                              [Signature]
                                      Registrar


Revised                               [Seal]
[Illegible Handwriting]
7-5-78

## Statement of Accuracy

I hereby certify that the attached document titled:
**DEED NUMBER 63, VOLUNTARY MORTGAGE,** May 4, 1978 – 13 pages
is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED September 24, 2018.

_____
Thomas L. Bransfield
Professional Translation Spanish into English

WITNESS my hand and official seal hereto affixed this 24th day of September of 2018.
Signature _Rosa Capdevielle_
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of __WA_____.
My appointment expires: ___March 15th 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

EXHIBIT
4

Forma FmHA 427-1 PR
10/77

------------------------ NUMERO SESENTA Y TRES ---------------

---------------- HIPOTECA VOLUNTARIA -------------

En  Guayama, Puerto Rico, a los cuatro (4) días del
mes de mayo de mil novecientos setenta y ocho (1978)

--------------------------- ANTE MI ----------------------

---------------- KENNETH MARTY LOPEZ ----------------

Abogado y Notario Público de esta Isla con residencia y vecindad en
Guayama, Puerto Rico, ---- y oficina en calle del Doctor-
Ashford número Tres-Norte, Guayama, Puerto Rico. ----

---------------- COMPARECEN ----------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo. -------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. -------------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento,

EXPONEN

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". -------------------

SEGUNDO: Que los bienes aquí hipotecados están  afectos a los
gravámenes que se especifican en el párrafo UNDECIMO. -------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avalúos (impuestos), primas de



1

Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ——————————————————————————

CUARTO: Se sobreentiende que. ——————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ——————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ——————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré. ——————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". ——————



(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ——————————————————————

(Seis)  Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

Forma FmHA-427-1 PR
10/77

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ----------------------------------

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total



- 3 -

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento, ——————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ——————



(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.



(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.——————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del   cinco ——————————por ciento (———— 5 %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.——————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

Forma FmHA-427-1 PR
10/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario. ————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. ————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. ——————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca. ——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ———————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, acerte, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que



Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ---------------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. --------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. -----------------------------------------------



(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. -----------------------------------------------



(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos

-- 6 --

Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro



FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

convenio suplementario, incluyendo los gastos de mensura, evidencia de
título, costas, inscripción y honorarios de abogado. ——————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor
hipotecario para requerir y hacer cumplir en cualquier fecha posterior los
convenios, acuerdos u obligaciones aquí contenidas o similares u otros
convenios y sin afectar la responsabilidad de cualquier persona para el pago
del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen
impuesto sobre los bienes o la prioridad del gravámen, el acreedor
hipotecario es por la presente autorizado y con poder en cualquier tiempo
(Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí
contenida o en el pagaré o en cualquier convenio suplementario (Dos)
negociar con el deudor hipotecario o conceder al deudor hipotecario
cualquier indulgencia o tolerancia o extensión de tiempo para el pago del
pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en
manos de un prestamista asegurado) o para el pago de cualquier deuda a
favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y
entregar cancelaciones parciales de cualquier parte de los bienes de la
hipoteca aquí constituída u otorgar diferimiento o postergación de esta
hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente
hipoteca incluyendo pero no limitando el poder de otorgar consentimientos,
cancelaciones parciales, subordinación, cancelación total, radica sola y
exclusivamente en el acreedor hipotecario y ningún prestamista asegurado
tendrá derecho, título o interés alguno en o sobre el gravámen y los
beneficios aquí contenidos. ——————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de
cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes
muebles poseída o asegurada por el acreedor hipotecario y otorgada o
asumida por el deudor hipotecario, y el incumplimiento de cualesquiera de
dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca
será remitido por correo certificado a menos que se disponga lo contrario por
ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado
al efecto, en el caso del acreedor hipotecario a Administración de Hogares de
Agricultores, Departamento de Agricultura de Estados Unidos, San Juan,
Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de



Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. --------------------------------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. --------------------------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de NOVENTA Y CINCO MIL NOVECIENTOS-- DOLARES ($95,900.00). --------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado.--------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré: NOVENTA- Y CINCO MIL NOVECIENTOS --------DOLARES ($95,900.00) el principal de dicho pagaré, con sus intereses según estipulados a razón del cinco    por ciento (----5%) anual;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
(A) NOVENTA Y CINCO MIL NOVECIENTOS --------------------
------------------------- --------DOLARES ($95,900.00)



--9--

Forma FmHA 427-1 PR
10/77

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero: ————————————————

(B)   CIENTO CUARENTA Y TRES MIL OCHOCIENTOS CINCUENTA ——————————————————DOLARES ($143,850.00——) para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; ——————————

Tres. En cualquier caso y en todo tiempo: ————————————————

(A)  TREINTA Y OCHO MIL TRESCIENTOS SESENTA ——————— ——————————————————DOLARES ($38,360.00 ) para intereses después de mora; ——————————————————

(B)  DIECINUEVE MIL CIENTO OCHENTA ——————————— ——————————————————DOLARES ($ 19,180.00) para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero: ——————————————————

(C)   NUEVE MIL QUINIENTOS NOVENTA ————————— ——————————————————DOLARES ($ 9,590.00—) para costas, gastos y honorarios de abogado en caso de ejecución; ————

(D)  NUEVE MIL QUINIENTOS NOVENTA ————————— ——————————————————DOLARES ($9,590.00——) para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece. ——————————————

DECIMO:   Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: ——————— "Pagaré otorgado en el caso número  sesenta y tres guión cero - seis guión cinco ocho tres guión uno dos guión nueve uno cero cuatro ————fechado el día  cuatro (4)——de ——mayo——de mil novecientos  setenta y ocho ——— (1978), ————————————————————



Forma FmHA 427-I PR
10/77

por la suma de NOVENTA Y CINCO MIL NOVECIENTOS ----------

--------dólares de principal más intereses sobre el balance del principal

adeudado a razón del cinco -------------------------------

------- (-----5%-) por ciento anual, hasta tanto su principal sea

totalmente satisfecho según los términos, plazos, condiciones y estipulaciones

contenidas en dicho pagaré y según acordados y convenidos entre el

Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí

representada, de no haber sido satisfecho con anterioridad, vencerá y será

pagadero a los CUARENTA --------años de la fecha de este pagaré.

---- Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido

por el Gobierno al Prestatario de conformidad con la Ley del Congreso

de los Estados Unidos de América denominada "Consolidated Farm and

Rural Development Act of 1961" o de conformidad con el "Title V of

the Housing Act of 1949", según han sido enmendadas y está sujeto a los

presentes reglamentos de la Administración de Hogares de Agricultores

y a los futuros reglamentos no inconsistentes con dicha Ley . De cuya

descripción, yo, el Notario Autorizante, DOY FE. --- -----------------

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que

se constituye Hipoteca Voluntaria, se describe como sigue: -----------------

---"A"-RUSTICA: Predio de terreno compuesto de DIEZ-
CUERDAS, sita en el Barrio Los Pollos del término mu-
nicipal de Patillas, colindando por el NORTE, con --
finca de Don Santos Bernier; por el SUR, con finca de
la Sucesión Latalladi; por el ESTE, con finca de la -
Sucesión-Merle; y por el OESTE, con finca de la -----
Sucesión de José H. Rivera.-------------- ----------

---INSCRIPCION: Dicha propiedad consta inscrita en el
Registro de la Propiedad de Guayama, al folio setenta
y siete vuelto (77 vto.) del tomo ciento catorce -----
(114) de Patillas, finca número cinco mil ciento -----
veinticinco (5,125), inscripción segunda.------------

---CARGAS: Se halla afecta a las siguientes cargas:---

---(A) HIPOTECA que garantiza un pagaré a favor del-
Federal Land Bank of Baltimore o a su orden, por la -
suma principal de veintidos mil dólares ($22,000.00)--
otorgado el día veintitres (23) de noviembre de mil --
novecientos setenta y cuatro (1974) e inscrita el día-
treinta de diciembre de mil novecientos setenta y ---



K. A. Q
S P A
Inscrito:
Folio: 80
Tomo: 114 Patillas
Finca: 5125
Ins: 6ᵃ.

cuatro (1974), a vencer el primero de noviembre de-
mil novecientos noventa y nueve (1999).----------- --

---(B)  HIPOTECA que garantiza un pagaré a favor de
la Corporación de Crédito Agrícola o a su orden, por
la suma de trece mil seiscientos dólares ($13,600.00)
respondiendo esta finca por la suma de dos mil -----
cuarenta dólares ($2,040.00), otorgado el día -------
catorce (14) de abril de mil novecientos setenta y--
cinco (1975) e inscrita el día veintinueve (29) de--
septiembre de mil novecientos setenta y cinco ------
(1975), a vencer a la presentación.------------------

---"B"-RUSTICA:  Finca sin nombre compuesta de -----
setenta y tres (73) cuerdas, equivalentes a veinti-
ocho (28) hectáreas, sesenta y nueve (69) áreas y --
ochenta (80) centiáreas, radicada en el barrio Los-
Pollos de Patillas, Puerto Rico, colindando por el-
NORTE, con Narciso Bernier; por el SUR, con Nicasio-
Alicea; por el ESTE, con Blasina Benn de Lamboglia;-
y por el OESTE, con Genaro Lebrón y la Quebrada Los-
Pollos.---------------------------------------------

----INSCRIPCION:  Dicha propiedad se halla inscrita -
al folio ciento cincuenta y dos (152) del tomo -----
ciento diez (110) de Patillas, finca número seis----
cientos dieciseis (616), inscripción dieciocho (18).

---CARGAS:  Se halla afecta a las siguientes cargas:

---(A)  HIPOTECA que garantiza un pagaré a favor del
Federal Land Bank, o a su orden, por la suma de ----
veintidos mil dólares ($22,000.00), otorgado el día-
veintitres (23) de noviembre de mil novecientos ----
setenta y cuatro (1974) e inscrita el veinticinco --
(25) de noviembre de mil novecientos setenta y cinco
(1975), a vencer el primero de noviembre de mil ----
novecientos noventa y nueve (1999). ----------------

---(B)  HIPOTECA que garantiza un pagaré a favor de
Estados Unidos de América, o a su orden, por la ----
suma de cinco mil dólares ($5,000.00), otorgado el-
día veinte (20) de agosto de mil novecientos setenta
y cinco (1975) e inscrita el día veintiuno (21) de--
agosto de mil novecientos setenta y cinco (1975) a--



Inscrito:
Folio:156
Tomo: 110 Patillas
Finca: 616
Ins: 24ª

R A C
S. P. M.



11-a

vencer el día veinte (20) de agosto de mil nove------

cientos setenta y nueve (1979).----------------------

---(C) HIPOTECA que garantiza pagaré a favor de la

Corporación de Crédito Agrícola, o a su orden, por-

la suma de trece mil seiscientos dólares ----------

($13,600.00), otorgado el día catorce de abril de -

mil novecientos setenta y cinco (1975) e inscrita el

día veintinueve (29) de septiembre de mil nove------

cientos setenta y cinco (1975), a vencer a la ------

presentación.---------------------------------------

---Se halla afecta además dicha finca letra "B" a -

servidumbre de paso para líneas eléctricas, a favor

de la Autoridad de las Fuentes Fluviales de Puerto--

Rico, inscrita al folio ciento cincuenta y tres ----

vuelto (153 vto.) del tomo ciento diez (110) de ----

Patillas, finca número seiscientos dieciseis (616)--

inscripción duodécima.-------------------------------

---"C"- Solar marcado con el número tres en el ----

plano de parcelación de la comunidad rural Provi----

dencia del barrio Providencia del término munici----

pal de Patillas con una cabida superficial de cero-

cuerdas con ochocientos cincuenta y siete diezmilé-

simas de otra, equivalente a trescientos treinta y-

seis punto noventa y tres metros cuadrados.--------

En lindes:  por el NORTE con un camino municipal. -

Por el SUR con parcela número treinta de la comuni-

dad.  Por el ESTE con parcelas uno y dos de la comu-

nidad.  Por el OESTE con parcela número cuatro de la

comunidad.------------------------------------------

---INSCRIPCION:  Dicha finca no consta inscrita ni-

presentada para su inscripción.  La finca principal

de la que se segrega, se halla inscrita a favor de-

Estado Libre Asociado de Puerto Rico, libre de ----

cargas, al folio doscientos ochenta y tres del tomo

ciento treinta de Patillas, finca número cinco mil-

ochocientos setenta y ocho (5,878), inscripción ---

primera.--------------------------------------------

---TITULO:  Las anteriormente descritas fincas "A"-

y "B" las adquirió el prestatario por compra que --

hiciera a don Santos Bernier Brenes y a su esposa -

doña Norma Casanova Ildefonso, según consta de la --

escritura de esta misma fecha otorgada ante el -----

notario Eduardo Grau Acosta, en Arroyo, Puerto Rico.

---Y la finca letra "C" la ------------------------



R A C
S P A
Inscrito:
Folio: 57 vto
Tomo: 134 Patillas
Finca: 6041
Ins: 2°

11-b

Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a --- --- ---

el Estado Libre Asociado de Puerto Rico, --- --- ---

según consta de la Escritura Número doscientos once (211) --- ---

--- --- --- --- ---de fecha diecisiete (17) de mayo de mil no-
tisiete

vecientos seten- otorgada en la ciudad de San Juan, Puerto Rico,

ante el Notario, digo la notaria, Luisa Lebrón de Vigil---

Dicha propiedad se encuentra libre de cargas, tal como se --

indica anteriormente.--- --- --- --- --- --- --- --- --- ---

--- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

--- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

--- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

--- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

DUODECIMO: Que comparecen en la presente escritura como Deudores

Hipotecarios don SANTOS PABON GARCIA y su esposa doña -

ANA A. CORDERO, mayores de edad, casados entre sí, -

propietarios y vecinos de Patillas, Puerto Rico, -

cuya dirección postal es: "Barrio Los Pollos, Buzón 2153-B,-

Patillas, Puerto Rico  00723."--- --- --- --- --- --- ---

--- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

DECIMO TERCERO: El importe del préstamo aquí consignado se usó

o será usado para fines agrícolas y la construcción y/o reparación y/o

mejoras de las instalaciones físicas en la finca(s) descrita(s). --- --- ---

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier

estructura que haya sido construída, mejorada o comprada con el importe del

préstamo aquí garantizado y no arrendará o usará para otros fines dicha

estructura a menos que el Gobierno lo consienta por escrito. La violación de

esta cláusula como la violación de cualquiera otro convenio o cláusula aquí

contenida ocasionará el vencimiento de la obligación como si todo el término

hubiese transcurrido y en aptitud el Gobierno de declarar vencido y pagadero

el préstamo y proceder a la ejecución de la hipoteca.--- --- --- --- ---

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) finca(s) antes descrita(s) y a toda

mejora, construcción o edificación que se construya en dicha finca(s) durante

la vigencia del préstamo hipotecario constituído a favor del Gobierno,

verificada por los actuales dueños deudores o por sus cesionarios o causa-

habientes.--- --- --- --- --- --- --- --- --- --- --- --- --- ---



12

Forma FmHA 427-1 PR
10/77

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o representantes a favor del acreedor (Administración de Hogares de Agricultores), cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios allí enclavados o que en el futuro fueran construidos; renuncia esta permitida a favor de la Administración de Hogares de Agricultores por la Ley Número trece (13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31 L.P.R.A. 1851). -

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cualquier estufa, horno, y calentador comprado o financiado total o parcialmente con fondos del préstamo aquí garantizado, se considerará e interpretará como parte de la propiedad gravada por esta Hipoteca. ------

DECIMO OCTAVO: Manifiestan además los comparecientes en esta escritura que por tratarse de un préstamo --- para fines agrícolas han acordado en no distribuir la responsabilidad entre las fincas gravadas y por lo -- tanto todas responderán por separado solidaria y man- comunadamente de la deuda, principal, intereses, ---- costas y demás créditos garantizados por esta ------- escritura; todo ello conforme al Artículo Ciento Die- cinueve de la Ley Hipotecaria, según el mismo ha sido enmendado por la Ley Número Setenta y Nueve (79) del- veinticinco (25) de junio de mil novecientos sesenta- y nueve (1969).------------------------------------

DECIMO NOVENO: El dinero de este préstamo se usará- para lo siguiente: ------------------------------- ---Setenta y cinco mil dólares ($75,000.00) para pa- gar el balance adeudado para la compra de las fincas- "A" y "B" al señor Santos Benier, del Barrio Los --- Pollos de Patillas, Puerto Rico.------------------- ---Se usará la cantidad de doce mil dólares --------- ($12,000.00) para completar el desarrollo de la ---- finca, en la siguiente forma: --------------------- ---A. Construcción Sistema de Agua - mil setecien- dólares ($1,700.00).------------------------------




---B. Desmonte de diez (10) cuerdas - mil quinientos dólares ($1,500.00).---

---C. Reparación de caminos - Dos mil dólares ($2,000.00).---

---D. Construcción de cercas - dos mil quinientos dólares ($2,500.00).---

---E. Abono y cultivo de sesenta (60) cuerdas pangola - tres mil dólares ($3,000.00).---

---F. Reparación de cepo de la finca - mil trescientos dólares ($1,300.00).---

---Se usarán tres mil novecientos dólares ($3,900.00) para el pago de intereses acumulados durante el primer año.---

---Cinco mil dólares ($5,000.00) sobran de este préstamo, los que estaban destinados a el pago del precio de ochenta mil dólares ($80,000.00) por la compra de la fincas "A" y "B", pero debido a que el prestatario adelantó de su propio dinero dicha suma de cinco mil dólares ($5,000.00) según consta de un contrato fechado veintiseis (26) de abril de mil novecientos setenta y siete (1977) suscrito ante el notario Luis Manuel Santana Gastón bajo su affidávit número seis mil diez (6,010), y otro contrato complementario entre el vendedor y el prestatario fechado el dos (2) de febrero de mil novecientos setenta y ocho (1978), estos cinco mil dólares ($5,000.00) son devueltos por el prestatario sin utilizarse.---

------ACEPTACION ------

---Los comparecientes aceptan esta escritura en todas sus partes por estar redactada de acuerdo con sus instrucciones.---

---Yo, el Notario, hice a los comparecientes las advertencias legales pertinentes.---

---Así lo dicen y otorgan los comparecientes por ---



ante mí, luego de haber renunciado al derecho que --
les hice saber tenían para requerir la presencia de-
testigos instrumentales.----------------------------
---Leída esta escritura por los comparecientes per-
sonalmente, la hallaron conforme, en la misma se ---
ratifican, fijan sus iniciales en todos y cada uno --
de los folios de este documento y firman por ante --
mí, el Notario, que DOY FE de todo lo consignado ---
anteriormente en el presente documento público.------
En este momento se corrige y se hace constar que el nombre----
correcto de la compareciente que aparece como Ana A. Cordero es
ROSA A. CORDERO. Repito la fé.------------------------------





-(Firmado, signado, sellado y rubricado) KENNETH
MARTY LOPEZ.----- Las iniciales de (de los) otor-
gante (s) aparecen en cada folio del original, en el
cual hay adheridos y cancelados, con el de esta Notaría,
los correspondientes sellos de Rentas Internas y del Im-
puesto Notarial del Colegio de Abogados de Puerto Rico

La precedente primera    copia es una fiel y exac-
ta del contenido de su original, que bajo el número
queinserta obra en el Protocolo de Instrumentos
Públicos de esta Notaría a mi cargo, correspondien-
te al año de mil novecientos setenticocho a que
me remito.  En fe de ello y a solicitud de  los---
---Estados Unidos de América--------------------
libro la presente, en la propia fecha de su otorga-
miento, dejando anotada en nota al margen de su ma-
triz, Doy fe.------------------------------------



NOTARIO-PUBLICO

-15-

Suscrito el presente documento donde
indican las notas puestas al margen
de las descripciones de cada una de las
fincas que el mismo comprende. Además
de la hipoteca que presente documento se
constituye la finca descrita con la letra
A se halla afecta a hipoteca a favor del
Federal Land Bank of Baltimore por $2,000.00
hipoteca a favor de la Corporación de Crédito
Agrícola por $13,600.00 y la descrita con la
letra B se halla afecta a hipoteca a favor
de la Corporación de Crédito Agrícola por
$13,600.00, hipoteca a favor de Estados Unidos
de América por $5,000.00, servidumbre a favor de
la Autoridad de Fuentes Fluviales de P.R. hipo-
teca a favor de the Federal Land Bank of
Baltimore por $2,000.00. Guayama a 8 de
mayo de 1978.

Sin más.

Registrados

Revisada
2-5-78

*[Stamp]*
*I CERTIFY: That on the same day*
*of its execution, I issued the first*
*certified copy for delivery to one*
*of the parties. I BEAR WITNESS.*
*[Signature]*
*NOTARY PUBLIC*
*2:35 PM      396*
*12/23/92     387*



EXHIBIT
5

## NUMBER SIXTY-ONE (61)

### DEED OF RE-AMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

In Arroyo, Puerto Rico, on December seventeen of nineteen ninety-two (1992)

### IN MY PRESENCE

CANDIDO L. CORDERO PUEYO, Attorney and Notary Public, with offices in 69 Morse Street Arroyo, Puerto Rico.

### THERE NOW APPEAR

AS ONE PARTY: AS MORTGAGORS: SALVADOR ENRIQUE BERRIOS VELAZQUEZ, and EVA GLORIA DIAS SANTOS, both of legal age, married to each other, property owners and residents of Patillas, Puerto Rico.

AS THE SECOND PARTY: AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, represented herein by MR. HECTOR O. MONTESINOS, of legal age, married , resident of Barranquitas, Puerto Rico, 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, in his capacity of Interim County Supervisor of the Farmers Home Administration, Guayama Office, Puerto Rico, and whose credentials are duly recorded in the Property

1

Registry.

I BEAR WITNESS to my personal acquaintance of the appearing parties and to their statements regarding their age, marital status, profession and place of residence.
They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this deed, thus, freely and voluntarily,

<div align="center">THEY DECLARE</div>

FIRST: That the appearing first parties are the exclusive owners of the following properties:

A) RURAL. A plot of land with a surface of FOURTEEN CUERDAS, equivalent to five hectares, fifty ares, twenty five centiares and sixty miliares, located in Barrio Los Pollos of the Municipality of Patillas, Puerto Rico. Its boundaries are to the North, with a farm formerly belonging to Santos Bernier, today to Eladio Alice; to the South and East with the farm of Santos Pabon, and to the West, with the Barrio small river and Ramos heirs.

B) RURAL. Farm without name with a surface area of seventy-three cuerdas, equivalent to twenty-eight hectares, sixty-nine ares and eighty centiares, located in Barrio Los Pollos of the Municipality of Patillas, Puerto Rico. Its boundaries are: to the North, with Nicasio Bernier, to the South with Nicasio Alicea, to the East with Blasina Benn de Lamboglia and to the West with Genaro Lebron and Los Pollos small river.

*[Handwritten]*
*Modifications noted on margin of entry 24th, farm 616, page 156 reverse, volume 110*

C) RURAL. A plot of land with a surface of TEN CUERDAS, equivalent to three hectares, ninety-three ares and zero four centiares, located in Barrio Los Pollos of the municipality of Patillas, Puerto Rico. Its boundaries are: to the North, with the farm of Santos Bernier; to the South, with the farm of Latalladi heirs; to the East, with farm of Merle heirs, and to the West with the farm of Jose H. Rivera heirs.

*[Handwritten]*
*Modifications noted on margin of entry 6th, farm 5125, page 80 reverse, volume 114*

D) RURAL. A plot of land marked with number ONE HUNDRED FIVE in the survey

Of the rural community of Yaurel in Barrio Yaurel of the municipality of Arroyo, with a surface area of zero cuerdas and two thousand four hundred four ten-thousandths of one cuerda, equivalent to nine hundred forty-five point three square meters.

Its boundaries are: to the North, with lot number one hundred seven of the community; to the South, with street number one of the community; to the East with lot number one hundred sixty-four of the community, and to the West with parcel number one hundred sixty-six of the community.

On this lot, there is a house used as residence.

Farm A is appraised in FIFTY THOUSAND DOLLARS ($50,000.00). Farm B in SIXTY THOUSAND DOLLARS ($60,000.00); farm C in TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00); and farm D in THIRTEEN THOUSAND FOUR HUNDRED NINETEEN AND EIGHTY-EIGHT DOLLARS ($13,419.88).

The property described under letter A is recorded on page seventy, volume one hundred fifty-seven of Patillas, farm number seven thousand six, fifth entry.

The property described under letter B is recorded on page two hundred ninety-eight, volume one hundred thirty-seven of Patillas, farm number six hundred sixteen, third entry.

The property described under letter C is recorded on page

eighty-four, volume one hundred fourteen of Patillas, farm number five thousand one hundred twenty-five.

The property described under letter D is recorded on page two hundred two, volume one hundred six of Arroyo, farm number three thousand seven hundred eighty-four, third entry.

## MORTGAGES

FARM A: It is encumbered by a mortgage to the order of the United States of America in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00) of principal, with interests at the annual rate of TEN AND THREE QUARTERS percent, pursuant to deed number seventy-seven, dated November two of nineteen eighty-four, executed in Arroyo, Puerto Rico before the Notary Eduardo Grau Acosta; and by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97), pursuant to deed number seventy-six dated September nineteen if nineteen ninety, executed in Arroyo, Puerto Rico before this Notary.

FARMS B and C: Are encumbered by a mortgage to the order of the

4

United States of America in the amount of NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00) of principal, with interests at the annual rate of FIVE PERCENT, pursuant to deed number sixty-three dated May four of nineteen seventy-eight, executed in Guayama, Puerto Rico before the Notary Kenneth Marty Lopez; by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS and NINETY-SEVEN CENTS ($12,970.97) or principal, pursuant to deed number sixty-six dated September nineteen of nineteen ninety, executed in Arroyo, Puerto Rico before this Notary; by a mortgage to the order of the Small Business Administration in the amount of NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00) of principal, with interests at the annual rate of seven and three quarters, pursuant to deed number fifteen dated April twenty-five of nineteen ten [sic], executed in San Juan , Puerto Rico before the Notary Public Jorge Ramirez de Arellano; by a mortgage to the order of the United States of America in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00), with interests at the annual rate of ten and three quarters, pursuant to deed number seventy-seven, dated November two of nineteen eighty-four, executed in Arroyo, Puerto Rico Eduardo Grau Acosta.

FARM D:   It is encumbered by a mortgage to the order of the Rural Housing Administration of the US Housing Department in the amount of Four thousand four hundred eighty-dollars and thirty-two cents ($4,480.32) of principal, without interests, pursuant to deed number eighteen dated March twenty-seven of nineteen eighty, executed in Arroyo, Puerto Rico before the Notary Public Carmelo L. Marcucci Cruz; and by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97) of principal, pursuant to deed seventy-six dated September nineteen of nineteen ninety, executed in Arroyo, Puerto Rico before this Notary.

SECOND: The mortgagors, state that, in order to reamortize the mortgage debts described above, they requested and obtained the approval of the mortgagee, to reamortize the above mentioned mortgage in the amount of ONE HUNDRED THIRTY-FIVE THOUSAND NNE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS ($135,919.88) with interests at the annual rate of FIVE percent (5%).
The above mentioned mortgage in the amount of NINETY-FIVE THOUSAND DOLLARS is the mortgage subject to this modification.

THIRD: MORTGAGORS, state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations.

FOURTH: The mortgagee, in the capacity he bears, states that because the mortgagors have qualified to receive the benefits of the Congress Law, has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage described in paragraph one herein as follows:

The total unpaid balance on December seventeen of nineteen ninety-two amounts to ONE HUNDRED THIRTY-FIVE THOUSAND NNE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS ($135,919.88).
The Government has authorized to allow mortgagor in paying the debt owed to the Farmers Home Administration through an acceleration agreement as set forth in regulation (1965-A, Section 1965.26(a)). Borrower owes the amount of ONE HUNDRED

THIRTY-FIVE THOUSAND NNE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS ($135,919.88), which shall be paid as follows:

In thirty-seven years with an annual interest rate of five percent (5), under the following payment plan: From January first of nineteen ninety-three to January first of nineteen ninety-five, the payment will be deferred and no amount will be shown in the promissory note, but on January first of nineteen ninety-six, the installment shall be in the amount of EIGHT THOUSAND NINE HUNDRED NINETY-FIVE DOLLARS ($8,995.00) on   an annual basis until principal and interests are paid in full, which if not paid earlier, the due date shall be on September nineteen if two thousand thirty.

The appearing second party, Hector O. Montesinos, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place the following note on the back of it:

"The amount of this promissory note and mortgage securing it had an unpaid balance as of December seventeen of nineteen ninety in the amount of ONE HUNDRED THIRTY-FIVE THOUSAND NNE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS ($135,919.88), which shall be paid as follows:

In thirty-seven years with an annual interest rate of five percent (5), under the following payment plan: From January first of nineteen ninety-three to January first of nineteen ninety-five, the payment will be deferred and no amount will be shown in the promissory note, but on January first of nineteen ninety-six, the installment shall be in the amount of EIGHT THOUSAND NINE HUNDRED NINETY-FIVE DOLLARS ($8,995.00) on an annual basis until principal and interests are paid in full, which if not paid earlier, the due date shall be on September nineteen if two thousand thirty, pursuant to deed number sixty-one of this same date, executed before the undersigned Notary in Arroyo, Puerto Rico. I BEAR WITNESS. In Arroyo, Puerto Rico this seventeenth day of December of nineteen ninety-two. SIGNED, SEALED, STAMPED AND ENDORSED CANDIDO L CORDERO PUEYO, Notary Public."

FIFTH: Once the above mentioned note was placed on the promissory note, I proceed to hand the promissory note back to the appearing party, Hector O. Montesinos, in the capacity he bears.

## ACCEPTANCE AND READING

The parties accept this deed in its entirety, finding it has been drawn up according to their wishes and instructions. I, the Notary, have given the parties the pertinent legal warnings for these proceedings. So they say and execute before me.

The parties have personally read this deed, finding it acceptable, they proceed to ratify it and to place their initials on each and every page herein and they all sign it in this proceeding before me, the Notary, who BEAR WITNESS to everything stated in this public instrument.

[Signatures]
[SEALS]

Signed by:    Salvador Enrique Berrios Velazquez
                  Eva Gloria Diaz Santos
                  Hector O. Montesinos

SIGNED, SEALED, STAMPED and ENDORSED by the undersigned Notary.
The initials of the parties appear in each and every one of the pages in the original deed, and the proper sales tax and Notarial tax have been affixed and cancelled.

I CERTIFY: That this is the FIRST true and exact copy of the original deed filed in my protocol of public instruments under the number and dated indicated, which I issue for delivery to one of the parties, the same day of its execution. I BEAR WITNESS.

[Signature]
Public Notary
[Seal]

This document was notified, to the
filing person and the Notary
by mail to the provided address, about
the errors detailed in such notice, which
remains filed in the Notifications Docket
under number 77
Guayama, February 10, 1993.

Recorder

The 60-day expiration term is cancelled
due to the receipt of this document today
for corrections of errors.
Guayama, P.R. March 10, 1993
[Signature]
Recorder or officer

Modifications were made where the notes under each farm description indicate, only for farms described under letter A and B.
Guayama, April 6, 1003
No fees
[Signature]
Revised [signature] 04/06/93

11

# <u>CERTIFICATE</u>

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

12



-------------NUMERO   SESENTA Y UNO (61)-----------

-----REAMORTIZACION DE PRESTAMO HIPOTECARIO Y-----

----------------MODIFICACION DE HIPOTECA------------

----En Arroyo, Puerto Rico, a los diez y siete días-

del mes de diciembre de mil novecientos noventa y---

dos.-------------------------------------------------

------------------------ANTE MI----------------------

-----CANDIDO L. CORDERO PUEYO, Abogado y Notario Pú-

blico, con oficina abierta en la Calle Morse Número-

Sesenta y Seis Interior en Arroyo,  Puerto Rico.----

-------------------------COMPARECEN------------------

-----DE UNA PARTE Y COMO DEUDORES HIPOTECARIOS:  Don

Salvador Enrique Berríos Velázquez, 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, y--

Doña Eva Gloria Díaz Santos, 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, mayores de

edad, casados entre sí y vecinos de Patillas, Puerto

Rico.------------------------------------------------

-----DE LA SEGUNDA PARTE Y COMO ACREEDOR HIPOTECARIO:

Estados Unidos de América, actuando por conducto y a

través de la Administración de Hogares de Agriculto-

res, con oficinas principales en Washington, Distri-

to de Columbia, Estados Unidos de América, seguro pa

tronal 72-0564834 F, representado en este acto por -

Don Héctor O. Montesinos, mayor de edad, casados,---

vecino de Barranquitas, Puerto Rico, 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, en

su carácter de Supervisor Local Interino de la Admi-

nistración de Hogares de Agricultores, Oficina de---

Guayama, Puerto Rico, cuyo carácter consta debidamen

Legalizada en el Registro de la Propiedad

----------------------DOY FE----------------------

-----Del conocimiento personal de los comparecientes

y por sus dichos y mi creencia de su edad, estado ci

vil, profesión y vecindad. Me aseguran tener y a mi

juicio tienen la capacidad legal necesaria para el-

presente otorgamiento, por lo que libre y voluntaria

mente,--------------------------------------------

----------------------EXPONEN----------------------

-----PRIMERO: Que los comparecientes de la PRIMERA-

PARTE son dueños en pleno dominio de las siguientes-

propiedades:--------------------------------------

-----A)- "RUSTICA: Predio de terreno con una cabi-

da superficial de CATORCE CUERDAS, equivalentes a --

cinco hectáreas, cincuenta áreas, veinticinco centi-

áreas y sesenta miliáreas, sito en el Barrio Los Po-

llos del término municipal de Patillas, Puerto Rico,

en lindes por el NORTE con una finca perteneciente a

Santos Bernier, antes, hoy Eladio Alicea; SUR Y ES-

TE con la finca de Santos Pabón y OESTE con la que-

brada del Barrio y Sucesión Ramos".----------------

-----B)- "RUSTICA: Finca sin nombre compuesta de-

setenta y tres cuerdas, equivalentes a veintiocho --

hectáreas, sesenta y nueve áreas y ochenta centi----

áreas, radicada en el Barrio Los Pollos del término-

municipal de Patillas, Puerto Rico, en lindes por el

NORTE con Nicasio Bernier, SUR con Nicasio Alicea,--

ESTE con Blasina Benn de Lamboglia y OESTE con Gena-

ro Lebrón y la Quebrada Los Pollos".---------------

-----C)- "RUSTICA: Predio de terreno compuesto de-

DIEZ CUERDAS, equivalentes a tres hectáreas, noven-

ta y tres áreas y cero cuatro centiáreas, sita en el

Barrio Los Pollos del término municipal de Patillas,

Puerto Rico, en lindes por el NORTE con finca de San

tos Bernier, SUR con la finca de la Sucesión Lzalla

di, ESTE con finca de la Sucesión Merle y por el----

OESTE con la finca de la Sucesión de José H. Rivera"

-----D)- "RUSTICA: Parcela marcada con el número--

CIENTO CINCO en el plano de parcelación de la comuni



E 605
SEBV



CANDIDO L. CORDERO
ABOGADO-NOTARIO



CANDIDO L. CORDERO
ABOGADO-NOTARIO

cipal de Arroyo con una cabida superficial de cero
cuerdas con dos mil cuatrocientos cuatro diez milési
mas de otra equivalentes a novecientos cuarenta y---
cinco punto tres metros cuadrados.------------------
En lindes por el NORTE con parcela número ciento se-
senta y siete de la comunidad; por el SUR con calle
número uno de la comunidad; por el ESTE con parcela
número ciento sesenta y cuatro de la comunidad y por
el OESTE con parcela número ciento sesenta y seis de
la comunidad".--------------------------------------

====Sobre esta parcela enclava una casa para uso re-
sidencial.------------------------------------------

-----A la finca "A" se le dá un valor de CINCUENTA

MIL    DOLARES    ($50,000.00)--------------------

a la finca "B" de SESENTA MIL DOLARES ($60,000.00)

a la finca "C" de DOCE  MIL  QUINIENTOS  DOLARES
($12,500.00)----------------------------------------

y a la finca "D" de TRECE    MIL   CUATROCIENTOS
DIECINUEVE DOLARES CON OCHENTA Y OCHO CENTAVOS
($13,419.88)---------------------------------------

-----La propiedad "A" consta inscrita al folio
setenta del tomo ciento cincuenta y siete de
Patillas, finca número siete mil seis, inscrip-
ción quinta. --------------------------------------

--------------------------------------------------

----La propiedad "B" consta inscrita al folio
doscientos noventa y ocho del tomo ciento treinta
y siete de Patillas, finca número seiscientos
dieciséis,    inscripción    tercera.--------------

--------------------------------------------------

--------------------------------------------------

-----La propiedad "C" consta inscrita al folio





E 605
SEBV

ochenta y cuatro vuelto del tomo ciento catorce de Patillas, finca número cinco mil ciento veinticinco. ------------------------------------------

-----------------------------------------------

-----La propiedad "D" consta inscrita al folio doscientos dos vuelto del tomo ciento seis de Arroyo, finca número tres mil setecientos ochenta y cuatro, inscripción tercera.-----

-----------------------------------------------

-----------------------------------------------

----------------------HIPOTECAS----------------

-----FINCA "A": Afecta a hipoteca a favor de Esta--dos Unidos de América o a su orden por la suma prin-cipal de CUARENTA Y CUATRO MIL DOLARES ($44,000.00)-con intereses a razón del DIEZ Y TRES CUARTOS POR---CIENTO ANUAL según consta de la Escritura Número----Setenta y Siete de fecha dos de noviembre de mil no-vecientos ochenta y cuatro, otorgada en Arroyo, Puer to Rico ante el Notario Eduardo Grau Acosta; y a hi poteca a favor de Estados Unidos de América o a su--orden por la suma principal de DOCE MIL SETECIENTOS-NOVENTA DOLARES CON NOVENTA Y SIETE CENTAVOS--------($12,790.97), según consta de la Escritura Número----Setenta y Seis de fecha diez y nueve de septiembre-de mil novecientos noventa, otorgada en Arroyo, Puer to Rico ante este Fedatario.--------------------------

-----FINCA " B Y C": Afectas a hipoteca a favor de-





E C O S
S E B V

Estados Unidos de América o a su orden por la suma

principal de NOVENTA Y CINCO MIL NOVECIENTOS DOLARES

($95,900.00) con intereses a razón del CINCO por ---

ciento anual, según consta más detalladamente de la-

escritura número Sesenta y Tres de fecha cuatro de--

mayo de mil novecientos setenta y ocho, otorgada en-

Guayama, Puerto Rico ante el Notario Público Kenneth

Marty López; y-a hipoteca a favor de Estados Uni---

dos de América o a su orden por la suma principal de

DOCE MIL SETECIENTOS NOVENTA DOLARES CON NOVENTA---

Y SIETE CENTAVOS ($12,790.97), según consta más deta

lladamente de la Escritura Número Setenta y Seis de

fecha diez y nueve de septiembre de mil novecientos-

noventa, otorgada en Arroyo, Puerto Rico ante este--

Fedatario;----------------------------------------------

--a hipoteca a favor de la Administración de Pe-----

queños Negocios o a su orden por la suma principal--

de NUEVE MIL QUINIENTOS DOLARES ($9,500.00) con inte-

reses a razón del siete y tres octavos por ciento--

anual según consta de la Escritura Número Quince de-

fecha veinticinco de abril de mil novecientos diez,-

otorgada en San Juan, Puerto Rico ante el Notario Pú-

blico Jorge Ramírez de Arellano; a hipoteca a favor

de Estados Unidos de América o a su orden por la su-

ma principal CUARENTA Y CUATRO MIL DOLARES-------

($44,000.00) con intereses a razón del diez y tres--

cuartos por ciento anual según consta de la Escritu-

ra Número setenta y siete de fecha dos de noviembre -

de mil novecientos ochenta y cuatro, otorgada en----

Arroyo, Puerto Rico ante el Notario Público Eduardo-

Grau Acosta.--------------------------------------------

E G D S
S E B V





...Segunda hipoteca a favor de la ad--

ministración de Vivienda Rural del Departamento de -

Vivienda o a su orden, por la suma principal de CUA--

TRO MIL CUATROCIENTOS OCHENTA DOLARES CON TREINTA Y-

DOS CENTAVOS (4,480.32) sin intereses, según consta-

más detalladamente de la Escritura Número diez y ---

ocho de fecha veintisiete de marzo de mil novecien-

tos ochenta, otorgada en Arroyo,Puerto Rico ante el-

Notario Público Carmelo L.Marcucci Cruz; y a hipote

ca a favor de Estados Unidos de América o a su orden

por la suma principal de DOCE MIL SETECIENTOS NOVEN-

TA DOLARES CON NOVENTA Y SIETE CENTAVOS ($12,790.97)

según consta más detalladamente de la Escritura Núme

ro setenta y seis de fecha diez y nueva de septiem-

bre de mil novecientos noventa, otorgada en Arroyo,-

Puerto Rico ante este Fedatario.---------------------

-----SEGUNDO: Manifiestan los DEUDORES HIPOTECARIOS

que con el fin de reamortizar la deuda hipotecaria--

en el hecho PRIMERO de esta escritura, solicitaron--

y obtuvieron el consentimiento del ACREEDOR HIPOTECA

RIO para reamortizar la deuda hipotecaria relaciona-

da anteriormente por la suma de CIENTO TREINTA Y CIN

CO MIL NOVECIENTOS DIECINUEVE DOLARES CON OCHENTA---

Y OCHO CENTAVOS ($135,919.88) con intereses a razón-

del CINCO Por ciento anual (5%).--------------------

La hipoteca anteriormente descrita por la suma de---

NOVENTA Y CINCO MIL NOVECIENTOS DOLARES es la hipote

ca objeto de esta modificación.---------------------

----------------------------------------------------

----------------------------------------------------





-------------------------------------------------

-------------------------------------------------

--TERCERO: Manifiesta el DEUDOR HIPOTECARIO que--
de su propio y personal conocimiento todas y cada--
una de las obligaciones, cláusulas y estipulaciones--
contenidas o mencionadas en las escrituras de hipote
ca y en este acto en forma clara, solemne y terminan
te, se obliga a cumplir todas y cada una de las mis-
mas.-------------------------------------------------

-----CUARTO: Manifiesta el ACREEDOR HIPOTECARIO en-
el carácter que ostenta que habiendo sido aceptado el
DEUDOR HIPOTECARIO, para recibir los beneficios de--
la Ley del Congreso, ha convenido en reamortizar y -
modificar la forma d epago de los plazos consignados
en el pagaré y en la hipoteca, descrita en el hecho-
PRIMERO de esta escritura, en la siguiente forma:---

-----El importe total adeudado al día diez y siete -
de diciembre de mil novecientos noventa y dos ascien
de a la suma de CIENTO TREINTA Y CINCO MIL
NOVECIENTOS DIECINUEVE DOLARES CON OCHENTA
Y OCHO CENTAVOS ($135,919.88).---------------
El Gobierno ha consentido en permitir al
prestatario pagar la deuda con la Administración
de Hogares de Agricultores mediante un convenio
de pago acelerado según establecido en el
Reglamento (1965-A, Sección 1965.26(a)). El
prestatario adeuda la cantidad de CIENTO TREINTA





Y CINCO MIL NOVECIENTOS DIECINUEVE DOLARES
CON OCHENTA Y OCHO CENTAVOS ($135,919.88) la
cual habrá de ser pagada de la siguiente forma:—
---Por un término de treinta y siete años con
interés a razón del cinco por ciento anual
, bajo el siguiente plan de pago; del primero
de enero de mil novecientos noventa y tres
primero de enero de mil novecientos noventa
y cinco el pago será diferido y nada aparecerá
en el pagaré, pero el primero de enero de mil
novecientos noventa y seis el pago será de
OCHO MIL NOVECIENTOS NOVENTA Y CINCO DOLARES
($8,995.00) anuales hasta que el principal
y los intereses sean totalmente pagado, que
de no pagarse ante, vencerán el diecinueve
de setiembre del año dos mil treinta.————————
---El compareciente don Héctor O. Montesinos,
me entrega a mí, el Notario, el pagaré garantizado
con la hipoteca, quién me asegura no ha sido
negociado ni gravado en forma alguna por su
actual tenedor y poseedor, Estados Unidos de
América y una vez identificado por mí, el Notario,
cerciorándome que se trata del mismo pagaré,
procedo a poner al dorso del mismo la siguiente
nota: —————————————————————————————
---"EL IMPORTE de este pagaré y la hipoteca
que lo garantiza al día diecisiete de diciembre
de mil novecientos noventa y dos dió un saldo
deudor montante a la suma de CIENTO TREINTA
Y CINCO MIL NOVECIENTOS DIECINUEVE DOLARES
CON OCHENTA Y OCHO CENTAVOS ($135,919.88) la
cual habrá de ser pagada de la siguiente forma:—

E G 00
S E B U.
Rdm





---Por un término de treinta y siete años con un interés a razón del cinco por ciento anual (5%), bajo el siguiente plan de pago; del primero de enero de mil novecientos noventa y tres al primero de enero de mil novecientos noventa y cinco el pago será diferido y nada aparecerá en el pagaré, pero' el primero de enero de mil novecientos noventa y seis el pago será de OCHO MIL NOVECIENTOS NOVENTA Y CINCO DOLARES ($8,995.00) anuales hasta que el principal y los intereses sean totalmente pagado, que de no pagarse ante, vencerán el diecinueve de setiembre del año dos mil treinta, según consta de la escritura número sesenta y uno de esta misma fecha, otorgada ante este Fedatario en Arroyo, Puerto Rico. DOY FE. En Arroyo, Puerto Rico, a diecisiete de diciembre de mil novecientos noventa y dos. FIRMADO, SIGNADO, SELLADO Y RUBRICADO CANDIDO L. CORDERO PUEYO, Notario Público".---------------------------

---QUINTA:- Una vez puesta y firmada la nota devuelvo el pagaré al compareciente don Héctor O. Montesinos en el carácter que ostenta.---

---------------------------------------------

---------------------------------------------



EGDS
SEBV
Hom.



----------------- ACEPTACION Y LECTURA -----------------

---Los comparecientes aceptan la presente escritura en todas sus partes, luego de yo, el Notario, haberles hecho las advertencias legales pertinentes. Así lo dicen y otorgan ante mí. Leída esta escritura por los comparecientes, la cual otorgan ante mí ratificándola y firmándola junto conmigo, estampando además sus iniciales en cada uno de los folios. De todo lo que relata, refiera o afirma en esta escritura, yo, el Notario autorizante, DOY FE:-----------------





E 605
5 E Bv.
Hm



---Firmado:  Salvador Enrique Berríos Velázquez,
            Eva Gloria Díaz Santos,-----------
            Héctor G. Montesinos---------------

---Firmado, Signado, Sellado y Rubricado por el
Notario que suscribe.  Aparecen las iniciales de los
otorgantes en todos los folios del original y se han
cancelado los correspondientes sellos de rentas in-
ternas y de impuesto notarial.

---CERTIFICO:- Que esta es PRIMERA copia fiel
y exacta del original que obra en mi protocolo
bajo el número y fecha indicados, la cual expido
a solicitud de parte interesada en la fecha de su
otorgamiento.  DOY FE:------------------------

                                    Notario Público



NOTIFICADO por correo este
documento al presentante y
al notario, a la dirección
suministrada, d; las fallas
consigno dos en la notifica-
ción, copia de la cual se
dejó archivada en el legajo
de Notific, cienes bajo el
Número ...____.....
Guay- ma, a 10 de Febr.o
de 1993

            Registrador

Suspendido Término de C...... de 60
días por haberse recibid... hoy documento
para la corrección d; f...

_____, P. R. a ____ de ____ de ___

            Registrador u Oficial

/fechas las modificaciones donde
incluir las notas puestas al
margen de la descripción de los
firmas marcadas son las letras
A y B solamente Guayama a 6
de abril de 1993

sin Dos.

Revisado
RMH
6/Nov/93

**CERTIFICATION**

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico.  In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico----------------------

                    JUAN M. ORTIZ SERBIÁ
                    State Executive Director

EXHIBIT
7

FmHA Form 1940-17 (S)
(Rev. 11-1-78)

*41-06 deed #77*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARMERS HOME ADMINISTRATION**

**PROMISSORY NOTE**

| | |
|---|---|
| Name:<br>ELADIO ALICEA CINTRON | |
| State:<br>PUERTO RICO | Office:<br>GUAYAMA |
| Case Number:<br>63-06-580609775 | Date:<br>NOVEMBER 2, 1984 |

**TYPE OF LOAN**
Type: ____ FO
In accordance with:
☒ Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

**ACTION REQUIRING NOTE:**

☐ Initial Loan          ☐ New Payment Plan
☒ Subsequent Loan    ☐ Re-amortization
☐ Consolidation and   ☐ Sale on Credit
  Subsequent Loan     ☐ Deferred Payments
☐ Consolidation

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in AVENIDA LOS VETERANOS #134.2, GUAYAMA, P.R. 00654 , or at any other location designated in writing by the Government, the principal sum of FORTY-FOUR THOUSAND 00/100 dollars ($44,000.00), plus interest on the unpaid principal at TEN AND THREE QUARTERS **PERCENT** (10 3/4%) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis and shall notify Borrower at his last known address by mail, with thirty (30) days' advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as stated below, unless modified by a different interest rate, on or before the following dates:

| | | | |
|---|---|---|---|
| $200.00 | on January 1, 1985 | $200.00 | on January 1, 1986 |
| $200.00 | on January 1, 1987 | $N/A | on January 1, 19 |
| $N/A | on January 1, 19 | $N/A | on January 1, 19 |
| $N/A | on January 1, 19 | $N/A | on January 1, 19 |
| $N/A | on January 1, 19 | $N/A | on January 1, 19 |

and $5,084.00 subsequently on January 1st of each year thereafter until the principal and interests are fully paid, except for the final payment of the debt established herein, which, if not sooner paid, shall be due and payable  40 years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the date of closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, interest accumulated as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to the interest accumulated as of the effective date of the payment and then to the principal.

Jay-Ce-Agriculture                    *Position 2*                    FmHA Form 1940 -- 17
(Rev. 11-1-78)

[Partial Seal]

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at Borrower's convenience. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as a collection agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments shall be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any advance payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Re-amortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, re-amortize or as evidence of a new payment plan, but not as satisfaction of the principal and interests of the following promissory note(s) or subrogation agreement(s) (new terms):

| AMOUNT OF NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

[Initials]

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall continue to guarantee the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of any such debt immediately due and payable.

This Note is granted as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations that are not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
_____
*(Borrower)*

ELADIO ALICEA CINTRON

_____
*(Borrower)*

P.O. BOX 671
PATILLAS P.R. 00723

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $44,000.00 | 11/2/84 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $44,000.00 | |

Jay-Ce-Agriculture                     *Position 2*                     FmHA Form 1940 -- 17
                                                                        (Rev. 11-1-78)

"The balance of the principal plus interest as of September nineteen, nineteen ninety, is SEVENTY-ONE THOUSAND FOUR HUNDRED NINE DOLLARS AND EIGHTY CENTS, of which the appearing SECOND PARTY, Mr. Salvador Enrique Berríos Velázquez and his wife Eva Gloria Díaz Santos assume the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS, which shall be guaranteed by the same properties (3 farms), resulting in a reduced debt balance of FIFTY-EIGHT THOUSAND SIX HUNDRED EIGHTEEN DOLLARS AND EIGHTY-THREE CENTS, according to Deed Number SEVENTY-FIVE of this same date before this Notary" I DO ATTEST. In Arroyo, Puerto Rico, on September 19, 1990.

[Seal]                          [Signature]
                          CANDIDO L. CORDERO PUEYO
                          NOTARY PUBLIC


"THE AMOUNT of this promissory note and mortgage that guarantees it, as of December seventeen, nineteen ninety-two, is a balance owed in the amount of ONE HUNDRED THIRTY-FIVE THOUSAND NINE HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS, which shall be paid as follows: for a period of thirty-seven years, with interest at a rate of five percent per annum, under the following payment schedule: from January first, nineteen ninety-three, to January first, nineteen ninety-five, payment shall be deferred and nothing shall appear on the promissory note, but, on January first, nineteen ninety-six, payment shall be EIGHT THOUSAND NINE HUNDRED NINETY-FIVE DOLLARS annually until the principal and the interest are fully paid, and if is not paid sooner, it shall reach maturity on September nineteen, two thousand thirty, according to deed number sixty-one of this same date, granted before this Notary in Arroyo, Puerto Rico. I DO ATTEST.

In Arroyo, Puerto Rico, on September 17, 1992.

[Seal]                          [Signature]
                          CANDIDO L. CORDERO PUEYO
                          NOTARY PUBLIC

## Statement of Accuracy

I hereby certify that the attached document titled:
**PROMISSORY NOTE,** November 2, 1984 – 4 pages
is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED September 24, 2018.

_____
Thomas L. Bransfield
Professional Translation Spanish into English

WITNESS my hand and official seal hereto affixed this 24th day of September of 2018.
Signature     *Rosa Capdevielle*
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of __WA_____.
My appointment expires: ___March 15th 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
**ROSA CAPDEVIELLE**
My Appointment Expires March 15, 2022

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

EXHIBIT
8

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
| --- |
| Tipo: FO |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre ELADIO ALICEA CINTRON | |
| --- | --- |
| Estado PUERTO RICO | Oficina GUAYAMA |
| Caso Núm. 63-06-580609775 | Fecha 2 DE NOVIEMBRE DE 1984 |

| ACCION QUE REQUIERE PAGARE: | |
| --- | --- |
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en AVENIDA LOS VETERANOS #134.2, GUAYAMA, P. R. 00654

o en otro sitio designado por el Gobierno por escrito, la suma principal de CUARENTA Y CUATRO MIL

———————00/100—————— dólares ($ 44,000.00 ) más intereses sobre el principal adeudado al

DIEZ Y TRES CUARTO——————————————— POR CIENTO ( 10 3/4 %) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ——41——plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
| --- | --- | --- | --- |
| $ 200.00——————— en enero 1, 1985 | $ 200.00——————— en enero 1, 1986 |
| $ 200.00——————— en enero 1, 1987 | $ N/A en enero 1, 19 ; |
| $ N/A en enero 1, 19 ; | $ N/A en enero 1, 19 ; |
| $ N/A en enero 1, 19 ; | $ N/A en enero 1, 19 ; |
| $ N/A en enero 1, 19 ; | $ N/A en enero 1, 19 ; |
| y $ 5,084.00——————— | |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en——40——años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno se dará siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce-Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el, principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por la otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
*(Prestatario,*
ELADIO ALICEA CINTRON

_____
*(Prestatario,*

P. O. BOX 671

PATILLAS, P. R. 00723

_____

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $44,000.00 | 1/12/84 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $44,000.00 | |

"El balance del princpal más intereses al diez y nueve de septiembre
de mil novecientos noventa es de SETENTA Y UN MIL CUATROCIENTOS NUE-
VE DOLARES CON OCHENTA CENTAVOS de los cuales el compareciente de la
SEGUNDA PARTE, Don Salvador Enríque Berríos Velázquez y su esposa---
Eva Gloria Díaz Santos asumen la cantidad de DOC EMIL SETECIENTOS NO
VENTA DOLARES CON NOVENTA Y SIETE CENTAVOS la cual estará garantizada
con las mismas propiedades (3 fincas) quedando el balance de la deuda
reduciada a CINCUENTA Y OCHO MIL SEISCIENTOS DIEZ Y OCHO DOLARES CON-
OCHENTA Y TRES CENTAVOS , según resulta de la Escritura Número SETEN-
TA Y CINCO de esta misma fecha ante este Fedatario" DOY FE.---------
En Arroyo, Puerto Rico, a 19 de septiembre de 1990.-----------------

CANDIDO L. CORDERO PUEYO
NOTARIO PUBLICO

Forma FmHA 427–1PR
( 10–82 )


EXHIBIT
9

—————NUMERO SETENTA Y SIETE—————
NUMBER SEVENTY SEVEN

————HIPOTECA VOLUNTARIA————
VOLUNTARY MORTGAGE

En la Ciudad de Arroyo, Puerto Rico a los dos (2)————
In Arroyo, Puerto Rico, today November second of nineteen-
días del mes de noviembre de mil novecientos ochenta
eighty four (1984).————————————————
y cuatro (1984).————————————————

ANTE MI
BEFORE ME

—————EDUARDO GRAU ACOSTA—————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Arroyo,
Attorney and Notary Public for the Island of Puerto Rico, with residence in Arroyo,

Puerto Rico———————y oficina en Arroyo————————
Puerto Rico——————— and office in Arroyo——————— Puerto Rico.

COMPARECEN
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.————————————————
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.————————
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.————————————————————————
voluntary mortgage.

EXPONEN
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".————————
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.————————
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with



Form FmHA 427-1 PR
(10-82)

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee,

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

- 2 -

Forma FmHA 427-1PR
( 10-82 )

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note, but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default



plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in

- 3 -

Forma FmHA 427–1PR
( 10–82 )

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness



4

me

Forma FmHA 427–1PR
( 10–82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgage to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement.

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgage or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgage on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgage for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgage as described in this

párrafo devengará intereses a razón del **Diez y Tres Cuarto**----------
subparagraph shall bear interest at the rate of **TEN AND THREE QUART**----------

por ciento (**10 3/4** º/o)----------
per cent (**10 3/4** º/o)----------

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgage, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgage for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
tions and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

Forma FmHA 427-1PR
( 10-82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



6

Forma FmHA 427-1PR
( 10-82 )

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any budding or improvement on the property, nor will be cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada esta siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

Forma FmHA 427–1PR
( 10–82 )

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgage determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido.
with any clause, condition, stipulation, covenant, or agreement contained herein.

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of




- 8 -

Forma FmHA 427-1PR
( 10—82 )

dores. o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, immediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)



de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee



todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

- 9 -

Forma FmHA 427–1PR
( 10–82 )

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgage

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario, y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgage

- 10 -

Forma FmHA 427-1PR
( 10-82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

CUARENTA Y CUATRO MIL DOLARES; de los cuales la finca
de marcada con la letra "A" responderá por Diecinueve
of Seiscientos Dolares; la finca marcada con la letra "B"
responderá por Doce Mil Doscientos Dolares y la finca
marcada "C", respondera por Doce mil Doscientos Dolares.

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré:
should assign this mortgage without insurance of the note,

CUARENTA Y CUATRO MIL——————————— DOLARES ($ 44,000.00 )
FORTY FOUR THOUSAND——————————— DOLLARS ($ 44,000.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

Diez y Tres Cuartos——————————— por ciento (10 3/4 o/o) anual:
Ten and Three Quart——————————— per cent (10 3/4 o/o) per annum;

- 11 -

Forma FmHA 427–1PR
( 10–82 )

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)
(A)

**CUARENTA Y CUATRO MIL** ----------- DOLARES (\$ 44,000.00
**FORTY FOUR THOUSAND**----------- DOLLARS (\$ 44,000.00 )

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgage for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero;
Three;

(B)
(B)

**SESENTA Y SEIS MIL** ---------------- DOLARES (\$ 66,000.00 )
**SIXTY SIX THOUSAND**---------------- DOLLARS (\$ 66,000.00 )

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré;
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;
Three. In any event and at all times whatsoever;

(A)  **DIECISIETE MIL SEISCIENTOS**------------------------
(A)  **SEVENTEEN THOUSAND SIX HUNDRED**--------------------

(\$  **17,600.00**                     ) para intereses después de mora;
(\$  **17,600.00**                     ) for default interest;

(B)  **OCHO MIL OCHOCIENTOS**----------------------------
(B)  **EIGHT THOUSAND EIGHT HUNDRED**--------------------

\$8,800.00      ) para contribuciones, seguro y otros adelantos para la con-
\$8,800.00      ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three;

(C)  **CUATRO MIL CUATROCIENTOS**----------------------
(C)  **FOUR THOUSAND FOUR HUNDRED**--------------------

(\$  **4,400.00**----------- ) para costas, gastos y honorarios de abogado en caso
(\$  **4,400.00**----------- ) for costs, expenses and attorney's fees in case

de  ejecución;
of  foreclosure;

(D)  **CUATRO MIL CUATROCIENTOS**-------------------------
(D)  **FOUR THOUSAND FOUR HUNDRED**---------------------

(\$  **4,400.00** ------→) para costas y gastos que incurriere el acreedor hipoteca-
(\$  **4,400.00**------- ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph (SIXTH, Thirteen.



Forma FmHA 427–1PR
( 10–82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número————————————————————
"Promissory note executed in case number 63-06-580609775————————————

                                      fechado el día
————————————————————————————————dated the   **dos (2)**
                         **two**

——————————de   **noviembre**————— de mil novecientos
          day of   **november**   nineteen hundred and
——————————   **november**—————

   **ochenta y cuatro(1984)** por la suma de CUARENTA Y CUATRO MIL
   **eighty four(1984)**—————  in the amount of FORTY FOUR THOUSAND

   **($44,000.00)**————————————————————dólares de principal más
   **($44,000.00)**————————————————————  of principal plus

intereses sobre el balance del principal adeudado a razón del **Diez y Tres**
interest over the unpaid balance at the rate of   **Ten and Three Quart**

**cuarto**——————————————————  { **10 3/4%** } por ciento anual,
                               { **10 3/4%** } percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno: excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due



a los   **Cuarenta(40)**————————————————————————
and payable   **Forty(40)**—————————————————————

años de la fecha de este pagaré.———————————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.———————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:————————————————
voluntary mortgage is constituted, is described as follows:

- 13 -

-14-

----RUSTICA:A:Predio de terreno con una cabida superficial de CATORCE CUERDAS, equivalentes a cinco hectáreas, cincuenta áreas, veinticinco centiáreas y sesenta miliáreas, sito en el barrio Pollos del término municipal de Patillas, Puerto Rico; en lindes por el Norte, con una finca perteneciente a Santos Bernier, antes, hoy Eladio Alicea; por el Sur y Este, con la finca de Santos Pabón y por el Oeste, con la quebrada del barrio y sucesión Ramos.

----Inscrito al folio sesenta y siete(67) del tomo ciento cincuenta y siete(157) de Patillas, finca número siete mil seis(7,006), inscripción primera

*Folio: 68*
*Tomo: 157 Patillas*
*Finca: 7006*
*Ins: 3ª*  ✓

----RUSTICA:B: Finca sin nombre compuesta de SETENTA Y TRES CUERDAS, equivalentes a veintiocho hectáreas setenta y nueve áreas y ochenta centiáreas, radicada en el Barrio Los Pollos del término municipal de Patillas, Puerto Rico, en lindes por el Norte, con Narciso Bernier; por el Sur, con Nicanio Alicea; por el Este, con Marina Benn de Lamboglia y por el Oeste, con Genaro Lebrón y la Quebrada Los Pollos.

----Inscrito al folio ciento cincuenta y cinco(155) del tomo ciento diez(110) de Patillas, finca número seiscientos dieciseis(616).------------------

*Folio: 296*
*Tomo: 137 Patillas*
*Finca: 616*
*Ins: 28.*  ✓

----RUSTICA:C: Predio de terreno compuesto de DIEZ CUERDAS, equivalentes a tres hectáreas, noventa y tres áreas y cero cuatro centiáreas, sita en el barrio Los Pollos del término municipal de Patillas, en lindes por el Norte, con finca de don Santos Bernier; por el Sur, con la finca de la sucesión Latalladi; por el Este, con finca de la sucesión Merle y por el Oeste, con finca de la sucesión de José H. Rivera.------------------

----Inscrito al folio ochenta(80) del tomo ciento catorce(114) de Patillas, finca número cinco mil ciento veinticinco(5,125).------------------

*Folio: 83 Patillas*
*Tomo: 114*
*Finca: 5125*
*Ins: 10ª*  ✓

----DUODECIMO:  Que comparece en la presente escritura como Deudores Hipotecarios DON ELADIO ALICEA----CINTRON, mayor de edad, soltero, propietario y vecino de Patillas, Puerto Rico, cuya dirección postal es: Barrio Los Pollos, Patillas, Puerto Rico  00723.
--------------------------------------------------

----DECIMO TERCERO:  El importe del préstamo aquí consignado se usará de la siguiente forma:DIECINUEVE MIL SEISCIENTOS DOLARES($19,600.00) para la compra de la finca marcada con la letra "A" y VEINTICUATRO MIL CUATROCIENTOS DOLARES($24,400.00) para el pago de equidad en la compra de las fincas marcadas con las letras "B" y "C".------------------

CERTIFIED TRANSLATION

Don Eladio Alicea Cintrón
Deed #77  11/24/84
Mortg. Vol.

| |
|---|
| Folio 68<br>Book 157 Patillas<br>Lot 7006<br>Reg. 3rd |

---RURAL: A: Plot with a superficial capacity of FOURTEEN CUERDAS equivalent to five hectares, fifty areas, twenty-eight centiares and sixty milliares, located at Pollos ward of the municipality of Patillas, Puerto Rico, bordering on the North with a property belonging to Santos Bernier, previously, today Eladio Alicea; on the South and East with property of Santos Pabón and on the West with the ward ravine and Ramos Estate. ------------------------------------

---Registered at folio sixty-seven (67) of book one hundred and fifty-seven (157) of Patillas, property number seven thousand and six (7,006), first inscription. -------------------------

| |
|---|
| Folio 296-o<br>Book 137 Patillas<br>Lot 616-5<br>Reg. 28th |

---RURAL: B: Unnamed plot comprised of SEVENTY-THREE CUERDAS, equivalent to twenty-eight hectares, sixty-nine areas and eighty centiares, located at Los Pollos Ward of the municipality of Patillas, Puerto Rico, bordering on the North with Narciso Bernier; on the South with Nicasio Alicea, on the East with Blasina Benn de Lambogla and on the West with Genaro Lebrón and Los Pollos Ravine. ----------

---Registered at folio one hundred and fifty-five (155) of book one hundred and ten (110) of Patillas, property number six hundred and sixteen (616). ------------------------------------

| |
|---|
| Folio 83<br>Book 114 Patillas<br>Lot 5125<br>Reg. 10th |

---RURAL: C:  Plot comprised of TEN CUERDAS, equivalent to three hectares, ninety-three areas and zero four centiares, located at Los Pollos Ward of the municipality of Patillas, bordering on the North with property of don Santos Bernier; on the South with property of Latalladi Estate, on the East with property of Merle Estate and on the West with property of José H. Rivera Estate. --------------------------

---Registered at folio eighty (80) of book one hundred and fourteen (114) of Patillas; property number five thousand one hundred and twenty-five (5,125). ------------------------------------

---TWELFTH:   That appearing in this deed as Mortgage

Debtors DON  ELADIO  ALICEA  CINTRON,  of legal  age,

----Para los efectos de inscripción en el Registro de la propiedad de esta escritura la finca marcada con la letra "A" responderá por la suma de Diecinueve Mil Seiscientos Dolares($19.600.00) del préstamo aquí consignado; la finca marcada con la letra "B" responderá por la sumadde Doce Mil Doscientos Dolares($12,200.00) y la finca marcada con la letra "C" responderá por la suma de Doce mil Doscientos Dolares($12,200.00) del préstamo aquí consignado.------

single, property owner and resident of Patillas, Puerto Rico, whose postal address is: Los Pollos Ward, Patillas, Puerto Rico 00723. ---------------------------------------------------------------

---THIRTEENTH: The amount of the loan consigned herein will be used as follows: NINETEEN THOUSAND SIX HUNDRED DOLLARS ($19,600.00) for the purchase of the property identified with the letter "A" and TWENTY-FOUR THOUSAND FOUR HUNDRED DOLLARS ($24,400.00) for the equity payment in the purchase of properties identified with letters "B" and "C". ---------------------------------------------

---For purposes of registering this property in the Property Registry, property marked with letter "A" is liable for the sum of Nineteen Thousand Six Hundred Dollars ($19,600.00) of the loan consigned herein; the property marked with the letter "B" is liable for the sum of Twelve Thousand Two Hundred Dollars ($12,200.00) and the property marked with the letter "C" is liable for the sum of Twelve Thousand Two Hundred Dollars ($12,200.00) of the loan consigned herein.

RUBBER STAMP
This document was notified by mail to presenter and Notary Public, to the address supplied as to the faults consigned in the notice, copy of which was left filed in the Notices Record underNumber 7
Guayama, January 10, 1985.
(sgd.) Illegible
Registrar

Suspended the Caducity Term of 60 days for having received today the documents for the correction of the fault.

Guayama, February 14, 1985

(sgd.) Illegible, Registrar

Forma FmHA 427—1PR
( 10—82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -



Forma FmHA 427-1PR
( 10-82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los proximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgage in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety (42 U.S.C. 1490a)



16

Forma FmHA 427-1PR
( 10-82 )

—ACEPTACION—
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.————————————————————

FIRMADO: ELADIO ALICEA CINTRON

Firmado, sellado y rubricado por

157652

Firmado, signado, sellado y rubricado por
el Notari

les de los otorgantes en todos los folios del
origin

PR
ficil y exacto del original que
protecolo   n
la cual    solicita
resada en la fecha de su otorgamiento.
DOY FE,

Notario Público

17

NOTIFICADO por correo este
do umento al pres nt ndo y
al notario, a la dire ión
suministrada, de las faltas
consignadas en la ntificaci-
ción, c pi. de la cual se
dejó archivada en el egajo
de Notificaciones bajo el
Número, _____
Guayama, a 10 de _____
de 19 8 5.
_____
Registrador

Suspendido Término de C bicidad d Gu
r Inferese re ____ en el documento
_____ n aten ción de la ____
Guayama, P. R. 19 ____ de 85
_____
R_____ n Oficial

Asiento donde indica la nota puesta
al margen de la descripción de cada
una de las fincas. Además de la hipo-
teca que por este documento se cons-tituye
las fincas "B" y "C" se hallan afecta a tres
hipotecas a favor de Estados Unidos de América,
de la Administración de Pequeños Negocios y de
Estados Unidos de América por las sumas de
$75,900.00, $9500.00 y $6,000.00. Hallándose afec-
ta además la finca letra "B" por su procedencia
a una servidumbre a favor de la Autoridad de
las Fuentes Fluviales del P. R. Guayama, a 19 de fe-
brero de 1985. _____

_____                    _____
Los Deudores                       Registrador

HANDWRITTEN:

Registered as indicated on the margin of the description of each one of the lots. In addition to the mortgage constituted herein, lots "B" and "C" are encumbered by three mortgages on behalf of the U.S.A., the Small Business Administration and the U.S.A. for the amounts of $95,900.00, $9,500.00, and $26,000.00. Also encumbered is lot "B" by its origin to an easement on behalf of PREPA.

Guayama, February 19, 1985.

No Fees                                    (Signed) Registrar





## NUMBER SEVENTY-FIVE (75)
## MODIFICATION AND SALE

In Arroyo, Puerto Rico, on September nineteen, nineteen ninety,

### IN MY PRESENCE

CANDIDO L. CORDERO PUEYO, Attorney and Notary Public, with offices located at number sixty-six, Calle Morse, in Arroyo, Puerto Rico,

### THERE NOW APPEAR

AS THE FIRST PARTY, AS SELLER: MR. ELADIO ALICEA CINTRON, of legal age, single, property owner and resident of Patillas, Puerto Rico,

AS THE SECOND PARTY, AS BUYERS: MR. SALVADOR ENRIQUE BERRIOS VELAZQUEZ and MRS. EVA GLORIA DIAZ SANTOS, of legal age, married to each other, and residents of Arroyo, Puerto Rico, respectively.

AS THE THIRD PARTY: THE UNITED STATES OF AMERICA, acting herein through the Farmers Home Administration, in accordance with the dispositions of the Congress law titled "Consolidated Farmers Home Administration Act of 1961" and/or the Housing Act of nineteen forty-nine (1949), both as amended, with headquarters in Washington, District of Columbia, United States of America, represented herein by MR. MIGUEL A. LEFEBRE, who is of legal age, married, a resident of Coamo, Puerto Rico, 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, in his capacity as County Supervisor of the Guayama office of the Farmers Home Administration, whose credentials appear duly recorded in the Property Registry.

I BEAR WITNESS to my personal acquaintance of the parties and, from their statements and my understanding, to their age, marital status, professions and residences. They assure me they have, and in my judgment they do have, the necessary legal authority for the execution of this deed, and thus, voluntarily

### THEY DECLARE

FIRST: That the FIRST PARTY are the owners of the following properties:

A. RURAL: Plot of land with a surface area measuring FOURTEEN *CUERDAS*\*, equivalent to five hectares, fifty ares, twenty-five centiares and sixty milliares, located in Barrio Los Pollos in the municipality of Patillas, Puerto Rico. It has the following boundaries: to the NORTH, with a farm belonging previously to Santos Bernier, currently to Eladio Alicea; to the SOUTH AND EAST, with a farm belonging to Santos Pabón, and to the WEST, with the local stream and the Ramos heirs.

---

\*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared, and 42,291 squared feet.

1

[A handwritten note in the margin reads as follows:]
Volume 157, page 69, farm 7006, 4th entry

B. RURAL: Unnamed farm consisting of SEVENTY-THREE *CUERDAS*, equivalent to twenty-eight hectares, sixty-nine ares, and eighty centiares, located in Barrio Los Pollos in the municipality of Patillas, Puerto Rico. It has the following boundaries: to the NORTH, with Nicasio Bernier; to the SOUTH, with Nicasio Alicea; to the EAST, with Blasina Benn de Lamboglia, and to the WEST, with Genaro Lebrón and the Los Pollos stream.
[A handwritten note in the margin reads as follows:]
Volume 137, page 297, farm 616, 29th entry

C. RURAL: Plot of land consisting of TEN *CUERDAS*, equivalent to three hectares, ninety-three ares and four centiares, located in Barrio Los Pollos in the municipality of Patillas, Puerto Rico. It has the following boundaries: to the NORTH, with the farm belonging to Santos Bernier; to the SOUTH, with the farm belonging to the Latalladi heirs; to the EAST, with the farm belonging to the Merle heirs, and to the WEST, with the farm belonging to the heirs of José H. Rivera.
[A handwritten note in the margin reads as follows:]
Volume 114, page 83, side two, farm 5125, 11th entry

Farm A was acquired pursuant to Deed of Sale number seventy-five, executed in Arroyo, Puerto Rico on November two, nineteen eighty-four, before the Notary Eduardo Grau Acosta.
It is registered on page sixty-eight, volume one hundred and fifty-seven of Patillas, farm number seven thousand and six, second entry.

Farms B and C were acquired pursuant to Deed of Sale and Mortgage Assumption number seventy-six, executed in Arroyo, Puerto Rico, on November two, nineteen eighty-four, before the Notary Eduardo Grau Acosta.
It is registered on pages two hundred and ninety-six and eighty-two, side two, volumes one hundred and thirty-seven and one hundred and fourteen of Patillas, farms numbers six hundred and sixteen (616-5) and five thousand one hundred and twenty-five (5125), twenty-seventh and ninetieth entries, respectively.

Farm A is encumbered by a mortgage to the order of the United States of America, or its representative, in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00), with interest at the rate of ten and three quarters percent (10.75%) per annum, pursuant to deed number seventy-seven, dated November two, nineteen eighty-four, executed in Arroyo, Puerto Rico, before the Notary Eduardo Grau Acosta.
Said mortgage is registered on page sixty-eight, volume one hundred and fifty-seven of Patillas, farm number seven thousand six, third entry.

Farms B and C are encumbered by the following mortgages:

2

A mortgage to the order of the United States of America in the amount of NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00), with interest att the rate of five percent (5%) per annum, pursuant to deed number sixty-three (63), dated May four (4), nineteen seventy-eight (1978), executed in Arroyo, Puerto Rico, before the Notary Kenneth Marty López.
It is registered on pages one hundred and fifty-six and one hundred and fifty-eight, of volumes one hundred and ten and one hundred and fourteen of Patillas, respectively, farms numbers six hundred and sixteen (616-4) and five thousand one hundred and twenty-five (51250, respectively.

A mortgage to the order of the United States of America, or its representative, in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00), with interest at the rate of ten and three quarters percent (10.75%) per annum, pursuant to deed number seventy-seven, dated November two, nineteen eighty-four, executed in Arroyo, Puerto Rico, before the Notary Eduardo Grau Acosta.

A mortgage to the order of the Small Business Administration in the amount of NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00), with interest at the rate of seven and three eighths percent (7 3/8%) per annum, pursuant to deed number fifteen (15), dated April twenty-five, nineteen ten, executed in San Juan, Puerto Rico, before the Notary Jorge Ramírez de Arrellano.
It is registered on page one thousand five hundred and seventy, volume one hundred and ten of Patillas, farm number six hundred and sixteen, entry number twenty-five.

SECOND: The SELLER states that, in order to transfer the farms described above to the BUYERS, he requested and obtained the authorization of the mortgagee, the United States of America, acting through the Administrator of the Farmers Home Administration, in accordance with the Congress titled "Consolidated Farmers Home Administration Act of 1961" and regulations approved therein. He also sought modification of a mortgage debt liquidated on September nineteen, nineteen ninety.

THIRD: The FIRST and SECOND PARTIES state that they have agreed to execute a sale contract for the properties described above and they formalize said agreement in accordance with the following

CLAUSES

FOURTH: This sale is carried out at the agreed and adjusted price of ONE HUNDRED AND THIRTY-FIVE THOUSAND DOLLARS ($135,000.00), of which amount the BUYERS are liable as follows:

A. They assume a debt for ONE HUNDRED AND TWENTY-TWO THOUSAND TWO HUNDRED AND NINE DOLLARS AND THREE CENTS ($122,209.03), which is the product of the first mortgage mentioned in the preceding first paragraph of this deed, liquidated on September nineteen, nineteen ninety, giving an unpaid balance of NINETY-FOUR THOUSAND FOUR HUNDRED AND FORTY-FOUR DOLLARS AND

3

EIGHTY-FOUR CENTS ($94,444.84) of principal, plus TWENTY-SEVEN THOUSAND SEVEN HUNDRED AND SIXTY-FOUR DOLLARS AND NINETEEN CENTS ($27,764.19) of accumulated interest. They also assume a debt for TWELVE THOUSAND SEVEN HUNDRED AND NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97) from the second mortgage mentioned in the preceding first paragraph of this deed. The mortgage debt in this case amounted to SEVENTY-ONE THOUSAND FOUR HUNDRED AND NINE DOLLARS AND EIGHTY CENTS ($71,409.80) of principal plus interest, on September nineteen, nineteen ninety. The SELLER continues to personally owe the remainder of FIFTY-EIGHT THOUSAND SIX HUNDRED AND EIGHTEEN DOLLARS AND NINETY-THREE CENTS ($58,618.93).

FIFTH: The sale price of the properties is distributed as follows:
FIFTY THOUSAND DOLLARS ($50,000.00) for Farm A;
SIXTY THOUSAND DOLLARS ($60,000.00) for Farm B;
TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) for Farm C.

SIXTH: MR. MIGUEL A. LEFEBRE, in the capacity he bears, states that the Berríos Velázquez-Díaz Santos spouses qualified to receive the benefits of the Congress law known as "Consolidated Farmers Home Administration Act of 1961", and they have agreed to modify the payment method of the installments set forth in the promissory note as follows:
The entire amount owed on September nineteen, nineteen ninety is SEVENTY-ONE THOUSAND FOUR HUNDRED AND NINE DOLLARS AND EIGHTY CENTS ($71,409.80) of principal plus interest. This amount is the product of an original loan in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00), which is broken down as FORTY-FOUR THOUSAND DOLLARS ($44,000.00) of principal and TWENTY-SEVEN THOUSAND FOUR HUNDRED AND NINE DOLLARS AND EIGHTY CENTS ($27,409.80) of accumulated interest, for a total of SEVENTY-ONE THOUSAND FOUR HUNDRED AND NINE DOLLARS AND EIGHTY CENTS ($71,409.80), of which amount the BUYERS only assume the sum of TWELVE THOUSAND SEVEN HUNDRED AND NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97).

The THIRD PARTY, MR. MIGUEL A. LEFEBRE, gives me, the Notary, the promissory note secured by the mortgage and assures me it has not been negotiated or encumbered in any way by the current owner and holder, the United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to attach to the back of said promissory note the following note:

"The balance of principal plus interest on September nineteen, nineteen ninety, is SEVENTY-ONE THOUSAND FOUR HUNDRED AND NINE DOLLARS AND EIGHTY CENTS ($71,409.80), of which amount the SECOND PARTY assume the sum of TWELVE THOUSAND SEVEN HUNDRED AND NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97), which is secured by the same properties (three farms). The balance of the debt is thus reduced to FIFTY-EIGHT THOUSAND SIX

HUNDRED AND EIGHTEEN DOLLARS AND EIGHTY-THREE CENTS ($58,618.83), pursuant to deed number seventy-five of this same date, before the undersigned Notary. In Arroyo, Puerto Rico, on September nineteen, nineteen ninety. Signed, sealed, stamped and endorsed: CANDIDO L. CORDERO PUEYO, NOTARY PUBLIC."

Once the note is attached and signed, I return the original promissory note to MIGUEL A. LEFEBRE, in the capacity he bears.

## ACCEPTANCE AND READING

The parties accept in this deed in its entirety, finding it has been drawn up according to their instructions. I, the Notary, have given the parties the pertinent legal warnings. So they state and execute before me. The parties have personally read this deed which they execute in my presence, ratifying and signing it with me and placing their initials on every page. To everything stated in this public instrument I, the authorizing Notary, BEAR WITNESS.

NOTE: For the record, the interest rate for this type of loan for farm purchase, permanent improvements or operational costs secured by this deed may be increased by the Farmers Home Administration, in accordance with current regulations and the terms of the promissory note. I BEAR WITNESS ONCE AGAIN.

[Signatures]
[Seals]

SIGNED: MR. ELADIO ALICEA CINTRO, MR. SALVADOR BERRIOS VELAZQUEZ, MRS. EVA GLORIA DIAZ SANTOS and MR. MIGUEL A. LEFEBRE, as County Supervisor of the Farmers Home Administration.

SIGNED: Signed, stamped, sealed and endorsed: CANDIDO L. CORDERO PUEYO, NOTARY PUBLIC.

The applicable Sales Tax and Notary Tax seals are cancelled. The parties placed their initials on every page of the original. This is the FIRST CERTIFIED COPY of the deed filed as number SEVENETY-FIVE in my protocol of public instruments authorized by this Notary office in my custody for the year 1990. It consists of nine pages. I issue this copy on the same day of its execution for delivery to one of the parties, making note of its issuance in the original.
[Signature]
CANDIDO L. CORDERO PUEYO
Notary Public
[Seal]

Registered where indicated in the margin notes next to each of the farms. Farm 7006 is encumbered by a mortgage to the U.S.A for $44,000.00 and by the mortgage furnished herein, I mean, farm #616 is encumbered by an easement to the A.F.F. of P.R. and farm #5125 is encumbered by mortgages to the U.S.A. for $95,000.00, $44,000.00 and to the order of the Small Business Administration for $9,500.00. Guayama, December 10, 1990.
[Signature]
Property Recorder
Fees: $400.50

[Illegible]
1 @ $10.00  f0757373
1 @ $490.00 F0757372
I stamp for 50 cents 3372922

[Signature]
3/5/91
[Seal]

# <u>CERTIFICATE</u>

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 10[h] day of October of 2006.

Nicole Harris
*Federal and State Certified translator and interpreter*

WITNESS my hand and official seal hereto affixed this 10[h] day of October of 2006.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

6







-----------NUMERO  SETENTA Y CINCO  (75)-----------

----------------MODIFICACION Y COMPRAVENTA----------

-----En Arroyo, Puerto Rico, a los diez y nueve días
del mes de septiembre de mil novecientos noventa.---

----------------------ANTE MI---------------------

-----CANDIDO L. CORDERO PUEYO, Abogado y Notario Pú-
blico, con oficina abierta en la Calle Morse Número-
Sesenta y Seis Interior en Arroyo, Puerto Rico.-----

----------------------COMPARECEN------------------

-----DE LA PRIMERA PARTE Y COMO VENDEDOR:  Don Ela-
dio Alicea Cintrón, mayor de edad, soltero, vecino--
de Patillas, Puerto Rico, --------------

-----DE LA SEGUNDA PARTE Y COMO COMPRADORES:  Don --
Salvador Enríque Berríos Velázquez y Doña Eva Gloria
Díaz Santos, mayor de edad, casados entre sí y veci-
nos de Arroyo, Puerto Rico, -------- y-----------
                 respectivamente.--------------------

-----DE LA TERCERA PARTE:  Estados Unidos de América
actuando por conducto y a través de la Administra---
ción de Hogares de Agricultores, a tenor con las dis
posiciones de las Leyes del Congreso tituladas "Con-
solidated Farmers Home Administration Act of 1961"--
y/o Ley de Hogares de  mil novecientos cuarenta y---
nueve (1949), según han sido enmendadas, con ofici--
nas principales en Washington, Distrito de Columbia,
Estados Unidos de América, representado en este acto
por Don Miguel A. Lefebre, mayor de edad, casado y--





vecino de Coamo, Puerto Rico, 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, en su ca-
rácter de Supervisor Local de la Administración de--
Hogares de Agricultores, Oficina de Guayama, cuyas--
facultades para este acto constan debidamente acredi-
tadas en el Registro de la Propiedad.----------------

--------------------------DOY FE--------------------

-----Del conocimiento personal de los comparecientes
y por sus dichos y mi creencia de su edad, estado ci-
vil, profesión y vecindad. Me aseguran tener y a mi
juicio tienen la capacidad legal necesaria para el--
presente otorgamiento, por lo que libre y voluntaria
mente,---------------------------------------------

-------------------------EXPONEN--------------------

-----PRIMERO: Que el compareciente de la PRIMERA---
PARTE es dueño de las siguientes propiedades:-------

-----A: "RUSTICA: Predio de terreno con una cabida
superficial de CATORCE CUERDAS, equivalentes a cinco
hectáreas, cincuenta áreas, veinticinco centiáreas,-
sesenta miliáreas, sito en el Barrio Pollos del tér-
mino municipal de Patillas, Puerto Rico, en lindes--
por el NORTE, con una finca perteneciente a Santos--
Bernier, antes, hoy Eladio Alicea; SUR Y ESTE con--
la finca de Santos Pabón Y OESTE con la quebrada del
Barrio y Sucesión Ramos".---------------------------

-----B: "RUSTICA: Finca sin nombre compuesta de SE
TENTA Y TRES CUERDAS, equivalentes a veinticoho hec-
táreas, sesenta y nueve áreas y ochenta centiáreas,--
radicada en el Barrio Los Pollos del término munici-
pal de Patillas, Puerto Rico, en lindes por el NORTE
con Nicasio Bernier; SUR con Nicasio Alicea; ESTE-
con Blasina Benn de Lamboglia y OESTE con Genaro Le-
brón y la Quebrada Los Pollos".---------------------

-----C: "RUSTICA: Predio de terreno compuesto de--
DIEZ CUERDAS, equivalentes a tres hectáreas, noventa
y tres áreas y cero cuatro centiáreas, sita en el Ba
rrio Los Pollos del término municipal de Patillas,--
Puerto Rico, en lindes por el NORTE con finca de San
tos Bernier, SUR con la finca de la Sucesión Latalla
di, ESTE con finca de la Sucesión Merle y por el----
OESTE con la finca de la Sucesión de José H. Rivera".



-----La propiedad A fue adquirida mediante la Escritura número SETENTA Y CINCO de Compraventa, otorgada en Arroyo, Puerto Rico el día dos de noviembre de----mil novecientos ochenta y cuatro, otorgada ante el--Notario Público Don Eduardo Grau Acosta.------------

-----Inscrita al folio sesenta y ocho del tomo ciento cincuenta y siete de Patillas, finca siete mil---seis, inscripción segunda. -------------------------

-----La propiedad B y C fue adquirida mediante la---Escritura Número SETENTA Y SEIS de Compraventa Asumiendo Hipoteca, otorgada en Arroyo, Puerto Rico el--día dos de noviembre de mil novecientos ochenta y---cuatro, ante el Notario Público Don Eduardo Grau----Acosta.------------------------------------------

-----Inscrita a los folios doscientos noventa y seis y ochenta y dos vuelto, de los tomos ciento treinta-y siete y ciento catorce de Patillas, fincas seis---cientos diez y seis (616 $\frac{2}{}$) y cinco mil ciento vein-ticinco, (5,125), inscripciones veintisiete y novena respectivamente.---------------------------------

-----La propiedad A se halla afecta a una hipoteca a favor de Estados Unidos de América o a su orden por-la suma principal de CUARENTA Y CUATRO MIL DOLARES--($44,000.00) con intereses a razón del DIEZ Y TRES--CUARTO por ciento anual (10-3/4%) según consta de la Escritura Número SETENTA Y SIETE de fecha dos de no-viembre de mil novecientos ochenta y cuatro, otorga-da en Arroyo, Puerto Rico ante el Notario Público----Don Eduardo Grau Acosta.----------------------------

-----Inscrita dicha hipoteca al folio sesenta y ocho del tomo ciento cincuenta y siete de Patillas, finca



número siete mil seis, inscripción tercera.----------

-----Las propiedades B y C se hallan afectas a las--
siguientes hipotecas:------------------------------



-----A hipoteca a favor de los Estados Unidos de Amé
rica o a su orden por la suma principal de NOVENTA Y
CINCO MIL NOVECIENTOS DOLARES ($95,900.00) con inte-
reses a razón del CINCO (5%)----------------------
por ciento anual según consta de la Escritura Núme-
ro SESENTA Y TRES (63)--------------------------
de fecha cuatro (4) de mayo ------- de mil no
vecientos setenta y ocho (1978)----, otorgada en-
Guayama----------, Puerto Rico ante el Notario Públi
co Don Kenneth Marty López.-----------------------

-----Inscrita a los folios ciento cincuenta y seis--
y ocho, de los tomos ciento diez y ciento catorce---
de Patillas respectivamente, fincas seiscientos diez
y seis (616 4/) y cinco mil ciento veinticinco (5,125)
inscripciones veinticuatro y sexta respectivamente.-



-----A hipoteca a favor de Estados Unidos de América
o a su orden por la suma principal de CUARENTA Y CUA
TRO MIL DOLARES ($44,000.00) con intereses a razón--
del DIEZ Y TRES CUARTOS (10-3/4%) por ciento anual-
según consta de la Escritura Número SETENTA Y SIETE
de fecha dos de noviembre de mil novecientos ochenta
y cuatro, otorgada en Arroyo, Puerto Rico ante el No
tario Público Don Eduardo Grau Acosta.--------------

-----A hipoteca a favor de la Administración de Pe--
queños Negocios o a su orden por la suma principal--
de NUEVE MIL QUINIENTOS DOLARES ($9,500.00) con in-
tereses a razón del SIETE Y TRES OCTAVOS (7-3/8%)---



según consta de la Escritura Número QUINCE (15)---
de fecha veinticinco de abril de mil novecientos---
diez, otorgada en San Juan, Puerto Rico ante el No-
tario Público Don Jorge Ramírez de Arellano.------

-----Inscrita al folio mil quinientos setenta, tomo
ciento diez de Patillas, finca número seiscientos--
diez y seis, inscripción número veinticinco.-------

-----SEGUNDO: Sigue manifestando el VENDEDOR que--
con el fin de transferir las propiedades antes des-
critas a los COMPRADORES, solicitaron el consenti-
miento del ACREEDOR HIPOTECARIO, Estados Unidos de-
América, actuando por conducto y a través del Ad---
ministrador de Hogares de Agricultores de conformi-
dad con la Ley del Congreso titulada "Consolidated-
Farmers Home Administration Act of 1961" y el regla
mento aprobado al efecto así como también solicita-
ron la modificación de una deuda hipotecaria según-
liquidada al día diez y nueve de septiembre de mil-
novecientos noventa.-------------------------------

-----TERCERO: Exponen los comparecientes de la PRI
MERA Y SEGUNDA PARTE que tienen convenido el otorga







miento de un contrato de compraventa de las propie--
dades antes descritas y formalizan lo pactado de----
acuerdo con las siguientes:------------------------

-------------------------CLAUSULAS-------------------

----CUARTO: Se realiza esta venta por el convenido-
y ajustado precio de CIENTO TREINTA Y CINCO MIL-----
DOLARES ($135,000.00) de cuya suma la parte COMPRA--
DORA se responsabiliza según el siguiente desglose:-

-----A- Asume un adeudo de CIENTO VEINTIDOS MIL DOS
CIENTOS NUEVE DOLARES CON TRES CENTAVOS-------------
($122,209.03) producto de la primera hipoteca men--
cionada en el expositivo PRIMERO de esta escritura--
según liquidación del diez y nueve de septiembre de-
mil novecientos noventa, que arrojó un principal de-
NOVENTA Y CUATRO MIL CUATROCIENTOS CUARENTA Y CUATRO
DOLARES CON OCHENTA Y CUATRO CENTAVOS ($94,444.84) e
intereses acumulados de VEINTISIETE MIL SETECIENTOS-
SESENTA Y CUATRO DOLARES CON DIEZ Y NUEVE CENTAVOS--
($27,764.19) y asume una deuda por DOCE MIL SETE---
CIENTOS NOVENTA DOLARES CON NOVENTA Y SIETE CENTAVOS
($12,790.97) de la segunda hipoteca mencionada en el
expositivo PRIMERO de esta escritura. La deuda hipo-
tecaria en este caso alcanzaba la suma de SETENTA Y-
UN MIL CUATROCIENTOS NUEVE DOLARES CON OCHENTA CENTA-
VOS ($71,409.80) producto de su principal e intere--
ses al día diez y nueve de septiembre de mil nove---
cientos noventa. El remanente de CINCUENTA Y OCHO--
MIL SEISCIENTOS DIEZ Y OCHO DOLARES CON NOVENTA Y---
TRES CENTAVOS ($58,618.93) los continúa adeudando el
VENDEDOR en su carácter personal.------------------

-----QUINTO: El precio de la venta de las propieda-
des se distribuye de la siguiente forma:-----------







----La suma de CINCUENTA MIL DOLARES ($50,000.00)---
para la finca "A"; a suma de SESENTA MIL DOLARES---
($60,000.00) para la finca "B" y la suma de VEINTI-
CINCO MIL DOLARES ($25,000.00) para la finca "C".---

-----SEXTO: Que manifiesta el compareciente DON MI-
GUEL A. LEFEBRE en su carácter que ostenta que los--
adquirentes esposos Berríos Velázquez-Díaz Santos---
fueron aceptados para recibir los beneficios de la-
Ley del Congreso denominada "Consolidated Farmers Ho
me Administration Act of 1961" y han convenido en mo
dificar la forma de pago consignados en los pagarés-
en la siguiente forma:-------------------------------

----El importe total adeudado al día diez y nueve---
de septiembre de mil novecientos noventa asciende a-
la suma de SETENTA Y UN MIL CUATROCIENTOS NUEVE DOLA
RES CON OCHENTA CANTAVOS ($71,409.80) que incluye---
principal más intereses.  Este total es producto de-
un préstamo original por la suma de CUARENTA Y CUA--
TRO MIL DOLARES ($44,000.00) y se desglosa en CUAREN
TA Y CUATRO MIL DOLARES ($44,000.00) de principal y-
VEINTISIETE MIL CUATROCIENTOS NUEVE DOLARES CON ----
OCHENTA CENTAVOS ($27,409.80) de intereses acumula--
dos.  De ese total de SETENTA Y UN MIL CUATROCIENTOS
NUEVE DOLARES CON OCHENTA CENTAVOS ($71,409.80) el--
COMPRADOR sólo asumirá la cantidad de DOCE MIL SETE-
CIENTOS NOVENTA DOLARES CON NOVENTA Y SIETE CENTAVOS
($12,790.97).----------------------------------------

-----El compareciente de la TERCERA PARTE, DON MI---
GUEL A. LEFEBRE me entrega a Mí el Notario el pagaré
garantizado con la hipoteca, quien me asegura no ha-
sido negociado ni gravado en forma alguna por su ac-
tual tenedor y poseedor, Estados Unidos de América y
una vez identificado por Mí, el Notario, cerciorándo



me que se trata del mismo pagará, procedo a poner al dorso del mismo la siguiente nota:------------------

-----"El balance del principal más intereses al diez y nueve de septiembre de mil novecientos noventa es de SETENTA Y UN MIL CUATROCIENTOS NUEVE DOLARES CON OCHENTA CENTAVOS ($71,409.80) de los cuales el compa reciente de la SEGUNDA PARTE asume la cantidad de--- DOCE MIL SETECIENTOS NOVENTA DOLARES CON NOVENTA Y-- SIETE CENTAVOS ($12,790.97) la cual estará garantiza da con las mismas propiedades (tres fincas) quedando el balance de la deuda reducida a CINCUENTA Y OCHO-- MIL SEISCIENTOS DIEZ Y OCHO DOLARES CON OCHENTA-- Y TRES CENTAVOS ($58,618.83), según resulta de la es critura número SETENTA Y CINCO de esta misma fecha an te este Fedatario." DOY FE. En Arroyo, Puerto Rico a diez y nueve de septiembre de mil novecientos no-- venta. Firmado, Signado, Sellado y Rubricado: CAN-- DIDO L. CORDERO PUEYO, NOTARIO PUBLICO.-------------

Una vez puesta y firmada la nota, devuelvo el pagaré original al compareciente DON MIGUEL A. LEFEBRE, en el carácter que ostenta.----------------------------

-----------------ACEPTACION Y LECTURA--------------

-----Los comparecientes aceptan la presente escritu- ra en todas sus partes por encontrarla redactada con forme a sus instrucciones. Yo, el Notario, hice las advertencias de ley pertinentes. Así lo dicen y----- otorgan ante Mí. Leída esta escritura por los compa recientes, la cual otorgan ante mí, ratificándola y- firmándola junto conmigo, estampando además sus ini- ciales en cada uno de sus folios. De todo lo que se relata o refiera o afirma en este Instrumento Públi- co. Yo, el Notario Autorizante. DOY FE.--------------



-----SALVEDAD:  Se hace constar que el por ciento de
interés de préstamos para compra de fincas, mejoras-
permanentes o gastos operacionales garantizado con-
este Instrumento podrá ser aumentado por la Adminis-
tración de Hogares de Agricultores de acuerdo con la
reglamentación vigente y los términos del pagaré.----
REPITO LA FE.----------------------------------------

FIRMADO:  DON ELADIO ALICEA CINTRON, DON SALVADOR----
ENRIQUE BERRIOS VELAZQUEZ, DOÑA EVA GLORIA DIAZ SAN-
TOS y DON MIGUEL A. LEFEBRE como Supervisor Local de-
Farmers Home Administration.--------------------------

FIRMADO:  Signado, Sellado y Rubricado:  CANDIDO L.--
CORDERO PUEYO, Notario Público.----------------------

Hay cancelados los correspondientes Sellos de Rentas-
Internas y con el del Impuesto Notarial.  Estampamos-
sus iniciales los otorgantes en cada uno de los fo----
lios del original.  ES PRIMERA COPIA CERTIFICADA que-
con el NUMERO  SETENTA Y CINCO corresponde a los Ins-
trumentos Públicos autorizados por esta Notaría a mi-
cargo durante el año 1990 la cual consta de NUEVE----
FOLIOS;  y para entregar a la parte interesada expido
la presente en el día de su otorgamiento, dejando la-
saca debidamente anotada en el original.--------------



CANDIDO L. CORDERO PUEYO
NOTARIO PUBLICO

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico.  In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director



Form FmHA 1940-17 (S)
(Rev. 12-88)

EXHIBIT
12

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

**PROMISSORY NOTE**

| TYPE OF LOAN |
|---|
| Type: F.O.  ☐ Regular |
| ☒ Limited Resources |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name |
|---|
| SALVADOR E. BERRIOS VELAZQUEZ |

| State: PUERTO RICO | Office: GUAYAMA |
|---|---|
| Case Number: 63-06-582688718 | Date: SEPTEMBER 19, 1990 |
| Fund Code 41 | Loan No. 02 |

**ACTION REQUIRING NOTE:**

| ☐ Initial Loan | ☐ Rescheduling |
|---|---|
| ☒ Subsequent Loan | ☐ Re-amortization |
| ☐ Consolidation and Subsequent Loan | ☐ Credit Sale |
| ☐ Consolidation | ☐ Deferred Payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any other cosigner do jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignee, at its offices in AVENIDA LOS VETERANOS #134.2, GUAYAMA, PUERTO RICO or at such other place as the Government may later designate in writing, the principal sum of TWELVE THOUSAND SEVEN HUNDRED NINETY AND 97/100 dollars ($12,790.97), plus interest on the unpaid principal at FIVE   PERCENT (5%) per annum and _____0_____ dollars ($__0__) of interest that may not be capitalized. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

| $183.00 | on JANUARY 01 , 1991 ; | $_____ on _____, 19____ ; |
|---|---|---|
| $_____ | on _____, 19____ ; | $_____ on _____, 19____ ; |
| $_____ | on _____, 19____ ; | $_____ on _____, 19____ ; |
| $_____ | on _____, 19____ ; | $_____ on _____, 19____ ; |
| $_____ | on _____, 19____ ; | $_____ on _____, ____ ; |
| $_____ | on _____, 19____ ; | $_____ on _____, ____ ; |

and $ 746.00  each subsequent year until the principal and interests are fully paid, except for the final payment on the debt evidenced herein, which, if not sooner paid, shall be due and payable FORTY (40) YEARS from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded at the time of the loan closing, the loan finds shall be advanced to the Borrower as requested by the Borrower and approved by the Government. Approval by the Government will be provided the advance is requested for a purpose authorized by the Government. Interests will accrue on the amount of each advance from its actual date as shown in the Record of Payment at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Payment.

Interest accumulated for over ninety (90) days, as of the date of this instrument, for each promissory note that is re-amortized, consolidated, or re-structured, must be added to the principal and this new principal shall accrue interest at the percentage rate established by this instrument.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued during the deferment period, second to interest computed as of the effective date of payment, and lastly to the principal.

[Illegible initials]

[Illegible initials]

DEFAULT: Failure to pay any debt evidenced herein when due, or violation of any condition or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this promissory note. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN." This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Illegible initials]

(SEAL)

[Signature] _____
SALVADOR E. BERRIOS VELAZQUEZ            (Borrower)

[Signature] _____
EVA G. DIAZ SANTOS                       (Borrower)

(SEAL)

BO. YAUREL, BZ. 6362
(Borrower's Address)
ARROYO, PUERTO RICO 00615
_____

| RECORDS OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | TOTAL | $ |

[Illegible initials]

CERTIFICATION

I, Juan M. Ortiz Serbia of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, US. Department of Agriculture, hereby declare under penalty of Perjury that this is a true and exact copy of the original document which under my custody. San Juan, Puerto Rico

[Signature]
**JUAN M. ORTIZ SERBIA**
**STATE EXECUTIVE DIRECTOR**

Agriculture                    POSITION 2                    Form FmHA 1940-17 (S)
                                                             (Rev. 12-88)

## Statement of Accuracy

I hereby certify that the attached document titled:

**First and last page of Promissory Note** for $12,790.97, dated September 19, 1990, in
Guayama, PR – 2 Pages

is a  true and accurate translation from Spanish into English to the best of my knowledge, ability
and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED February 13, 2018.

_____
Thomas L. Bransfield
Professional Translation Spanish into English

WITNESS my hand and official seal hereto affixed this 13rd day of February of 2018.

Signature _____*Rosa Capdevielle*_____

Print Name: <u>Rosa Capdevielle</u>

Notary Public in and for the State of <u>WA</u>.

My appointment expires: <u>March 15, 2022</u>.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

Formulario FmHA 1940-17(S)
(Rev. 12-88)

EXHIBIT
13

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo: F.O. |
| ☐ Regular |
| ☒ Recursos Limitados |

De acuerdo a:

☒ Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment
Act of 1978

ACCION QUE REQUIERE PAGARE

☐ Préstamo Inicial                    ☐ Restructuración
☒ Préstamo Subsiguiente        ☐ Reamortización
☐ Consolidación y Préstamo     ☐ Consolidación
   Subsiguiente                         ☐ Reducción de Deuda
☐ Venta a Crédito
☐ Pagos Diferidos
☐ Servidumbre de Conservación

Nombre
SALVADOR E. BERRIOS VELAZQUEZ

Estado                    Oficina
PUERTO RICO         GUAYAMA

Caso Num.              Fecha
63-06-582688718    19 DE SEPTIEMBRE 1990

Clave de Fondos     Num. de Prestamo
41                          02

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidaria-mente pagaremos a la orden de los Estados Unidos de America, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") o su cesionario en su oficina en AVENIDA LOS VETERANOS #134.2, GUAYAMA, PUERTO RICO o en otro sitio designado por el Gobierno por escrito, la suma principal de DOCE MIL SETECIENTOS NOVENTA CON 97/100------------------dólares($ 12,790.97--) más intereses sobre el principal adeudado al ------ -------------------------------0---------------------- dólares ($ ----0----) CINCO-- PORCIENTO (--5%) anual y ----------------------------------------- dólares ($ ----0----) de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasi-llado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los regla-mentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder del porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en -41-plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

$ 183.00----en ENERO     01 de 1991        $ _____ en _____ de 19___
$ _____ en _____ de 19___        $ _____ en _____ de 19___
$ _____ en _____ de 19___        $ _____ en _____ de 19___
$ _____ en _____ de 19___        $ _____ en _____ de 19___
$ _____ en _____ de 19___        $ _____ en _____ de 19___
$ _____ en _____ de 19___        $ _____ en _____ de 19___

y $ 746.00-----------, subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero CUARENTA(40) AÑOS de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

INCUMPLIMIENTO:  La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_Salus Enge Berr Velz_
(Prestatario)

SALVADOR E. BERRIOS VELAZQUEZ

(SELLO)

_Eurdia Santos_
(Prestatario)

EVA G. DIAZ SANTOS

(SELLO)

BO. YAUREL, BZ. 6362
(Dirección del Prestatario)
ARROYO, PUERTO RICO   00615

_____

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL $

CERTIFICATION
I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico.  In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIA
State Executive Director

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
                                                                        (Rev. 12-88)

EXHIBIT 14

rma FmHA 427-1(S) PR
ev. 10-82)

NUMERO   SETENTA Y SEIS   (76)
NUMBER

HIPOTECA VOLUNTARIA
VOLUNTARY MORTGAGE

En   Arroyo, Puerto Rico, a los   diez y nueve días del
mes de septiembre de mil novecientos noventa.

ANTE MI
BEFORE ME

CANDIDO L. CORDERO PUEYO

Abogado y Notario Público de la Isla de Puerto Rico con residencia en   Arroyo,
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico   y oficinas en        Arroyo,        Puerto Rico.
and office in

COMPARECEN
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.
voluntary mortgage.

EXPONEN
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

n préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——

hayan estimado sobre la propiedad hipotecada.——
estimated against the property.

CUARTO: Se sobreentiende que:——
FOURTH: It is understood that:——

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended——

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——

prestamista asegurado.——
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——

determinará en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——




rma FmHA 427-1(S) PR
ev. 10-82)







quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.———————————————
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to



de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.———————————————————
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign the mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y

note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsement by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in

-3-

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,——

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,———————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to———————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and———

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvente, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and———————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account·———

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—————

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.——————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————————

FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the note and the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del          CINCO----------------------
subparagraph shall bear interest at the rate of

------------- por ciento (     5    %)----------------------
                   per cent   (          %)----------------------

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -



el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all-

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





Forma FmHA 427-1(S) PR
(Rev. 10-82)



ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————

tiempo pueda prescribir.——————————
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————



hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other——————————

esta finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————————

ción o al arrendamiento.——————————
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——————————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations——————————

que afecten los bienes o su uso.——————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——————————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——————————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——————————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.——————————
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.———————————————————————
for advances, expenditures and other payments.————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

por hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and according to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————————

en el orden y manera que el acreedor hipotecario determinare.——————————
in what ever order and manner mortgagee may determine.————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purpose,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept,——————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——

en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——





SEBL
ECDS

rma FmHA 427-1(S) PR
ev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

requiere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
required in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a les mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

CANDIDO L. CORDERO ABOGADO-NOTARIO

Registro de la Propiedad Sección de Guayama

CANDIDO L. CORDERO ABOGADO-NOTARIO

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagee any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee




ma FmHA 427-1(S) PR
ov. 10-82)



el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public——

pública de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment——

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so——

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this——

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.——
mortgage, and if any amount then remains, will pay such amount to mortgage.——

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——
FINCA A: TRES MIL DOLARES ($3,000.00); FINCA B CINCO
MIL SETECIENTOS NOVENTA DOLARES CON NOVENTA Y SIETE
CENTAVOS ($5,790.97); FINCA C DOS MIL DOLARES——
($2,000.00) y la FINCA D en DOS MIL DOLARES——
($2,000.00)

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgage. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the——

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——

y aseguramiento del préstamo antes mencionado.
insuring of the loan herein before mentioned.——

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——
NINTH: The amounts guaranteed by this mortgage are as follows:——

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgage, or in the event mortgage——

hipotecario cediere esta hipoteca sin asegurar el pagaré!
should assign this mortgage without insurance of the note,   DOCE MIL SETECIEN



TOS NOVENTA DOLARES CON NOVENTA Y SIETE CENTAVOS
                                    DOLARES ($
                                    DOLLARS ($ 12,790.97 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

CINCO————————————   por ciento (   5   %) anual;
                     per cent (       %) per annum;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

**(A)** DOCE MIL SETECIENTOS NOVENTA DOLARES CON——————
(A)

NOVENTA Y SIETE CENTAVOS      DOLARES ($ 12,790.97
                             DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender——————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as——————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,——————

Tercero:—————————————————————————————————
Three:—————————————————————————————————

**(B)** DIEZ Y NUEVE MIL CIENTO OCHENTA Y SEIS DOLARES————
(B)

CON CUARENTA Y CUATRO CENTAVOS DOLARES ($ 19,186.44
                              DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————

sufrir bajo su seguro de pago del pagaré.——————
sustain under its insurance of payment of the note:——————

Tres. En cualquier caso y en todo tiempo:——————
Three. In any event and at all times whatsoever:——————

**(A)** CINCO MIL OCHENTA Y TRES DOLARES——————————
(A) CON OCHENTA Y OCHO CENTAVOS——————————————

($   5,083.88        ) para intereses después de mora:——————
($                   ) for default interest:——————

**(B)** DOS MIL QUINIENTOS CINCUENTA Y OCHO DOLARES CON———
(B) DIEZ Y NUEVE CENTAVOS——————————————————

($  $2,558.19        ) para contribuciones, seguro y otros adelantos para la con-
($                   ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph——————

SEXTO, Tercero:——————————————————————————
SIXTH, Three:——————————————————————————

**(C)** MIL DOSCIENTOS SETENTA Y NUEVE DOLARES——————
(C) CON NUEVE CENTAVOS——————————————————————

($  1,279.09         ) para costas, gastos y honorarios de abogado en caso
($                   ) for costs, expenses and attorney's fees in case——————

de ejecución:——————————————————————————————
of foreclosure:——————————————————————————

**(D)** MIL DOSCIENTOS SETENTA Y NUEVE DOLARES——————
(D) CON NUEVE CENTAVOS——————————————————————

($  1,279.09         ) para costas y gastos que incurriere el acreedor hipoteca-
($                   ) for costs and expenditures incurred by the mortgagee in——————

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with——————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as——————

consigna en el párrafo SEXTO, Trece.——————————————
vided in paragraph (SIXTH, Thirteen.——————



FmHA 427-1(S) PR
Rev. 10-82)







DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in the paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número    seis tres guión cero seis guión
"Promissory note executed in case number

cinco ocho dos seis ocho ocho siete uno ocho————————————————
                                                      fechado el día  diez y nue
              (63-06-582688717)                       dated the

ve    (19)    de    septiembre   de mil novecientos——————————————
              day of              nineteen hundred and

noventa    (1990)    por la suma de  DOCE MIL SETECIENTOS
                     in the amount of

                                          /CENTAVOS
NOVENTA DOLARES CON NOVENTA Y SIETE———dolares de principal más
                                                      of principal plus

($12,790.97)————————————————————————————————————————

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of

      CINCO————————————————  {  5%  }  por ciento anual,
                                          }  percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due————————————

a los        CUARENTA (40)——————————————————————————————
and payable

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note.————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————————
voluntary mortgage is constituted, is described as follows:

- 13 -

---A: "RUSTICA: Predio de terreno con una cabida su-
perficial de CATORCE CUERDAS, equivalentes a cinco -----
hectáreas, cincuenta áreas, veinticinco centiáreas y se-
senta miliáreas, sito en el Barrio Los Pollos del término
municipal de Patillas, Puerto Rico en lindes por el NORTE
con una finca perteneciente a Santos Bernier, antes, hoy-
Eladio Alcea; SUR Y ESTE con la finca de Santos Pabón,-
y OESTE con la quebrada del Barrio y Sucesión Ramos".---

---B: "RUSTICA: Finca sin nombre compuesta de SETENTA
TRES CUERDAS, equivalentes a veintiocho hectáreas, se-
senta y nueve áreas y ochenta centiáreas, radicada en el
Barrio Los Pollos del término municipal de Patillas, Puer
to Rico, en lindes por el NORTE con Nicasio Bernier, SUR-
con Nicasio Alicea, ESTE con Blasina Benn de Lamboglia y-
OESTE con Genaro Lebrón y la Quebrada Los Pollos".------

----C: "RUSTICA: Predio de terreno compuesto de DIEZ--
CUERDAS, equivalentes a tres hectáreas, noventa y tres---
áreas y cero cuatro centiáreas, sita en el Barrio Los Po-
llos del término municipal de Patillas, Puerto Rico, en--
lindes por el NORTE con finca de Santos Bernier, SUR con-
y finca de la Sucesión Latalladi, ESTE con finca de la---
Sucesión Merle y por el OESTE con la finca de la Sucesión
de José H. Rivera".---------------------------------------
--------------Continúa: Página 14-A---------------------

Adquirió el prestatario la descrita finca por
Borrower acquired the described property by
                               Ver Página 14-A y 14-B -----

según consta de la Escritura Número      Ver Página 14-A  y 14-B ---
pursuant to Deed Number

de fecha                                 Ver Página 14-A  y 14-B ---
dated

otorgada en la ciudad de                 Ver Página 14-A  y 14-B ----
executed in the city of

ante el Notario                          Ver Página 14-A y 14-B ----
before Notary

Dicha propiedad se encuentra             Ver Página 14-C ----------
Said property is                         y 14-D---------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ----------

carios
   Don SALVADOR ENRIQUE BERRIOS VELAZQUEZ Y EVA GLO

RIA DIAZ SANTOS, mayores de edad, casados entre sí y ve-

cinos de Arroyo, Puerto Rico,█████████████████████████

cuya dirección postal es:
whose postal address is:
                       Arroyo, Puerto Rico---------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----

*Jura 106 A*
*Folio 202vts*
*finca 3784*
*ins 3ª*

-----D: "RUSTICA: Parcela marcada con el número--
CIENTO CINCO en el plano de parcelación de la Comu-
nidad Rural Yaurel del Barrio Yaurel del término--
municipal de Arroyo con una cabida superficial de--
ero cuerdas con dos mil cuatrocientos cuatro diez-
milésimas de otra equivalente a novecientos cuaren-
ta y cinco punto tres metros cuadrados.----------

-----En lindes por el NORTE con parcela número cien-
to sesenta y siete de la comunidad.  Por el SUR con
calle número uno de la comunidad.  Por el ESTE con
parcela número ciento sesenta y cuatro de la comuni-
dad.  Por el OESTE con parcela número ciento sesen-
ta y seis de la comunidad".----------------------

-----Sobre esta parcela enclava una casa para uso--
residencial.-----------------------------------

-----La propiedad marcada con la letra A fue adqui-
rida mediante la Escritura Número SETENTA Y CINCO--

otorgada en Arroyo, Puerto Rico el día dos de no---

viembre de mil novecientos ochenta y cuatro, otorga

da ante el Notario Público Don Eduardo Grau Acosta.

-----Inscrita al folio sesenta y ocho del tomo cien

to cincuenta y siete de Patillas, finca siete mil--

seis, inscripcion segunda.----------------------

-----La propiedad marcada con la letra B fue adqui-
rida mediante  la Escritura Número SETENTA Y SEIS--
de Compraventa Asumiendo Hipoteca, otorgada en Arro

yo, Puerto Rico el día dos de noviembre de mil nove

cientos ochenta y cuatro, ante el Notario Público--

Don Eduardo Grau Acosta.-----------------------

-----Inscrita al folio noventa y seis, tomo ciento-

treinta y siete, finca seiscientos diez y seis-----

(616 5), inscripción veintisiete.------------------
-----La propiedad marcada con la letra C fue adqui-
rida mediante  la Escritura Número SETENTA Y SEIS--
de Compraventa Asumiendo Hipoteca, otorgada en Arro

yo, Puerto Rico el día dos de noviembre de mil nove





-14-A-

cientos ochenta y cuatro ante el Notario Público---
Don Eduardo Grau Acosta.----------------------------

-----Inscrita al folio ochenta y dos vuelto, tomo--
ciento catorce de Patillas, finca cinco mil--------
ciento veinticinco, inscripción novena.------------

SE AV.

EC.DS.

-14-B-

-----La propiedad marcada con la letra A está afec-
ta a una hipoteca a favor de Estados Unidos de Amé-
rica o a su orden por la suma principal de CUARENTA
Y CUATRO MIL DOLARES ($44,000.00) con intereses a--
razón del  DIEZ Y TRES CUARTOS POR CIENTO ANUAL---
según consta de la Escritura Número  SETENTA Y SIE-
TE  (77)------------de fecha dos------------------
de noviembre   de mil novecientos  ochenta y ----
cuatro ----otorgada en    Arroyo,    Puerto Ri
co ante el Notario Público  Don Eduardo Grau Acosta

-----La propiedad marcada con la letra B y C están
afectas a las siguientes hipotecas:---------------

-----Hipoteca a favor de Estados Unidos de América-
o a su orden por la suma principal de NOVENTA Y CIN
CO MIL NOVECIENTOS DOLARES ($95,900.00) con intere-
ses a razón del   CINCO   (5%)--------------------
según consta de la Escritura  Número SESENTA Y-----
TRES  (63)--------------- de fecha cuatro----------
de   mayo      de mil novecientos setenta y ocho-
------ otorgada en     Guayama    , Puerto Rico--
ante el Notario Público  Don Kenneth Marty López.---

-----Hipoteca a favor de la Administración de Pe---
queños Negocios o a su orden por la suma principal-
de NUEVE MIL QUINIENTOS DOLARES ($9,500.00) con in-
tereses a razón del  SIETE Y TRES OCTAVOS POR CIENTO
ANUAL
según consta de la Escritura Número QUINCE  (15)---
---------------de fecha  veinticinco de  abril---
de mil novecientos diez,--------------------------
otorgada en    San Juan    , Puerto Rico ante el-
Notario Publico  Don Jorge Ramírez de Arellano.----

-----Y a hipoteca a favor de Estados Unidos de Améri

-14-C-





ca o a su orden por la suma principal de CUARENTA--
Y CUATRO MIL DOLARES ($44,000.00) con intereses a--
razón del  DIEZ Y TRES CUARTOS POR CIENTO ANUAL----
según consta de la Escritura Número SETENTA Y SIETE
----------------------de fecha   dos----------------
de    noviembre   de mil novecientos ochenta y-----
cuatro ---------- otorgada en Arroyo, ------------
Puerto Rico ante el Notario Público Don Eduardo ---
Grau Acosta.----------------------------------------

----La propiedad marcada con la letra D está afec-
ta a hipoteca a favor de la Administración de Vi---
vienda Rural del Departamento de la Vivienda o a su
orden por la suma principal de CUATRO MIL CUATRO---
CIENTOS OCHENTA DOALRES CON TREINTA Y DOS CENTAVOS-
($4,480.32)sin intereses.--------------------------

según consta de la Escritura Número DIEZ Y OCHO de-
fecha veintisiete de marzo de mil novecientos ochen
ta, otorgada en Arroyo, Puerto Rico ante el Notario
Público Don Carmelo L. Marcucci Cruz.--------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------

-14-D-

FmHA 427-1(S) PR
10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
obligation to become due as if the whole term had elapsed and the

opción del Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituído a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eight (28) of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
fonds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.————————————————
of the property encumbered by this Mortgage.————————————————

DECII !O OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.————————————————
notify it in writing to the County Supervisor.————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.————————————————————
these types of loans.————————————————————

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

————Los prestatarios utilizarán el dinero obtenido pa

ra la compraventa de las propiedades marcadas con las

letras  A, B y C - en esta escritura.————————————

*E BV*

*PS*

FmHA 427-1(S) PR
10-82)

-----------ACEPTACION-----------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.---------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.-----------------------------------------------------------
I advised him (them).-----------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify his-----------

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-----------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----------

FE de todo el contenido de esta escritura.---------------------------------------
FAITH to everything contained in this deed.---------------------------------------

FIRMADO:  Don SALVADOR ENRIQUE BERRIOS VELAZQUEZ Y DOÑA
EVA GLORIA DIAZ SANTOS.-----------------------------------

FIRMADO:  Signado, Sellado y Rubricado:  CANDIDO L. COR
DERO PUEYO,NOTARIO PUBLICO.------------------------------

Hay cancelados los correspondientes Sellos de Rentas---
Internas y con el del Impuesto Notarial. Estamparon---
sus iniciales los otorgantes en cada uno de los folios-
del original.  ES PRIMERA COPIA CERTIFICADA que con el-
NUMERO SETENTA Y SEIS corresponde a los Instrumentos Pú
blicos autorizados por mí en esta Notaría a mi cargo du
rante el año 1990 la cual consta de DIEZ Y SIETE FOLIOS
y para entregar a la parte interesada expido la presente
en el día de su otorgamiento, dejando la saca debida---
mente anotada en el original.-------------------------

CANDIDO L. CORDERO PUEYO
NOTARIO PUBLICO

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married,
sident of Guayama, Puerto Rico.  In my
ial capacity as State Executive Director of
Farm Service Agency, U.S. Department of
iculture, hereby declare under penalty of
ury that this is a true and exact copy of the
jinal document which I have under my
tody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

[Stamp]
I CERTIFY: That on the same day
of its execution, I issued the first
certified copy for delivery to one
of the parties. I BEAR WITNESS.
[Signature]
NOTARY PUBLIC
2:35 PM     395
12/23/92    387



## NUMBER SIXTY (60)

## DEED OF RE-AMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

In Arroyo, Puerto Rico, on December seventeen of nineteen ninety-two (1992)

### IN MY PRESENCE

CANDIDO L. CORDERO PUEYO, Attorney and Notary Public, with offices in 69 Morse Street Arroyo, Puerto Rico.

### THERE NOW APPEAR

AS ONE PARTY: AS MORTGAGORS: SALVADOR ENRIQUE BERRIOS VELAZQUEZ, _____ and EVA GLORIA DIAS SANTOS, _____ both of legal age, married to each other, property owners and residents of Patillas, Puerto Rico.

AS THE SECOND PARTY: AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, with headquarters in Washington, District of Columbia, Unites States of America, EIN _____ F, represented herein by MR. HECTOR O. MONTESINOS, of legal age, married, resident of Barranquitas, Puerto Rico, _____ in his capacity of Interim County Supervisor of the Farmers Home Administration, Guayama Office, Puerto Rico, and whose credentials are duly

1

recorded in the Property Registry.

I BEAR WITNESS to my personal acquaintance of the appearing parties and to their statements regarding their age, marital status, profession and place of residence.
They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this deed, thus, freely and voluntarily,

## THEY DECLARE

FIRST: That the appearing first parties are the exclusive owners of the following properties:

A) RURAL. A plot of land with a surface of FOURTEEN CUERDAS, equivalent to five hectares, fifty ares, twenty five centiares and sixty miliares, located in Barrio Los Pollos of the Municipality of Patillas, Puerto Rico. Its boundaries are to the North, with a farm formerly belonging to Santos Bernier, today to Eladio Alice; to the South and East with the farm of Santos Pabon, and to the West, with the Barrio small river and Ramos heirs.

*[Handwritten]*
*Modifications noted on margin of entry 5th, farm 7006, page 70 reverse, volume 157*

B) RURAL. Farm without name with a surface area of seventy-three cuerdas, equivalent to twenty-eight hectares, sixty-nine ares and eighty centiares, located in Barrio Los Pollos of the Municipality of Patillas, Puerto Rico. Its boundaries are: to the North, with Nicasio Bernier, to the South with Nicasio Alicea, to the East with Blasina Benn de Lamboglia and to the West with Genaro Lebron and Los Pollos small river.

*[Handwritten]*
*Modifications noted on margin of entry 30th, farm 616, page 298 reverse, volume 137*

C) RURAL. A plot of land with a surface of TEN CUERDAS, equivalent to three hectares, ninety-three ares and zero four centiares, located in Barrio Los Pollos of the municipality of Patillas, Puerto Rico. Its boundaries are: to the North, with the farm of Santos Bernier; to the South, with the farm of Latalladi heirs; to the East, with farm of Merle heirs, and to the West with the farm of Jose H. Rivera heirs.

*[Handwritten]*
*Modifications noted on margin of entry 12th, farm 5125, page 84 reverse, volume 114*

D) RURAL. A plot of land marked with number ONE HUNDRED FIVE in the survey of the rural community of Yaurel in Barrio Yaurel of the municipality of Arroyo, with a surface area of zero cuerdas and two thousand four hundred four ten-thousandths of one cuerda, equivalent to nine hundred forty-five point three square meters.

Its boundaries are: to the North, with lot number one hundred seven of the community; to the South, with street number one of the community; to the East with lot number one hundred sixty-four of the community, and to the West with parcel number one hundred sixty-six of the community.

On this lot, there is a house used as residence.

*[Handwritten]*
*Modifications noted on margin of entry 3rd, farm 3724, page 202 reverse, volume 106 Arroyo*

Farm A is appraised in THREE THOUSAND DOLLARS ($3,000.00). Farm B in THREE THOUSAND FIVE HUNDRED FIFTY-SIX DOLLARS AND FIVE CENTS ($3,556.05); farm C in THREE THOUSAND DOLLARS ($3,000.00); and farm D in THREE THOUSAND DOLLARS ($3,000.00).

The property described under letter A is recorded on page seventy, volume one hundred fifty-seven of Patillas, farm number seven thousand six, fifth entry.

The property described under letter B is recorded on page two hundred ninety-eight, volume one hundred thirty-seven of Patillas, farm number six hundred sixteen, third entry.

The property described under letter C is recorded on page eighty-four, volume one hundred fourteen of Patillas, farm number five thousand one hundred twenty-five.

The property described under letter D is recorded on page two hundred two, volume one hundred six of Arroyo, farm number three thousand seven hundred eighty-four, third entry.

## MORTGAGES

FARM A: It is encumbered by a mortgage to the order of the United States of America in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00) of principal, with interests at the annual rate of TEN AND THREE QUARTERS percent, pursuant to deed number seventy-seven, dated November two of nineteen eighty-four, executed in Arroyo, Puerto Rico before the Notary Eduardo Grau Acosta; and by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97), pursuant to deed number seventy-six dated September nineteen if nineteen ninety, executed in Arroyo, Puerto Rico before this Notary.

FARMS B and C: Are encumbered by a mortgage to the order of the United States of America in the amount of

4

NINETY-FIVE THOUSAND NINE HUNDRED DOLLARS ($95,900.00) of principal, with interests at the annual rate of FIVE PERCENT, pursuant to deed number sixty-three dated May four of nineteen seventy-eight, executed in Guayama, Puerto Rico before the Notary Kenneth Marty Lopez; by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS and NINETY-SEVEN CENTS ($12,970.97) or principal, pursuant to deed number sixty-six dated September nineteen of nineteen ninety, executed in Arroyo, Puerto Rico before this Notary; by a mortgage to the order of the Small Business Administration in the amount of NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00) of principal, with interests at the annual rate of seven and three quarters, pursuant to deed number fifteen dated April twenty-five of nineteen ten [sic], executed in San Juan , Puerto Rico before the Notary Public Jorge Ramirez de Arellano; by a mortgage to the order of the United States of America in the amount of FORTY-FOUR THOUSAND DOLLARS ($44,000.00), with interests at the annual rate of ten and three quarters, pursuant to deed number seventy-seven, dated November two of nineteen eighty-four, executed in Arroyo, Puerto Rico Eduardo Grau Acosta.

FARM D: It is encumbered by a mortgage to the order of the Rural Housing Administration of the US Housing Department in the amount of Four thousand four

hundred eighty-dollars and thirty-two cents ($4,480.32) of principal, without interests, pursuant to deed number eighteen dated March twenty-seven of nineteen eighty, executed in Arroyo, Puerto Rico before the Notary Public Carmelo L. Marcucci Cruz; and by a mortgage to the order of the United States of America in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97) of principal, pursuant to deed seventy-six dated September nineteen of nineteen ninety, executed in Arroyo, Puerto Rico before this Notary.

SECOND: The mortgagors, state that, in order to reamortize the mortgage debts described in FIRST paragraph above, they requested and obtained the approval of the mortgagee, to reamortize the above mentioned mortgage in the amount of FOURTEEN THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS AND ONE CENTS ($14,226.01) with interests at the annual rate of FIVE percent (5%).

The above mentioned mortgage in the amount of TWELVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND NINETY-SEVEN CENTS ($12,790.97) is the mortgage subject to this modification.

6

THIRD: MORTGAGORS, state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations.

FOURTH: The mortgagee, in the capacity he bears, states that because the mortgagors have qualified to receive the benefits of the Congress Law, has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage described in paragraph one herein as follows:

The total unpaid balance on December seventeen of nineteen ninety-two amounts to FOURTEEN THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS AND ONE CENTS ($14,226.01).

The Government has authorized to allow mortgagor in paying the debt owed to the Farmers Home Administration through an acceleration agreement as set forth in regulation (1965-A, Section 1965.26(a)). Borrower owes the amount of FOURTEEN THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS AND ONE CENTS ($14,226.01),

which shall be paid as follows:

ONE HUNDRED SEVENTY-ONE DOLLARS ($171.00) ON January first of nineteen ninety-three; NINE HUNDRED TWENTY-FOUR DOLLARS ($924.00) on January first of every year until principal an interests are paid in full, except for the final installment of the total debt, which if not paid earlier, it shall be due and payable on September nineteen of two thousand thirty.

The appearing second party, Hector O. Montesinos, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place the following note on the back of it:

"The amount of this promissory note and mortgage securing it had an unpaid balance as of December seventeen of nineteen ninety in the amount of FOURTEEN THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS AND ONE CENTS ($14,226.01), which shall be paid as follows:
ONE HUNDRED SEVENTY-ONE DOLLARS ($171.00) ON January first of nineteen ninety-three; NINE HUNDRED TWENTY-FOUR DOLLARS ($924.00) on January first of every year until principal an interests are paid in full, except for the final installment of

8

the total debt, which if not paid earlier, it shall be due and payable on September nineteen of two thousand thirty, pursuant to deed number sixty (60) of this same date, executed before the undersigned Notary in Arroyo, Puerto Rico. I BEAR WITNESS. In Arroyo, Puerto Rico this seventeenth day of December of nineteen ninety-two. SIGNED, SEALED, STAMPED AND ENDORSED CANDIDO L CORDERO PUEYO, Notary Public."

FIFTH: Once the above mentioned note was placed on the promissory note, I proceed to hand the promissory note back to the appearing party, Hector O. Montesinos, in the capacity he bears.

## ACCEPTANCE AND READING

The parties accept this deed in its entirety, finding it has been drawn up according to their wishes and instructions. I, the Notary, have given the parties the pertinent legal warnings for these proceedings. So they say and execute before me.

The parties have personally read this deed, finding it acceptable, they proceed to ratify it and to place their initials on each and every page herein and they all sign it in this proceeding before me, the Notary, who BEAR WITNESS to everything stated in this public instrument.

[Signatures]
[SEALS]

the total debt, which if not paid earlier, it shall be due and payable on September nineteen of two thousand thirty, pursuant to deed number sixty (60) of this same date, executed before the undersigned Notary in Arroyo, Puerto Rico. I BEAR WITNESS. In Arroyo, Puerto Rico this seventeenth day of December of nineteen ninety-two. SIGNED, SEALED, STAMPED AND ENDORSED CANDIDO L CORDERO PUEYO, Notary Public."

FIFTH: Once the above mentioned note was placed on the promissory note, I proceed to hand the promissory note back to the appearing party, Hector O. Montesinos, in the capacity he bears.

## ACCEPTANCE AND READING

The parties accept this deed in its entirety, finding it has been drawn up according to their wishes and instructions. I, the Notary, have given the parties the pertinent legal warnings for these proceedings. So they say and execute before me.

The parties have personally read this deed, finding it acceptable, they proceed to ratify it and to place their initials on each and every page herein and they all sign it in this proceeding before me, the Notary, who BEAR WITNESS to everything stated in this public instrument.

[Signatures]
[SEALS]

This document was notified, to the
filing person and the Notary
by mail to the provided address, about
the errors detailed in such notice, which
remains filed in the Notifications Docket
under number 77
Guayama, February 10, 1985.

Recorder

The 60-day expiration term is cancelled
due to the receipt of this document today
for corrections of errors.
Guayama, P.R. February 14, 1985
[Signature]
Recorder or officer

It is recorded on pages 296 and 82, volumes 137 and 114 of Patillas, farm # 616 and
5125, entries 27th and 9th. Said farms are encumbered by three mortgages to the order of
the United States of America, to the order of the Small Business Administration, and to
the order of the United States of America in the amount of $95,900.00; $9,500.00 and
$26,000.00. Being the farm described under letter A also with an easement of right of
way in favor of the Puerto Rico Water Authority.
Guayama, February 19th, 1985

Fees: $402.50
Numbers 1st and 2nd [illegible]
[Illegible] # A-256 / 269 $2.00
A-256/268 $450.00 [illegible]

[Signature]
Recorder

# CERTIFICATE

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage
Modification is a true and accurate translation to the best of my knowledge, ability and
belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.


Nicole Harris
*Professional Translator and interpreter*


WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.


Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

EXHIBIT
16

CERTIFICO: Que en el mismo
día de su otorgamiento libré
primera copia certificada a
parte interesada. DOY FE.

NOTARIO PÚBLICO





--------------NUMERO   SESENTA   (60)------------------

-----REAMORTIZACION DE PRESTAMO HIPOTECARIO Y MODI--
------------------FICACION DE HIPOTECA------------

-----En Arroyo, Puerto Rico, a los diez y siete días
del mes de diciembre de mil novecientos noventa y---
dos.-------------------------------------------------

------------------------ANTE MI-----------------

-----CANDIDO L. CORDERO PUEYO, Abogado y Notario Pú-
blico, con oficina abierta en la Calle Morse Número-
Sesenta y Seis Interior en Arroyo, Puerto Rico.-----

-------------------------COMPARECEN-----------------

-----DE UNA PARTE Y COMO DEUDORES HIPOTECARIOS: Don-
Salvador Enrique Berríos Velázquez,            y---
Doña Eva Gloria Díaz Santos,           mayores de
edad, casados entre sí y vecinos de Patillas, Puerto
Rico.------------------------------------------------

----DE LA SEGUNDA PARTE Y COMO ACREEDOR HIPOTECARIO:

Estados Unidos de América, actuando por conducto y a
través de la Administración de Hogares de Agriculto-
res, con oficinas principales en Washington, Distri-
to de Columbia, Estados Unidos de América, seguro pa
tronal          F, representado en este acto por--
Don Héctor O. Montesinos, mayor de edad, casado, ve-
cino de Barranquitas, Puerto Rico, _____ en--
su carácter de Supervisor Local Interino de la Admi-
nistración de Hogares de Agricultores, Oficina de---
Guayama, Puerto Rico, cuyo carácter consta debidamen

te acreditado en el Registro de la Propiedad.--------

---------------------DOY FE---------------------

----Del conocimiento personal de los comparecientes-
y por sus dichos y mi creencia de su edad, estado ci
vil, profesión y vecindad.  Me aseguran tener y a mi
juicio tienen la capacidad legal necesaria para el--
presente otorgamiento, por lo que libre y voluntaria
mente,-----------------------------------------------

---------------------EXPONEN---------------------

-----PRIMERO:  Que los comparecientes de la PRIMERA-
PARTE son dueños en pleno dominio de las siguientes-
propiedades:-----------------------------------------

-----A)- "RUSTICA:  Predio de terreno con una cabi-
da superficial de CATORCE CUERDAS, equivalentes a---
cinco hectáres, cincuenta áreas, veinteicinco centi-
áreas y sesenta miliáreas, sito en el Barrio Los Po-
llos del término municipal de Patillas, Puerto Rico-
en lindes por el NORTE con una finca perteneciente a
Santos Bernier, antes, hoy Eladio Alicea;  SUR Y ES-
TE con la finca de Santos Pabón y  OESTE con la que-
brada del Barrio y Sucesión Ramos".-----------------

-----B)- "RUSTICA:  Finca sin nombre compuesta de-
setenta y tres cuerdas, equivalentes a veintiocho---
hectáreas, sesenta y nueve áreas y ochenta centi----
áreas, radicada en el Barrio Los Pollos del término-
municipal de Patillas, Puerto Rico, en lindes por el
NORTE con Nicasio Bernier, SUR con Nicasio Alicea, -
ESTE con Blasina Benn de Lamboglia y OESTE con Gena-
ro Lebrón y la Quebrada Los Pollos."----------------

-----C)- "RUSTICA:  Predio de terreno compuesto de-
DIEZ CUERDAS, equivalentes a tres hectáres,noventa y
tres áreas y cero cuatro centiáreas, sita en el Ba-
rrio Los Pollos del término municipal de Patillas,--
Puerto Rico, en lindes por el NORTE con finca de San
tos Bernier, SUR con la finca de la Sucesión Latalla
di, ESTE con finca de la Sucesión Merle y por el----
OESTE con la finca de la Sucesión de José H. Rivera"
-----------------------------------------------------

*Modificada al margen de la Inscs. 3°*
*✓ Inv 3724*
*Folio 202°*
*Tomo 106*
*Arroyo*

-----D)- "RUSTICA: Parcela marcada con el número-CIENTO CINCO en el plano de parcelación de la comunidad rural Yaurel del Barrio yaurel del término municipal de Arroyo con una cabida superficial de cero cuerdas con dos mil cuatrocientos cuatro diez---milésimas de otra equivalentes a novecientos cuarenta y cinco punto tres metros cuadrados.------------En lindes por el NORTE con parcela número ciento sesenta y siete de la comunidad; por el SUR con calle número uno de la comunidad; por el ESTE con --parcela número ciento sesenta y cuatro de la comunidad y por el OESTE con parcela número ciento sesenta y seis de la comunidad".------------------------

------Sobre esta parcela enclava una casa para uso--residencial.-------------------------------------------

------A la finca "A" se le dá un valor de TRES MIL DOLARES ($3,000.00) --------------------------

a la finca "B" de TRES MIL QUINIENTOS CINCUENTA Y SEIS DOLARES CON CINCO CENTAVOS ($3,556.05) a la finca "C" de TRES MIL DOLARES ($3,000.00)

y a la finca "D" de TRES MIL DOLARES ($3,000.00)

------------------------------------------------------

-----La propiedad "A" consta inscrita al folio setenta del tomo ciento cincuenta y siete de Patillas, finca número siete mil seis, inscripción quinta. ------------------------------------

------------------------------------------------------

------------------------------------------------------

-----La propiedad "B" consta inscrita al folio doscientos noventa y ocho del tomo ciento treinta y siete de Patillas, finca número seiscientos dieciséis, inscripción tercera. --------------------

S E 13 V

E G D S

*Hom*





-----La propiedad "C" consta inscrita al folio ochenta y cuatro del tomo ciento catorce de Patillas, finca número cinco mil ciento veinticinco.

---------------------------------------------------

-----La propiedad "D" consta inscrita al folio doscientos dos vuelto del tomo ciento seis de Arroyo, finca número tres mil setecientos ochenta y cuatro, inscripción tercera.------------

---------------------------------------------------



SEBV

EGDS

Hom



-------------------------HIPOTECAS-------------------

-----FINCA "A": Afecta a hipoteca a favor de Esta--dos Unidos de América o a su orden por la suma principal de CUARENTA Y CUATRO MIL DOLARES ($44,000.00) con intereses a razón del DIEZ Y TRES CUARTOS POR---CIENTO ANUAL según consta de la Escritura Número Setenta y Siete de fecha dos de noviembre de mil novecientos ochenta y cuatro, otorgada en Arroyo, Puerto Rico ante el Notario Eduardo Grau Acosta; y a hipoteca a favor de Estados Unidos de América o a su----orden por la suma principal de DOCE MIL SETECIENTOS-NOVENTA DOLARES CON NOVENTA Y SIETE CENTAVOS.--------($12,790.97), según cosnta de la Escritura Número---SETENTA Y SEIS de fecha diez y nueve de septiembre--de mil novecientos noventa, otorgada en Arroyo, Puer-to Rico ante este Fedatario.--------------------------

-----FINCA "B Y C": Afectas a hipoteca a favor de--Estados Unidos de América o a su orden por la suma--



principal de NOVENTA Y CINCO MIL NOVECIENTOS DOLARES
($95,900.00) con intereses a razón del CINCO por----
ciento anual, según consta más detalladamente de la-
Escritura Número Sesenta y Tres de fecha cuatro de--
mayo de mil novecientos setenta y ocho, otorgada en--
Guayama, Puerto Rico ante el Notario Público Kenneth
Marty López; --a hipoteca a favor de Estados Unidos
de América o a su orden por la suma principal de----
DOCE MIL SETECIENTOS NOVENTA DOLARES CON NOVENTA----
SIETE CENTAVOS ($12,790.97), según consta más deta-
lladamente de la Escritura Número Setenta y Seis de-
fecha diez y nueve de septiembre de mil novecientos-
noventa, otorgada en Arroyo, Puerto Rico ante este -
Fedatario; --a hipoteca a favor de la Administra--
ción de Pequeños Negocios o a su orden por la suma--
principal de NUEVE MIL QUINIENTOS DOLARES ($9,500.00)
con intereses a razón del siete y tres octavos por--
ciento anual según consta de la Escritura Número----
Quince de fecha veinticinco de abril  de mil nove---
cientos diez, otorgada en San Juan, Puerto Rico ante
el Notario Público Jorge Ramírez de Arellano; --a--
hipoteca a favor de Estados Unidos de América o a su
orden por al suma principal de CUARENTA Y CUATRO MIL
DOLARES ($44,000.00) con intereses a razón del diez-
y tres cuartos por ciento anual según consta de la--
Escritura Número setenta y siete de fecha dos de no-
viembre de mil novecientos ochenta y cuatro, otorga-
da en Arroyo, Puerto Rico ante el Notario Público---
Eduardo Grau Acosta.-----------------------------------

-----FINCA "D": Afecta a hipoteca a favor de la Ad-
minsitración de Vivienda Rural del Departamento de--





SEBV

EGDS

Vivienda o a su orden, por la suma principal de CUA--
TRO MIL CUATROCIENTOS OCHENTA DOLARES CON TREINTA Y-
DOS CENTAVOS ($4,480.32) sin intereses, según consta
más detalladamente de la Escritura Número diez y ocho
de fecha veintisiete de marzo de mil novecientos----
ochenta, otorgada en Arroyo, Puerto Rico ante el No-
tario Público Carmelo L. Marcucci Cruz; y a hipote-
ca a favor de Estados Unidos de América o a su orden
por la suma principal de DOCE MIL SETECIENTOS NOVEN-
TA DOLARES CON NOVENTA Y SIETE CENTAVOS ($12,790.97)
según consta más detalladamente de la Escritura Núme
ro setenta y seis de fecha diez y nueve de septiem-
bre de mil novecientos noventa, otorgada en Arroyo,-
Puerto Rico ante este Fedatario.--------------------

-----SEGUNDO: Manifiestan los DEUDORES HIPOTECARIOS
que con el fin de reamortizar la deuda hipotecaria--
en el hecho PRIMERO de esta escritura, solicitaron--
y obtuvieron el consentimiento del ACREEDOR HIPOTECA
RIO para reamortizar la deuda hipotecaria relaciona-
da anteriormente por la suma de CATORCE       MIL
DOSCIENTOS  VEINTISEIS  DOLARES  CON  UN  CENTAVO
($14,226.01)  con  interés  a  razón  del  cinco
por   ciento   anual   (5%).----------------------

------------------------------------------------

------------------------------------------------

------------------------------------------------
La hipoteca anteriormente descrita por la suma de DO
CE MIL SETECIENTOS NOVENTA DOLARES CON NOVENTA Y SIE-
TE CENTAVOS es la hipoteca objeto de esta modifica---
ción.-------------------------------------------



S E B V

E G D S

-----TERCERO: Manifiesta el DEUDOR HIPOTECARIO que-- es de su propio y personal conocimiento todas y cada una de las obligaciones, claúsulas y estipulaciones- contenidas o mencionadas en las escrituras de hipote ca y en este acto en forma clara, solemne y terminan te, se obligan a cumplir todas y cada una de las mis mas.---------------------------------------------

----CUARTO: Manifiesta el ACREEDOR HIPOTECARIO en-- el carácter que ostenta que habiendo sido aceptado el DEUDOR HIPOTECARIO, para recibir los beneficios de-- la Ley del Congreso, ha convenido en reamortizar y-- modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca, descrita en el hecho- PRIMERO: de esta escritura, en la siguiente forma:-

-----El importe total adeudado al día diez y seite- de diciembre de mil novecientos noventa y dos ascien de a la suma de CATORCE MIL DOSCIENTOS VEINTISEIS DOLARES CON UN CENTAVO ($14,226.01) --------------

-------------------------------------------------

-------------------------------------------------

El Gobierno ha consentido en permitir al prestatario pagar la deuda con la Administración de Hogares de-- Agricultores mediante un conveio de pago acelerado- según establecido en el Reglamento 1965-A Sección--- 1965.26 (e). El prestatario adeuda la cantidad de:- CATORCE MIL DOSCIENTOS VEINTISEIS DOLARES CON UN CENTAVO ($14,226.01)-----------------------------



SEBV

EGDS





la cual habrá de ser pagada de la siguiente forma:--

-----CIENTO SETENTA Y UN DOLARES el día primero de-- enero de mil novecientos noventa y tres;  NOVECIEN-- TOS VEINTICUATRO DOLARES el día primero de enero de- cada año sub-siguiente hasta que el principal e inte reses sean completamente pagados, excepto el pago fi nal de la deuda que de no ser pagado anteriormente,- vencerá y será pagadero el diez y nueve de septiem-- bre del año dos mil treinta.------------------------

-----El comapreciente DON HECTOR O. MONTESINOS, me-- entrega a Mí, el Notario, el pagaré garnatizado con- la hipoteca, quién me asegura no ha sido negociado-- ni gravado en forma alguna por sua ctual tenedor y-- poseedor, Estados Unidos de América y una vez identi ficado por Mí, el Notario, cerciorándome que se tra- ta del mismo pagaré, procedo a poner al dorso del -- mismo la siguiente nota:------------------------

-----"EL IMPORTE de este pagaré y la hipoteca que lo garnatiza al día diez y siete de diciembre de mil no vecientos noventa y dos dió un saldo deudor montante a la suma de CATORCE MIL DOSCIENTOS VEINTISEIS DOLARES CON UN CENTAVO ($14,226.01)----------------

la cual habrá de ser pagada de la siguiente forma:-- CIENTO SETENTA Y UN DOLARES el día primero de enero- de mil novecientos noventa y tres;  NOVECIENTOS VEIN TICUATRO DOLARES el día primero de enero de cada año sub-siguiente hasta que el principal e intereses --- sean completamente pagados, excepto el pago final---





SEBV

EGDS

de la deuda que de no ser pagado anteriormente, ven-
cerá y será pagadero el diez y nueve de septiembre--
del año dos mil treinta, según consta de la escritu-
ra número  sesenta (60).-----------------------------


de esta misma fecha, otorgada en Arroyo, Puerto Rico
ante·este Fedatario.  DOY FE.  En Arroyo, Puerto Ri-
co, á diez y siete de diciembre de mil novecientos--
noventa y dos.  FIRMADO, SIGNADO, SELLADO Y RUBRICA-
DO: CANDIDO L. CORDERO PUEYO, Notario Público.-------

-----QUINTA:  Una vez puesta y firmada la nota de---
vuelvo el pagaré al compareciente DON HECTOR O. MON-
TESINOS en el carácter que ostenta.------------------

--------------------ACEPTACION Y LECTURA-------------

----Los comparecientes aceptan la presente escritura
en todas sus partes, luego de Yo, el Notario, haber-
les hecho las advertencias legales pertinentes.  Así
lo dicen y otorgan ante mí.  Leída esta escritura --
por los otorgante, la cual otorgan ante mí, ratifi--
cándola y firmándola junto conmigo, estampando ade--
más sus iniciales en cada uno de los folios.  De to-
to lo que relata, refiera o afirma en esta escritura
Yo, el Notario Autorizante, DOY FE.-----------------

de la deuda que de no ser pagado anteriormente, vencerá y será pagadero el diez y nueve de septiembre--del año dos mil treinta, según consta de la escritura número sesenta (60).------------------------------

de esta misma fecha, otorgada en Arroyo, Puerto Rico ante este Fedatario. DOY FE. En Arroyo, Puerto Rico, á diez y siete de diciembre de mil novecientos--noventa y dos. FIRMADO, SIGNADO, SELLADO Y RUBRICADO: CANDIDO L. CORDERO PUEYO, Notario Público.------

-----QUINTA: Una vez puesta y firmada la nota de---vuelvo el pagaré al compareciente DON HECTOR O. MONTESINOS en el carácter que ostenta.-------------------

--------------------ACEPTACION Y LECTURA-------------

----Los comparecientes aceptan la presente escritura en todas sus partes, luego de Yo, el Notario, haberles hecho las advertencias legales pertinentes. Así lo dicen y otorgan ante mí. Leída esta escritura --por los otorgante, la cual otorgan ante mí, ratificándola y firmándola junto conmigo, estampando además sus iniciales en cada uno de los folios. De toto lo que relata, refiera o afirma en esta escritura Yo, el Notario Autorizante, DOY FE.------------------





-6-

[illegible] por correo este documento [illegible] y [illegible] de Notarios [illegible] Término de Capacidad [illegible] cumplido [illegible] fillas [illegible] adquirido, hay documentación, [illegible] certifica- [illegible] la corrección de falta.
[illegible] archivada en el legajo de Notificaciones bajo el [illegible] Guayama, a 19 de feb de 85
Número [illegible]

Guayama, a 19 de febrero de 1985

Registrador [illegible] Oficial

Registrador

Inscrito a los folios 296 y 83 de los tomos 137 y 144 de Patillas, fincas # 616 y 5105, inscripciones 27ª y 4ª. Dichas fincas se hallan afectas a tres hipotecas a favor de Estados Unidos de América, de la Administración de Pequeños Negocios, y Estados Unidos de América por las sumas de $95,900.00, $9,500.00 y la suma de $36,000.00, hallándose afecta además la finca letra "G" a una servidumbre a favor de la Autoridad de las Fuentes Fluviales de P.R. Guayama, a 19 de febrero de 1985.

Der.: $402.50
Asi. 1ª y 2ª Ard. y C.P.
comprob. # A-2562269-$2.00
A-2562268-$450.00 [illegible] R.I.

Registrador

50¢ A 567477 50¢

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, marrie[d] a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director o[f] the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

EXHIBIT
17

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**CASE: SALVADOR E. BERRIOS VELAZQUEZ**     **REF: 1521.126**
                                           **BY: JOAN SISCO**

**PROPERTY NUMBER:**     5,125, recorded at page 77 of volume 114 of Patillas, Registry of the Property of Puerto Rico, of Guayama.

**DESCRIPTION:** *(As it is recorded in the Spanish language)*

**RÚSTICA:** Predio de terreno compuesto de **diez cuerdas, equivalentes a tres hectáreas, noventa y tres áreas y cero cuatro centiáreas**, sita en el Barrio Los Pollos del término municipal de Patillas, Puerto Rico, en lindes por el **NORTE**, con finca de Santos Bernier; **SUR**, con la finca de la Sucesión Latalladi; **ESTE**; con finca de la Sucesión Merle; y por el **OESTE**, con la finca de la Sucesión de José H. Rivera.

**TITLE:**

This property is registered in favor of SALVADOR ENRIQUE BERRIOS VELAZQUEZ and his wife EVA GLORIA DIAZ SANTOS, whom acquired this property and others by purchase from Eladio Alicea Cintrón, single, for the price of $135,000.00, responding in the amount of $25,000.00, pursuant to deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Candido L. Cordero Pueyo, recorded at page 83 overleaf of volume 114 of Patillas, property number 5,125, 11th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $95,900.00, with 5% annual interests, due on the 40 years, constituted by deed #63, executed in Guayama, Puerto Rico, on May 4, 1978, before Notary Kenneth Marty López, recorded at page 80 volume 114 of Patillas, property number 5,125, 6th inscription.

2.   **MODIFICATION:** Mortgage for the amount of $95,900.00 of 6th inscription was modified as follows: Re-amortized the principal amount up to December 17th, 1992 is $135,919.88, with 5% annual interest and due on 37 years; from January 1, 1993 up to January 1, 1995 payment will be differ and on promissory note will not appear nothing but on January 1, 1996, the payment will be $8,795.00 annually up to due date on September 19, 2030, constituted by deed #61, executed in Arroyo, Puerto Rico, on December 17, 1992, before Notary Cándido L. Cordero Pueyo, recorded at margin of page 80 volume 114 of Patillas, property number 5,125.

3.   **MORTGAGE:** Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of Small Business Administration, in the original principal amount of $9,500.00, responding by $3,500.00, with 7 ¾% annual interests, due on 15 years, constituted by deed #15, executed in San Juan, Puerto Rico, on April 25, 1980, before Notary Jorge Ramírez de Arellano Junior, recorded at page 81 volume 114 of Patillas, property number 5,125, 7th inscription.



**PAGE #2**
**PROPERTY NUMBER 5,125**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Titulo, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que prepaó este Estudio de Titulo, está limitada a la cantidad pagada por la preparación de dicho Estudio de Titulo. Para completa protección deben requerir una póliza de Seguro de Titulo.

4. **MORTGAGE:** Constituted by Eladio Alicea Cintrón, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $44,000.00 responding this for the amount of $12,200.00, with 10 3/4% annual interests, due on 40 years, constituted by deed #77, executed in Arroyo, Puerto Rico, on November 2, 1984, before Notary Eduardo Grau Acosta, recorded at page 83 volume 114 of Patillas, property number 5,125, 10th inscription.

5. **MODIFICATION:** Mortgage for the amount of $44,000.00 of 10th inscription was modified as follows: The amount owed on September 19, 1990 is $71,409.80. This total amount is the product of an original loan for the amount of $44,000.00 and the detail is $44,000.00 and $27,409.80 of accumulated interests. The buyer only will assume the amount of $12,790.97 from the total amount of $71,409.80, constituted by deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 83 overleaf volume 114 of Patillas, property number 5,125, 11th inscription.

6. **MORTGAGE:** Constituted by Salvador Enrique Berrios Velázquez and his wife Eva Gloria Díaz Santos, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $12,790.97, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 84 overleaf volume 114 of Patillas, property number 5,125, 12th inscription and last.

7. **MODIFICATION:** Mortgage for the amount of $12,790.97 of 12th inscription was modified as follows: Re-amortized the principal amount up to December 17th, 1992 is $14,226.01, 5% annual interest and will be paid as follows: $171.00 on January 1, 1993; $924.00 on January 1 of each subsequent year up to a final payment that will due on September 19, 2030, constituted by deed #60, executed in Arroyo, Puerto Rico, on December 17, 1992, before Notary Cándido L. Cordero Pueyo, recorded at margin of page 84 overleaf of volume 114 of Patillas.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to February 21, 2019.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the "Ágora" Electronic System from the Registry Department. Furthermore, the new system "Karibe" in which the historic books are being digitalized presents a delay and many documents do not appear or may not show readable. Hence, we are not responsible for documents that are not found nor errors or omissions by the Registry as well as any setbacks this may incite.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

mcr/mv
mcr/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1.    That my name and personal circumstances are the above mentioned.

2.    That on **February 21, 2019,** I examined the books and    files of The Property Registry of Puerto Rico and    prepared the attached title study which makes part of    this affidavit.

3.    That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this ___27___ day of ___febrero___ of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER **3398**.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 27 day of febrero of 2019.



NOTARY PUBLIC

**EXHIBIT 18**

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Premier Title Services, Inc.

**CASE: SALVADOR E. BERRIOS VELÁZQUEZ**      **REF: 1521.126**
                                            **BY: JOAN SISCO**

**PROPERTY NUMBER:**      616, recorded at page 151 of volume 110 of Patillas, Registry of the Property of Puerto Rico, of Guayama.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Finca sin nombre compuesta de **setenta y tres cuerdas, equivalentes a veintiocho hectáreas, sesenta y nueve áreas y ochenta centiáreas**, radicada en el Barrio Los Pollos del término municipal de Patillas, Puerto Rico, en lindes por el **NORTE**, con Nicasio Bernier; **SUR**, con Nicasio Alicea; **ESTE**, con Blasina Benn de Lamboglia; y **OESTE**, con Genaro Lebrón y la Quebrada Los Pollos.

**TITLE:**

This property is registered in favor of SALVADOR ENRIQUE BERRIOS VELAZQUEZ and his wife EVA GLORIA DIAZ SANTOS, whom acquired this property and others by purchase from Eladio Alicea Cintrón, single, for the price of $135,000.00, responding in the amount of $60,000.00, pursuant to deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 297 of volume 137 of Patillas, property number 616, 29th inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.   **RIGHTS OF WAY:** In favor of Commonwealth of Puerto Rico constituted by obligatory expropriation by Resolutions dictated on February 18, 1969 in the Superior Court of Puerto Rico, Expropiation Department, cases #E-69-137 to E-69-159 for compensation of $140.00, recorded at page 55 overleaf of volume 51 of Patillas, property #616, 15th, inscription, transfer in favor of Autoridad de Fuentes Fluviales de Puerto Rico by Resolutions dated March 5th, 1975, recorded at page 153 overleaf of volume 110 of Patillas, property #616, 20th inscription.

2.   **MORTGAGE:** Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $95,900.00, with 5% annual interests, due on the 40 years, constituted by deed #63, executed in Guayama, Puerto Rico, on May 4, 1978, before Notary Kenneth Marty López, recorded at page 156 of volume 110 of Patillas, property number 616, 24th inscription.

3.   **MODIFICATION:** Mortgage for the amount of $95,900.00 of 24th inscription was modified as follows: Re-amortized the principal amount up to December 17th, 1992 is $135,919.88, with 5% annual interest and due on 37 years; from January 1, 1993 up to January 1, 1995 payment will be differ and on promissory note will not appear nothing but on January 1, 1996, the payment will be $8,795.00 annually up to due date on September 19, 2030, constituted by deed #61, executed in Arroyo, Puerto Rico, on December 17, 1992, before Notary Cándido L. Cordero Pueyo, recorded at margin of page 156 volume 110 of Patillas, property number 616.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8677 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

4.  **MORTGAGE:** Constituted by Santos Pabón García and his wife Rosa A. Cordero, over this property and others, in favor of Small Business Administration, in the original principal amount of $9,500.00, responding by $6,000.00, with 7 ¾% annual interests, due on 15 years, constituted by deed #15, executed in San Juan, Puerto Rico, on April 25, 1980, before Notary Jorge Ramírez de Arellano Junior, recorded at page 157 overleaf of volume 110 of Patillas, property number 616, 25th inscription.

5.  **MORTGAGE:** Constituted by Eladio Alicea Cintrón, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $44,000.00 responding this for the amount of $12,200.00, with 10 3/4% annual interests, due on 40 years, constituted by deed #77, executed in Arroyo, Puerto Rico, on November 2, 1984, before Notary Eduardo Grau Acosta, recorded at page 296 overleaf of volume 137 of Patillas, property number 616, 28th inscription.

6.  **MODIFICATION:** Mortgage for the amount of $44,000.00 of 28th inscription was modified as follows: The balance up to September 19, 1990 is $71,409.80. This total amount is the product of an original loan for the amount of $44,000.00 and the detail is $44,000.00 and $27,409.80 of accumulated interests. The buyer only will assume the amount of $12,790.97, constituted by deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Candido L. Cordero Pueyo, recorded at page 297 of volume 137 of Patillas, property number 616, 29th inscription.

7.  **MORTGAGE:** Constituted by Salvador Enrique Berrios Velázquez and his wife Eva Gloria Díaz Santos, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $12,790.97, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 298 of volume 137 of Patillas, property number 616, 30th inscription and last.

8.  **MODIFICATION:** Mortgage for the amount of $12,790.97 of 30th inscription was modified as follows: Re-amortized the principal amount up to December 17th, 1992 is $14,226.01, 5% annual interest and will be paid as follows: $171.00 on January 1, 1993; $924.00 on January 1 of each subsequent year up to a final payment that will due on September 19, 2030, constituted by deed #60, executed in Arroyo, Puerto Rico, on December 17, 1992, before Notary Candido L. Cordero Pueyo, recorded at margin of page 298 of volume 137 of Patillas.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to February 21, 2019.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the "Agora" Electronic System from the Registry Department. Furthermore, the new system "Karibe" in which the historic books are being digitalized presents a delay and many documents do not appear or may not show readings. Hence, we are not responsible for documents that are not found neither errors or omissions by the Registry as well as any setbacks this may incite.*

EAGLE TITLE AND OTHER SERVICES, INC.

Authorized signature

mcr/mv
mcr/mv/**F**



I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1.  That my name and personal circumstances are the above mentioned.

2.  That on February 21, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3.  That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this _27_ day of _February_ of 2019.

_____
Elias Díaz Bermúdez

AFFIDAVIT NUMBER _3400_.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this _27_ day of _February_ of 2019.



NOTARY PUBLIC

9397
02/26/2019
$5.00
Sello de Asistencia Legal
80093-2019-0226-34230039

# TITLE SEARCH

EXHIBIT

19

**CASE: SALVADOR E. BERRIOS VELÁZQUEZ**      **REF: 1521.126**
                                                     **BY: JOAN SISCO**

**PROPERTY NUMBER:**     7,006, recorded at page 67 of volume 157 of Patillas, Registry of the Property of Puerto Rico, Section of Guayama.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Predio de terreno con una cabida superficial de **catorce cuerdas, equivalentes a cinco hectáreas, cincuenta áreas, veinticinco centiáreas y sesenta miliáreas,** sito en el barrio Pollos del término municipal de Patillas, Puerto Rico. En lindes por el **NORTE,** con finca perteneciente a Santos Bernier, antes, hoy Eladio Alicea; **SUR,** y **ESTE,** con la finca de Santos Pabón; y **OESTE,** con la quebrada del barrio y Sucesión Ramos.

**TITLE:**

This property is registered in favor of SALVADOR ENRIQUE BERRIOS VELAZQUEZ and his wife EVA GLORIA DIAZ SANTOS, whom acquired this property and others by purchase from Eladio Alicea Cintrón, single, for the price of $135,000.00, responding in the amount of $50,000.00, pursuant to deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Public Cándido L. Cordero Pueyo, recorded at page 69 of volume 157 of Patillas, property number 7,006, 4th inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.    By reason of itself this property is encumbered by the following:

1.    **MORTGAGE:** Constituted by Eladio Alicea Cintrón, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $44,000.00 responding this for the amount of $19,600.00, with 10 3/4% annual interests, due on 40 years, constituted by deed #77, executed in Arroyo, Puerto Rico, on November 2, 1984, before Notary Eduardo Grau Acosta, recorded at page 68 volume 157 of Patillas, property number 7,006, 3rd inscription.

2.    **MORTGAGE:** Constituted by Salvador Enrique Berrios Velazquez and his wife Eva Gloria Diaz Santos, over this property and others, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $12,790.97, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 70 volume 157 of Patillas, property number 7,006, 5th, inscription and last.

3.    **MODIFICATION:** Mortgage for the amount of $44,000.00 of 3rd inscription was modified as follows: The amount owed on September 19, 1990 is $71,409.80. This total amount is the product of an·original loan for the amount of $44,000.00 and the detail is $44,000.00 and $27,409.80 of accumulated interests. The buyer only will assume the amount of $12,790.97, constituted by deed #75, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Candido L. Cordero Pueyo, recorded at page 69 volume 157 of Patillas, ˙property number 7,006, 4th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



PAGE #2
PROPERTY NUMBER 7,006

4.      **MODIFICATION:** Mortgage for the amount of $12,790.97 of 5th
        inscription was modified as follows: Re-amortized the
        principal amount up to December 17th, 1992 is $14,226.01, 5%
        annual interest and will be paid as follows: $171.00 on
        January 1, 1993; $924.00 on January 1 of each subsequent
        year up to a final payment that will due on September 19,
        2030, constituted by deed #60, executed in Arroyo, Puerto
        Rico, on December 17, 1992, before Notary Cándido L.
        Cordero Pueyo, recorded at margin of page 70 of volume 157
        of Patillas.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to February 21, 2019.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the
"Agora" Electronic System from the Registry Department. Furthermore, the new system
"Karibe" in which the historic books are being digitalized presents a delay and many
documents do not appear or may not show readable. Hence, we are not responsible for
documents that are not found nor errors or omissions by the Registry as well as any
setbacks this may incite.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

Authorized signature

mcr/mv
mcr/mv/**F**



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1.  That my name and personal circumstances are the above mentioned.

2.  That on February 21, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3.  That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 27 day of February of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3397.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 27 day of February of 2019.



NOTARY PUBLIC

# TITLE SEARCH

EXHIBIT
20

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

**CASE: ENRIQUE BERRÍOS VELÁZQUEZ**     **REF: 1521.126**
                                        **BY: JOAN SISCO**

**PROPERTY NUMBER:**     3,724, recorded at page 201 of volume 106 of Arroyo, Registry of the Property of Puerto Rico, Section of Guayama.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Parcela marcada con el número Ciento Cinco en el plano de parcelación de la comunidad rural Yaurel del barrio Yaurel del término municipal de Arroyo, con una cabida superficial de **cero cuerdas con dos mil cuatrocientos cuatro diez milésimas de otra equivalentes a novecientos cuarenta y cinco punto tres metros cuadrados.** En lindes por el **NORTE,** con parcela número ciento sesenta y siete de la comunidad; por el **SUR,** con calle número uno de la comunidad; por el **ESTE,** con parcela número ciento sesenta y cuatro de la comunidad; y por el **OESTE,** con parcela número ciento sesenta y seis de la comunidad.

Sobre esta parcela enclava una casa para uso residencial.

**ORIGIN:**

It is segregated from property number 1,766, recorded at page 193 of volume 61 of Arroyo.

**TITLE:**

This property is registered in favor of ENRIQUE BERRÍOS VELÁZQUEZ and his wife EVA DÍAZ, who acquired it by purchase from Commonwealth of Puerto Rico, at a price of $1.00, by Certification written by Edgar Méndez Rivera, Executive Director of Social Program Administration of Housing Department, recorded at page 201 of volume 106 of Arroyo, property number 3,724, 1st inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is encumbered by the following:

     Easement in favor of Autoridad de Acueductos y Alcantarillados

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Enrique Berríos Velázquez and his wife Eva Díaz, in favor of Rural Housing Administration of Housing Department, in the original principal amount of $4,480.32, with % annual interests (**unknown**), due on 15 years, constituted by deed #18, executed in Arroyo, Puerto Rico, on March 27th 1990, before Notary Carmelo Marcucci Cruz, recorded at page 201 overleaf of volume 106 of Arroyo, property number 3,724, 2nd inscription.

2.   **MORTGAGE:** Constituted by Enrique Berríos Velázquez and his wife Eva Díaz, in favor of United States of América represented by Farmer Home Administration, in the original principal amount of $12,790.97, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Arroyo, Puerto Rico, on September 19, 1990, before Notary Cándido L. Cordero Pueyo, recorded at page 202 overleaf of volume 106 of Arroyo, property number 3,724, 3rd and last inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.





ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**PAGE #2**
**PROPERTY NUMBER 3,724**

3.   **MODIFICATION:** Mortgage for the amount of $12,790.97 of 3rd inscription was modified as follows: Re-amortized the principal amount up to December 17th, 1992 is $14,226.01, 5% annual interest and will be paid as follows: $171.00 on January 1, 1993; $924.00 on January 1 of each subsequent year up to a final payment that will due on September 19, 2030, constituted by deed #60, executed in Arroyo, Puerto Rico, on December 17, 1992, before Notary Candido L. Cordero Pueyo, recorded at margin of page 202 overleaf of volume 106 of Arroyo, property number 3,724.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to February 21, 2019.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the "Agora" Electronic System from the Registry Department. Furthermore, the new system "Karibe" in which the historic books are being digitalized presents a delay and many documents do not appear or may not show readable. Hence, we are not responsible for documents that are not found nor errors or omissions by the Registry as well as any setbacks this may incite.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

mcr/mv
mcr/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1.  That my name and personal circumstances are the above mentioned.

2.  That on February 21, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3.  That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this __27__ day of __February__ of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER __3397__.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this __27__ day of __February__ of 2019.



NOTARY PUBLIC

Modelo RD-60  (Rev. 1/85)
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD – AFASS
Area de Registro Demográfico

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF HEALTH – HFSA
Area of Demographic Registry

EXHIBIT
21

## CERTIFICADO DE ACTA DE DEFUNCION
### Certificate of Death Registration

Certifico que en la Sección de Defunciones del Registro a mi cargo aparece la siguiente inscripción:

*I certify that in the Section of Deaths of the Registry under my custody the following death is registered:*

| Libro Núm. Volume No.39 | Folio Núm. Folio No. XXXXX | Acta Núm. Certificado No. 37 | Municipio donde ocurrió la defunción: Municipality where death occurred: PONCE, PR |
|---|---|---|---|

Fecha de Inscripción: Date of Registration
28   AGOSTO   2003
día (day)   mes (month)   año (year)

Fecha de defunción: Date of Death
10   JULIO   2003
día (day)   mes (month)   año (year)

| Nombre del Fallecido: Name of Deceased SALVADOR ENRIQUE BERRIOS VELAZQUEZ | Sexo (sex): ☒ Varón (male)  ☐ Hembra (female) | Edad: Age  63 |
|---|---|---|

Estado Civil: Civil Status
☐ Soltero / Single   ☒ Casado / Married   ☐ Viudo / Widowed   ☐ Divorciado / Divorced

Natural de: Birthplace  ARROYO, P.R.
Estado o País   (State or Country)

Si casado, viudo o divorciado, nombre del cónyuge: If married, widowed, divorced, name of spouse
EVA DIAZ

Nombre del padre Name of Father  SALVADOR BERRIOS

Natural de: Birthplace  NO APLICA
Estado o País   (State or Country)

Nombre de la Madre: Name of Mother  VICENTA VELAZQUEZ

Natural de: Birthplace  NO APLICA
Estado o País   (State or Country)

Causa de la Muerte: Cause of Death  XXXX

Médico que Certifica: Attending Physician  XXXX

Si Veterano, Número de Serie: Veteran Serial Number

Número del Seguro Social: Social Security Number  718

### DATOS SOBRE EL SOLICITANTE
Information on Applicant

Solicitante: Applicant  ALVIN GONZALEZ

Si veterano, licenciamiento honorable Núm. If veteran, honorable discharge Number

Dirección: Address  USDA, PONCE, PR

Para uso oficial de una Agencia del Gobierno Estatal o Federal: For official use of an agency of the Commonwealth of Puerto Rico or Federal Government

Nombre de la Agencia: Name of Agency

Dirección: Address

### ADVERTENCIA
Este certificado no será válido si en el mismo no se ha estampado el sello oficial del Registro Demográfico correspondiente. También se requiere la cancelación de un sello de rentas internas de $2, según exige la ley, excepto en aquellos casos en que el certificado se expide para uso exclusivo de un veterano o de una agencia de gobierno del Estado Libre Asociado de Puerto Rico o de los Estados Unidos de América. LA MERA POSESION DE ESTE DOCUMENTO NO DEBE CONSTITUIR BASE PARA IDENTIFICAR AL PORTADOR COMO PARIENTE DE LA PERSONA FALLECIDA A QUIEN CORRESPONDE LA INSCRIPCION.

### WARNING
This certificate is void if the official seal of the corresponding Demographic Registry Office has not been stamped hereon. Also, a $2 internal revenue stamp is required by law to be cancelled hereon, unless this certificate is issued for the exclusive use of a veteran or for the official use of any Agency of the Commonwealth of Puerto Rico or of the Federal Government of United States. THE MERE POSSESSION OF THIS DOCUMENT DOES NOT CONSTITUTE EVIDENCE FOR IDENTIFYING THE BEARER AS A RELATIVE OF THE DECEASED TO WHOM THE REGISTRATION REFERS.

ESTE CERTIFICADO NO SERA VALIDO SI EN EL MISMO APARECEN TACHADURAS, BORRADURAS O ALTERACIONES
This certificate is void if there are any alterations or erasures on same.

DEPARTAMENTO DE SALUD
REGISTRO DEMOGRAFICO
DISTRITO
0232

Fecha de Expedición: Date of Issue  1-22-2007

Municipio de: Municipality of  PONCE   Puerto Rico

Encargado del Registro Registrar

Espacio para el sello Seal and Stamp

CARLOS RIVERA DELFONT

Nombre en puntilla o letra de molde Typed Name

Firma Signature

## UNITED STATES DEPARTMENT OF AGRICULTURE
### FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    BERRIOS VELAZQUEZ, SALVADOR    Case No:   63-06-XXXXX8718

### *CERTIFICATION OF INDEBTEDNESS*

I, Edgar Maldonado Medero, of legal age, single, a resident of Toa Alta, Puerto Rico, in my official capacity as Farm Loan Chief of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

Statement of Account as of    **June 13, 2019**

| Loan Number | | 41-04 |
|---|---|---|
| Note Amount | $ | 95,900.00 |
| Date of Last Payment | | 2/7/1994 |
| Principal Balance | $ | 135,919.88 |
| Unpaid Interest | $ | 180,008.06 |
| Misc. Charges | | |
| Total Balance | $ | 315,927.94 |
| Daily Interest Accrual | $ | 18.6192 |
| Amount Delinquent | $ | 215,881.00 |
| Years Delinquent | | 15 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Edgar Maldonado
Farm Loan Chief
June 13, 2019

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     BERRIOS VELAZQUEZ, SALVADOR     Case No:   63-06-XXXXX8718

## *CERTIFICATION OF INDEBTEDNESS*

I, Edgar Maldonado Medero, of legal age, single, a resident of Toa Alta, Puerto Rico, in my official capacity as Farm Loan Chief of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

* The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of     June 13, 2019*

| Loan Number | 41-05 | |
|---|---|---|
| Note Amount | $ | 44,000.00 |
| Date of Last Payment | 2/7/1994 | |
| Principal Balance | $ | 14,214.81 |
| Unpaid Interest | $ | 18,495.20 |
| Misc. Charges | | |
| Total Balance | $ | 32,710.01 |
| Daily Interest Accrual | $ | 1.9472 |
| Amount Delinquent | $ | 22,347.00 |
| Years Delinquent | 15 | |

* The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

* The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

* The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Edgar Maldonado
Farm Loan Chief
June 13, 2019

Department of Defense Manpower Data Center

Results as of : Feb-14-2019 09:14:26 AM

SCRA 4.10



### Status Report
### Pursuant to Servicemembers Civil Relief Act



EXHIBIT
23

| | |
|---|---|
| SSN: | XXX-XX-3998 |
| Birth Date: | |
| Last Name: | DIAZ SANTOS |
| First Name: | EVA |
| Middle Name: | GLORIA |
| Status As Of: | Feb-14-2019 |
| Certificate ID: | ZPFWMHGCMHQ64JD |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Feb-14-2019 09:15:15 AM

SCRA 4.10



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN: XXX-XX-3998
Birth Date:
Last Name: DIAZ
First Name: EVA
Middle Name:
Status As Of: Feb-14-2019
Certificate ID: 2FD7NYMSTV1T7B0

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

<table>
<tr><td>United States Department of Agriculture (Farm Service Agency)</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td>Foreclosure of Mortgage</td></tr>
<tr><td>THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS.</td><td>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ADRIAN BERRIOS DIAZ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| United States Department of Agriculture (Farm Service Agency) <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) Foreclosure of Mortgage <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ENRIQUE BERRIOS DIAZ ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) ) |
| THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS. | ) ) |
| *Defendant(s)* | ) |

Civil Action No.

Foreclosure of Mortgage

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EVA GLORIA DIAZ SANTOS,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

<table>
<tr><td>United States Department of Agriculture (Farm Service Agency)</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td>Foreclosure of Mortgage</td></tr>
<tr><td>THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS.</td><td>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HECTOR BERRIOS DIAZ ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____      _____
                                                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. |
| | ) | Foreclosure of Mortgage |
| THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

JAVIER BERRIOS DIAZ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: _____        _____

_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | Foreclosure of Mortgage |
| | ) | |
| THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOSE BERRIOS DIAZ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                         *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) | Foreclosure of Mortgage |
| THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS. | ) ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MELVIN BERRIOS DIAZ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

<table>
<tr><td>United States Department of Agriculture (Farm Service Agency)</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center">*Plaintiff(s)*</td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)<br>)</td><td>Foreclosure of Mortgage</td></tr>
<tr><td>THE ESTATE OF SALVADOR ENRIQUE BERRIOS VELAZQUEZ, composed by his known heirs EVA GLORIA DIAZ SANTOS, ET ALS.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td align="center">*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NILSA BERRIOS DIAZ,

S.R. 7753, Km. 0.2, Yaurel Wd. Arroyo, P.R. 00714;  Bo. Yaurel Buzón 6362 Arroyo, P.R. 00714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____                          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   United States Department of Agriculture-Farm Service Agency

   Defendant:   The Estate of Salvador Enrique Berríos Velázquez , et als.

2.   Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:

rev. Dec. 2009

Print Form     Reset Form

JS 44  (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 9300 San Juan, PR 00908
Tel. 787-751-5290

## DEFENDANTS

EVA GLORIA DIAZ SANTOS, et als.

County of Residence of First Listed Defendant   Arroyo, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
348,637.95

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   8-14-2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____